**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **GROUPCHATTER, LLC** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:16-cv-00382** |
| | § | |
| **FACEBOOK, INC.,** | § | |
| **Defendant.** | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

Plaintiff GroupChatter, LLC alleges for its Original Complaint for patent infringement against Defendant Facebook, Inc. the following:

## THE PARTIES

1. Plaintiff GroupChatter, LLC ("GroupChatter") is a Texas limited liability company with its headquarters and principal place of business at 1400 Preston Road., Suite 475, Plano, Texas 75093.

2. GroupChatter owns and licenses patents in the group communications field relating to technology that enables users to perform deterministic group messaging and leverage IP networks to enable content sharing across mobile and fixed networks.

3. Facebook, Inc. is a Delaware corporation with its principal place of business at 1601 Willow Road, Menlo Park, California 94025. Facebook may be served with process through its registered agent, Corporation Service Company d/b/a CSC – Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

## JURISDICTION AND VENUE

4. GroupChatter brings this action for patent infringement under the patent laws of the United States, namely 35 U.S.C. §§ 271, 281, and 284-285, among others. This

Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(c) and 1400(b). Defendant does business in this judicial district, has committed acts of infringement in this judicial district, has purposely sought and transacted business in this judicial district involving the accused products and/or has regular and established places of business in this judicial district.

6. Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long-Arm Statute, due at least to its substantial business in this State and judicial district, including: (A) at least part of its infringing activities alleged herein; and (B) regularly doing or soliciting business, engaging in other persistent conduct, and/or deriving substantial revenue from goods sold and services provided to Texas residents.

## GROUPCHATTER PATENTS

7. GroupChatter asserts that Facebook infringes, directly and indirectly, U.S. Patent Nos. 7,945,249, 9,014,659, 8,588,207, and 9,294,888 (the "GroupChatter Asserted Patents").

8. The GroupChatter Asserted Patents relate to methods, apparatuses, and systems for providing acknowledged, deterministic mass messaging over a two-way wireless network ('659, '207, and '888 patents) and socially networking a plurality of mobile terminal users in order to share published personal content among a set of users and further provide for notifications and acknowledgements rating such content ('249 patent).

### GroupChatter '659, '207, and '888 Patents

9. The GroupChatter Asserted '659, '207, and '888 Patents describe a two-way communication system and method providing acknowledged responses to group messages to enable deterministic group messaging within the claimed network architecture and addressing

scheme.

10. “Deterministic” group messaging refers to one of the advantages delivered by the inventions. Using the claimed system offers the potential benefit of providing timely updates for and from endpoints within a group. In operation, these endpoints (e.g., PDUs, smartphones, pagers, and, in M2M systems, utility meters, transponders, etc.) send responses to group messages and thereby provide data from which to determine the status of each endpoint.

11. Broadly speaking, GroupChatter accuses Facebook of infringement for providing, operating, testing, and using the Facebook product and features known as Facebook, Facebook.com, m.Facebook.com, Facebook Messenger, Facebook Groups (which works in Facebook Messenger and Facebook), Facebook Safety Check, and Facebook Live (collectively the “Facebook Accused Products”).

12. The inventors noted in the patent specification that certain communication networks, even those with endpoint devices capable of acknowledging group messages, failed to provide the valuable advantage of deterministic communication because they provided no way to maintain status of each group member. This left administrators lacking important data about the status of each group member.

13. To solve this problem and other shortcomings of prior two-way wireless messaging networks, the inventors conceived a novel combination for maintaining group management information and organization for use on wireless network. They describe in the GroupChatter Patents how to build and deploy the network architecture to use it and achieve these benefits.

14. In the Facebook Asserted Claims (’659, ’207, and ’888 patents), grouped endpoints are identified by information about the user or specific endpoint device and by groups

that particular recipient belongs to. In addition to the two-way wireless architecture of the radio network, a client/server-based architecture is provided for communication between a network client and the two-way wireless network.

15. Through client/server interactions, a user is provided up-to-date group information that may include address information, status information pertaining to a message or command response, overall group detail and status, or even specific information about endpoints within a group.

16. In operation, an exemplary embodying system stores recipient identifiers, one or more group identifiers for each recipient endpoint, and group membership data that identifies which recipients belong to specific groups. An endpoint may belong to multiple groups and thus may be associated with multiple group identifiers.

17. A group message is initiated via a network client and wirelessly transmitted to endpoint devices located anywhere within the range of the wireless network infrastructure. Endpoints are configured to receive a group messages and respond with status information, alphanumeric text entries, or other information based upon the message and endpoint device status.

18. Efficient group management and maintenance is an advantage of the claimed system and is demonstrated in operation of the claimed invention by reference to and communication with selected endpoints and groups of endpoints that each have a subset of the group information data stored locally.

19. FIG. 1 of the ’207 Patent (reproduced below) depicts in general terms a network that embodies one or more claims:




FIG. 1

20. As shown, exemplary structural elements for an embodied system include: (1) a network client 20; (2) a network switch or server 12 coupled to a receiver database 18; (3) a wireless network 14; and (4) a plurality of mobile receivers 16 (e.g., smartphones, meters, etc.).

21. As background, the inventors conceived the subject matter of the patents-in-suit in part to address issues in communication networks of the day. For example, some radios and associated wireless networks used by emergency responders were unable to handle the heavy network traffic that circumstances unfortunately required. ’207 Patent, col. 1; lines 40-49. The “Background of the Invention” states:

> *“during the events of Sep. 11, 2001, radio channels became oversaturated, and interoperability problems among jurisdictions and agencies persisted throughout the entire response process. Otherwise compatible portable radios were preprogrammed in a manner that precluded interoperability. Cellular telephone systems and even the public switched telephone network (PSTN) became congested and unusable.”*

22. During the September 11 tragedy, older pager systems proved more reliable than cell phone networks. But while pager-based systems had the potential to be relatively robust in emergency circumstances, such systems of the time were unable to efficiently process group messages (i.e., messages to groups of recipients) and track the individual responses to know

which members of the group had responded. The Background of the Invention section of the specification states:

> *"none of these systems provide a network interface sufficient to support acknowledged group messaging. Requiring that the message originator individually alert each recipient adds considerable setup delay when alerting large groups."*

23. Accordingly, the inventors conceived the invention(s) to address these problems. The result was a novel system that efficiently used limited bandwidth and network resources to effectively communicate with selected endpoints groups whose membership may be dynamically created and adjusted. Even in these conditions, the inventors sought to provide effective group management and improved network efficiency, operability, and reliability (based on the challenges of the time).

24. The Facebook Asserted Claims ('659, '207, and '888 patents) require, among other things, a specific network architecture that may includes at least: wireless network (e.g., a cellular network) infrastructure (e.g., base stations, backhaul, transmitters, receivers, antennae, and central switch), and multiple network clients (e.g., smartphones equipped with two-way wireless communication modules for communicating on the wireless network).

25. The subject matter of the system and method claims asserted against Facebook are tied to the structural deployment described in the GroupChatter Patents and address shortcomings in group management and communication that the inventors experienced before their invention.

26. In operation, the Facebook Asserted Claims detail how a message originator, who may lack knowledge of specific details regarding a particular endpoint group, is provided group information to the network client. Such information may include membership information for

each group, the number of recipient endpoints sharing a group identifier, or an identifier shared by certain recipient endpoints within a group.

27. The claims recite a specific method for providing this information. The Facebook Asserted Claims (’659, ’207, and ’888 patents) describe and recite the source of group and recipient endpoint information, how and when it is transmitted to a network client, and how it may be displayed and updated at the network client.

28. In an example scenario where an incident commander is seeking assistance over a pager network, a notification feature can provide the commander (i.e., the message originator) details about the number, identities, and statuses of group members. Using the invention for this feature, the commander is able to determine based upon the group messaging system information, a status of group members. Without this feature, an incident commander may have insufficient context to know whether enough personnel were being summoned, or whether key individuals had been mobilized.[1]

29. By using the claimed addressing scheme described in the GroupChatter Patents, Facebook and other infringers are able to communicate to ad hoc or dynamically organized groups of users.

30. Additional meaningful claim elements in the Facebook Asserted Claims include: (1) providing recipient identifier and group identifier information for each group to which a recipient is a member; and (2) storing acknowledgement data for each group member that lists them and indicates their response (e.g., “…*storing acknowledgement data in the memory device for each of the group members, the acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members*”). In previous

[1] *See* ’207 Patent: col. 2, lines 22-26.

systems, referring again to the incident commander's scenario for example, after a volunteer group was alerted by pager, the incident commander would not know who was going to respond until personnel began to arrive on scene. In contrast, with the claimed "deterministic" group messaging systems, incident commanders (or group administrators) are updated in response to the group messages dispatched. Responses are linked to endpoint recipients within the group context, an advantage and novel advancement achieved by the inventive group management scheme. In this way, the inventive systems and methods provide a valuable concrete result: deterministic status information provided to a network client device for groups of endpoint recipients across a two-way wireless communication network.

31. Accordingly, the Asserted Facebook Claims ('659, '207, and '888 patents) are directed to a specific two-way wireless architecture appended with a group management and maintenance system based upon group and recipient identifiers for identifying with and selectively communicating with endpoint recipients across the network.

32. Acknowledged group messaging may be performed in ways and across architectures that differ from the claimed subject matter. While the advantages of the inventions likely will not be achieved, two-way messaging with selective groups of endpoints and management of such groups may be performed using other methods such as frequency division across the geographical region or focused transmission, encryption, or having multiple radios in the network infrastructure for communicating with predetermined groups based upon location.

33. The Facebook Asserted Claims provide structure and limit the invention to particular and novel ways of deterministically messaging selective groups of recipients on a two-way wireless communication network. These structural limitations describing architecture, integrated computer-based operations necessary to practice the patent claims (e.g., database

tables, communication at network client with server/switch), wireless network protocol capable of communicating with groups, and endpoints that can receive and interpret those signals provide meaningful structural limitations that one of skill in the art would recognize as distinctions between network types.

34. The operations, function, and results of the subject matter of the Facebook Accused Products cannot be carried out and achieved by a human or generic computer or by using a generic two-way wireless radio network.

35. Generic computer networks or wireless two-way radio networks do not perform "group communication and response tracking" or "group management and maintenance" as those general concept are claimed in the Facebook Asserted Claims.

36. Some of the major advantages of the claimed systems and advances over the prior art are discussed in the specification (centralized management and administration of groups and recipients' relationships with groups, effectively communicating with multiple endpoints in groups, and tracking status across a network by group). One skilled in the art at the time of the inventions would further recognize additional advantages including management of groups across a dispersed area or networks, tracking status information of recipient groups including whether individual group members have receiver or read a group message, and monitoring this information at a dispatch center.

37. By the novel combination of its two-way wireless network architecture, group management and maintenance scheme, and deterministic messaging functionality, the GroupChatter Patents present a specific, inventive solution to the problem the inventors recognized with messaging networks at the time of their invention.

38. Facebook realizes substantial value from its use of the claimed subject matter.

Facebook provides users the ability to connect with specific sets of users, like family, teammates, or co-workers to share updates, photos, messages, and documents.

**GroupChatter '249 Patent**

39. The GroupChatter Asserted '249 Patent describes socially networking a plurality of mobile terminal users in order to share published personal content among users and provide notifications and acknowledgements rating such content. The invention of the '249 Patent facilitates a social networking system that works seamlessly across both fixed networks (e.g., a local area network) and mobile networks (cellular networks). (*See* '249 patent, ABSTRACT).

40. The inventors of the GroupChatter Asserted '249 Patent (Bobby Fanelli, William Dyer, David Girard, and Roberto Quintana) leveraged an IP mobile network and a fixed network to provide real-time or near real-time communication and content sharing among mobile terminal users.

41. At the time of invention, the feature set on a fixed network (e.g., accessed by a desktop computer) was different from features now commonly performed on mobile devices. For example, a YouTube user could post videos to the Internet; however, his friends could only access the content from a fixed network. (*See* '249 patent, col. 1, lines 24-35). Such access to a friend's posted content was not easily provided over cellular networks. Instead, mobile handset users communicated with each other primarily using only voice calls and text messages. In some cases, a mobile handset user could provide location information to his friends, but at the time of the invention, such services required manual registration with a provider's website. In any event, such services that existed at the time of the invention did not allow users to share their user-generated content (e.g., photos, video) over mobile networks (*See* '249 Patent, col. 1, lines 33 - 41) as contemplated in the '249 Patent.

42. Within this technological landscape, the inventors recognized a need for better

social networking technology. The inventors leveraged an IP mobile network and a fixed network to provide what was, at the time, a next generation social networking experience that included real-time communication and content sharing to users of mobile terminals. As recited in the claims and described in the patent specification, the ’249 Patent invention enables a complex feature set, where users receive friend updates (regarding posts, messages, etc.) in real time on both mobile and fixed networks.

43. Claim 1 of the ‘249 Patent recites a method for socially networking including enabling a mobile terminal user to: (1) set up and view a personal list of other mobile terminal users; (2) view presence information indicating selected other mobile terminal users; (3) establish communications with one or more of the other users; (4) view posted content obtained by other mobile terminal users; (5) receive a pop-up notification on a television/computer when other users publish new personal content; and (6) interact with the television/computer to view and rate the new personal content. As the ’249 Patent describes, performing the method requires complex back-end servers, subsystems, programming, and mobile terminals to provide users real-time access to information (e.g., the location, presence, status and preferences for their friends).

44. The claimed invention is necessarily rooted in computer and communication technologies and improves the functioning of these systems using complex schemes for communicating between and across mobile and fixed platforms. The ’249 patent describes example hardware/software environments in its FIG. 1, reproduced below:




45. In the above figure (FIG. 1 from the '249 Patent), the social networking system (item 100) includes mobile users (items 102a, 104a, and 106a) that carry mobile terminals (items 102b, 104b, and 106b). The system includes a presence server (item 108), an application server (item 110), and a database (item 113). The system further includes an IMS core (item 112) and a streaming video server (item 114). As shown, the presence server (108) is coupled via LAN (116a) to the server 110, which is coupled via LAN (item 116b) to the IMS core (112), which in turn is coupled via mobile networks (118a and 118b) to enable wireless IP connectivity to the mobile terminals through wireless technologies including CDMA, Wi-Fi, WiMAX, GPRS, and UTMS. (*See* '249 Patent, col. 3, lines 20 – 30). In addition, the IMS core (item 112) is coupled to the streaming video server (item 114), which is coupled to mobile networks (items 118a and 118b). The video server (item 114) is also coupled via a network connection to a set-top box

(item 122) and a television/computer (item 124).

46. In operation, the overall system leverages the IP (e.g., IMS) mobile network (items 112, 118a, and 118e) and a fixed network (items 108, 110, and 114) to provide a next generation social network experience to the users (e.g., item 102a, 104a, and 106a). The mobile terminals (items 102b, 104b, and 106b) implement a standalone application (item 126) which enables their users to perform a variety of steps recited in the claims.

47. In an example scenario, a user wishes to know whether a friend is present on the network. Accordingly, the user first logs into his mobile application and registers with remote a server ('249 Patent, col. 4, lines 14 - 28). In an embodiment described in '249 Patent, logging in and registering requires several preconditions including: (1) the IMS core (an IMS proxy platform) is running; (2) the mobile terminal has an IP connection to the IMS proxy platform; (3) the user has not yet registered with the remote server; (4) the mobile terminal is not running the mobile application.

48. After logging in and registering, the '249 patent contemplates several potential actions by the mobile terminal user including: (1) establishing a voice call ('249 patent, col. 5, line 25 – col. 6, line 24); participating in an Instant Messaging (IM) session ('249 patent, col. 6, line 25 - col. 7, line 24); establishing a voting queue ('249 patent, col. 7, line 25 – col. 8, line 55); participating in a scorekeeper scenario (e.g., for scoring photographs) ('249 Patent, col. 8 line 57 – col. 9 , line 48); and viewing a map of associates ('249 patent, col. 9, line 49 - line 41). This functionality and the other aspects of the '249 patent claims were not known at the time of the invention.

49. In addition to the specialized network components required, the '249 Patent requires specialized mobile components. For example, one embodiment specifies a mobile

terminal (e.g. phone) with a user interface (e.g., operating system), a camera, and an application that enables the user to: (1) set up and view friend lists; (2) monitor presence information of friends; (3) establish electronic communications with other mobile terminal users; and (4) view content obtained and posted by other mobile terminal users. *See* ’249 Patent col. 1, line 63 - col. 2 line 6. The mobile terminals are specially programmed (via an application) to communicate through mobile networks with servers that, in turn, communicate to update users via their computers/televisions. In this way, groups of users are updated in real time across multiple platforms, and each device is synchronized with the most relevant and current data.

**FACEBOOK & FACEBOOK.COM**

50. Defendant Facebook, Inc. operates Facebook, which is an online social networking service. A user registers to the site, creates a user profile, and adds other users as “friends.” Facebook users can exchange messages, share status updates, share photos, share videos, chat, video call, group share, call, and receive various notifications. Users can join groups, follow users, follow Pages, and otherwise communicate with other users. Facebook is available via web browser (from fixed computers, laptops, mobile devices, or media devices) at www.facebook.com and www.m.facebook.com. Facebook is available via apps (for fixed computers, laptops, mobile devices, or media devices) for various platforms including iOS, Windows Phone, Android, BlackBerry OS, and Mac OS X.

51. Viewing Posted Content - Facebook provides multiple ways for users to view posted content from other users. For example, each Facebook user has a Facebook “Profile,” which is a user’s collection of the photos, stories and experiences that tell that user’s “story.” A Facebook Profile also includes the user’s Timeline, which is where the user can see in real-time and chronological order the posts that pertain to the user. Similar to a Profiles or Timelines for

individuals, Facebook "Pages" are for businesses, brands and organizations to share their stories and connect with people. Like profiles, users can customize Pages by publishing stories, hosting events, or adding apps. A user that "likes" a Page can get updates in his "News Feed." Facebook "Paper" shows content similar to a newspaper or magazine. For example, Paper has different sections made up of stories (e.g., news headlines, sports, style, etc.).

52. Communicating and Sending Messages - Facebook users can communicate with friends, fellow users, and group members in a variety of formats including through posts, tags, messages, chats, calls, Group Photos, Group Messages, Group Events, Group Files, and Group Docs. A tag links a person, Page or place to something a user posts (e.g., a status update or a photo). For example, a user can "tag" a photo to say who is in the photo. Alternatively, a user can "tag" a status update to indicate multiple users are visiting a location.

53. Personal Lists and Groups – Facebook enables users to organize fellow users using personal lists and groups (including with group identifiers). Facebook "Lists" including "Friend Lists" are a way to organize friends and other users. A user can use lists to filter the stories he sees in his News Feed or post an update for specific people (e.g., a group, coworkers, or friends who live nearby). Friends can be easily categorized according to custom lists and default categories of: "Close Friends," "Acquaintances," and "Restricted." Facebook automatically creates and updates smart lists based on profile information a user and his friends (or fellow users) have in common (e.g., work, school, family, city). Facebook "Nearby Friends" is a feature allows users to see their friends and whether they are nearby. If a user activates the Nearby Friends feature, he can locate his friends or receive notifications when his friends are nearby. Facebook "Groups" permits users to communicate with (e.g., broadcast a group message to) specific sets of people (e.g., for family, teammates or coworkers). Groups are dedicated

spaces that allow users to share updates, photos or documents and message other group members. There are three privacy options (e.g., open, closed, and secret) for each group, and administrators can set permissions for who can post and respond within a group. "Groups for Schools" is available to students and faculty of a college or university. When a user joins a group within the school community, he can share files, create events, message other members, and stay up-to-date on school events.

54. Acknowledging, Responding to, and Rating Content - Facebook enables users to view and rate new personal content provided by other users. For example, "Liking & Reacting" permits a user to provide feedback (e.g., ratings) and connect with things they care about. Clicking "Like" below a post on Facebook indicates that a user enjoys the post without leaving a comment. "Reacting" allows a more specific response than "liking." To react to a post, a user hovers over "Like" and chooses a reaction. "Ratings & Reviews" allow users to rate a product or service offered by a Facebook Page based on personal experience. In addition to rating content, Facebook enables sending polls and multiple choice questions to groups. Users can select from multiple choice options.

55. Notifications – Facebook provides various notifications to users regarding posts, responses, and acknowledgments. For example, pop-up notifications alert a user (if the user is logged in) when a friend interacts with the user's content (e.g., posts on the user's Timeline). Facebook users receive text and graphical notifications from their browser or app (i.e., network client) to alert them of any relevant posts, messages, calls, and other content. Facebook also provides real-time presence notifications and the read status for group and individual messages.

**FACEBOOK LIVE**

56. Facebook Live initially allowed users to receive video streams only from Facebook staff members and celebrities, for example. In early 2016, Facebook opened up the

feature to all United States users. A broadcaster communicates with groups and can see how many people are watching, their names, and their feedback (e.g., comments). A user can subscribe to a person's broadcasts and receive notifications when the person "goes live." After the broadcast, a video is stored on a person's timeline for future viewing.

**FACEBOOK SAFETY CHECK**

57. Launched in October 2014, Facebook Safety Check is a feature provided by Facebook for use in emergency situations. With Safety Check, Facebook determines which users may be located near a disaster and pings the user for his or her status. This allows people to quickly share that they are safe with friends and family during a disaster. Safety Check further allows a user to share what he knows about a friend or family member's safety status.

58. Safety Check provides deterministic messaging by dispatching a group message to users known to be in an area, and processes acknowledgements to the message to determine the status of nearby users.

59. The inventors described in the specification the importance of a system capable of acknowledging group messages, providing information to a network interface about "who has been alerted and how they have replied, as well as information concerning those who cannot be reached." *See* '959 at col. 2, lines 32-35.

**FACEBOOK MESSENGER**

60. Facebook Messenger ("Messenger") is a service that allows Facebook users to share content (e.g., maps, photos, videos, stickers) and communicate (e.g., voice call, video call, and Instant Message) with each other. Facebook Messenger is available via web browser at www.messenger.com and via apps for at least iOS, Windows Phone, Android, BlackBerry OS, Mac OS X, Microsoft Windows, and Firefox.

61. Facebook Messenger enables people to reach others instantly and seamlessly

integrates with Facebook messaging functionality on personal computers and mobile devices.

## FACEBOOK APPLICATIONS

62. Facebook apps (e.g., for Facebook and Facebook Messenger) are pre-installed or available for download and installation on smartphones from the Apple App Store, Google Play, and others. In addition, Facebook apps come pre-installed or are available on media players and smart televisions. By providing these apps and operating Facebook infrastructure and systems, (e.g., Facebook Mobile, Facebook.com, Messenger, Safety Check, and Facebook Live, and features described herein), Facebook provides the Facebook Accused Products.

## COUNT I
## (INFRINGEMENT OF U.S. PATENT NO. 7,945,249)

63. GroupChatter incorporates paragraphs 1 through 62 herein by reference.

64. GroupChatter is the owner, by assignment, of U.S. Patent No. 7,945,249 (the "'249 Patent"), titled "NEXT GENERATION SOCIAL NETWORKING AND CONTENT RATING SYSTEM AND METHOD."

65. A true and correct copy of the '249 Patent is attached as Exhibit A.

66. As the owner of the '249 Patent, GroupChatter holds all substantial rights in and under the '249 Patent, including the right to grant sublicenses, exclude others, and to enforce, sue, and recover damages for past and future infringement.

67. The United States Patent Office granted the '249 Patent on May 17, 2011.

68. The '249 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

69. Facebook has directly and indirectly infringed and continues to infringe the '249 Patent by practicing one or more claims of the '249 Patent, including at least claims 1, 2, 3, 4, 6, 7, 8, 10, 12, 13, and 14, by making, using, providing, deploying, and monetizing the Facebook

Accused Products including Facebook.com, Facebook Messenger, Facebook Mobile, and Facebook Apps for phones, tablets, computers, media players, and smart televisions.

70. Facebook has directly and indirectly infringed and continues to infringe the '249 Patent by practicing one or more claims of the '249 Patent, including at least claims 1, 7, 11, 13, and 14 by deploying, testing, and operating Facebook.com, Facebook Messenger, Facebook Mobile, and Facebook Apps and associated subsystems that provide a social network for mobile terminal users to view lists of users and their availability to communicate.

71. Facebook, by operating and providing Facebook.com, Facebook Messenger, Facebook.com, Facebook Mobile, and Facebook Apps, performs methods for socially networking a plurality of mobile terminal users. A mobile terminal user can setup and view lists of friends, view presence information indicating the availability of other users, establish communications with other users, view posted content obtained by other users, receive pop-up notifications on a television/computer when other users publish new content, and interact with the television/computer to view and rate the published content.

72. Facebook knowingly induces users to infringe the asserted claims by encouraging, aiding, and abetting the use, deployment, installation, and operation of the Facebook system, Facebook, Facebook Messenger, Facebook.com, Facebook Mobile, and Facebook Apps for phones, tablets, computers, media players, and smart televisions.

73. Claims 7 and 14 recite mobile terminals having a user interface, camera, and a processor implementing an application for setting up and viewing a personal list, viewing presence information of other users, establishing communications with other users, viewing posted content obtained by other users and performing related actions as recited in the claims.

74. Facebook directly infringes claims 7, 14 and their asserted dependent claims when

it tests theses functions using mobile terminals to interact with Facebook.com, Facebook Messenger, Facebook Mobile, and Facebook Apps.

75. End users of Facebook directly infringe claims 7, and 14 and their asserted dependent claims by using mobile terminals (e.g., smartphones) covered by these claims.

76. Facebook indirectly infringes claims 7 and 14 (and their asserted dependents) of the ’249 Patent by providing an application (Facebook and Messenger applications, collectively “the application”) enabling end users to setup and view personal lists, view presence information, establish communications, view posted content obtained by other users, publish that a photo or video has been taken, and notify other users about the photo or video, and send the photo or video to a server that enables distribution. The application is a component of a patented apparatus and constitutes a material part of the invention.

77. Since at least the service of this lawsuit, Facebook has known the application is especially made or especially adapted for use in infringing the ’249 Patent. The application along with its relevant functionality is not a staple article or commodity of commerce suitable for substantial non-infringing use. Despite having such knowledge, Facebook continues to provide applications and interfaces for infringing mobile terminals (e.g., phones, tablets, computers) and induce, deploy, encourage, aid, and abet others to directly infringe the asserted claims of the ’249 Patent.

78. GroupChatter has been damaged as a result of Defendant’s infringing conduct described in Count 1. Facebook is liable to GroupChatter in an amount that adequately compensates it for their infringement, which amount, by law, can be no less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

**COUNT 2**
**(INFRINGEMENT OF U.S. PATENT NO. 8,588,207)**

79. GroupChatter incorporates paragraphs 1 through 78 herein by reference.

80. GroupChatter is the owner, by assignment, of U.S. Patent No. 8,588,207 (the "'207 Patent"), titled "METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING."

81. A true and correct copy of the '207 Patent is attached as Exhibit B.

82. As the owner of the '207 Patent, GroupChatter holds all substantial rights in and under the '207 Patent, including the right to grant sublicenses, exclude others, and to enforce, sue, and recover damages for past and future infringement.

83. The United States Patent Office granted the '207 Patent on November 19, 2013.

84. The '207 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

85. Facebook is practicing one or more claims of the '207 Patent, including at least claims 1, 2, 3, 5, 6, 8, 9, 11, and 12, by making, using, offering for sale, selling, and/or importing the Facebook Accused Products and their subsystems that provide a deterministic group messaging system through which Facebook users exchange group messages over cellular, Wi-Fi, WiMAX, wireless broadband, or wireless network.

86. Facebook has directly infringed and continues to infringe the '207 Patent by deploying, testing, using, and operating the Facebook Accused Products to provide acknowledged group messaging to users and perform acknowledged group messaging.

87. The Facebook Accused Products operate on smartphones, laptops, tablets, and other mobile devices and may communicate using cellular and/or Wi-Fi networks.

88. Facebook Accused Products such as Messenger and Facebook.com provide users

the ability to start group conversations and exchange messages among members of a group using mobile devices operating on wireless networks.

89. Facebook Usernames and User IDs are part of a user's public profile. Facebook uses this information to help people find users and to organize a user's information internally on the Facebook servers.

90. In Messenger, a user selects the "Create New Group" button to create a group having a group identifier or "Group Name" and including members having recipient identifiers:




91. Network clients such as a Facebook App, Facebook Messenger App, or a browser engaged in a session with Facebook.com or m.Facebook.com transmit to the Facebook server system a request for wireless transmission of a group message.

92. Group information is transmitted by the Facebook server system to a network client. Such group information relates to the group address, group membership, and/or recipient identifying information.

93. Facebook Accused Products broadcast group messages to members via wireless networks such as cellular or Wi-Fi networks on which network client devices are operating.

94. Facebook Accused products receive acknowledgement responses from group members via the wireless network being used by the respective user's device.

95. In Facebook Messenger, for example, a message initiating user will see when her message is delivered and when the recipient user sees it.

96. The Facebook Accused Products provide acknowledgement responses indicating to the network client who has seen the group message and who among group members has not.



Messenger App Screenshot

97. Users may respond to group messages in the Facebook Accused Products with emoticons, messages, or read indicators sent from their mobile device.

98. When membership changes in a Facebook group, membership data on the Facebook server system is updated along with affected users' mobile devices.

99. As a result of Facebook's infringing conduct described in this Count, GroupChatter has been damaged. Facebook is liable to GroupChatter in an amount that

adequately compensates it for Facebook's infringement, which, by law, can be no less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

**COUNT 3**
**(INFRINGEMENT OF U.S. PATENT NO. 9,014,659)**

100. GroupChatter incorporates paragraphs 1 through 99 herein by reference.

101. GroupChatter is the owner, by assignment, of U.S. Patent No. 9,014,659 (the "'659 Patent"), titled "METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING."

102. A true and correct copy of the '659 Patent is attached as Exhibit C.

103. As the owner of the '659 Patent, GroupChatter holds all substantial rights in and under the '659 Patent, including the right to grant sublicenses, exclude others, and to enforce, sue, and recover damages for past and future infringement.

104. The United States Patent Office granted the '659 Patent on April 21, 2015.

105. The '659 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

106. Facebook is practicing one or more claims of the '659 Patent, including at least claims 1, 2, 3, 4, 5, 7, 8, 10, 11, 12, 13, 14, 16, and 17, by making, using, offering for sale, selling, and/or importing the Facebook Accused Products and and their subsystems that provide a deterministic group messaging system through which Facebook users exchange group messages over cellular, Wi-Fi, WiMAX, wireless broadband, or wireless network.

107. Facebook has directly infringed and continues to infringe the '659 Patent by deploying, testing, using, and operating the Facebook Accused Products to provide acknowledged group messaging to users and perform acknowledged group messaging.

108. The Facebook Accused Products operate on smartphones, laptops, tablets, and

other mobile devices and may communicate using cellular and/or Wi-Fi networks.

109. Facebook Accused Products such as Messenger and Facebook.com provide users the ability to start group conversations and exchange messages among members of a group via mobile devices operating on wireless networks.

110. Facebook stores on its servers data relating to recipients, groups created by users, and group membership information.

111. Facebook Usernames and User IDs are part of a user's public profile. Facebook uses this information to help people find users and to organize a user's information internally on the Facebook servers.

112. Group information such as group membership and recipient identifying data stored on the Facebook servers is provided to mobile devices running a Facebook Accused Product client application.

113. In Messenger, a user selects the "Create New Group" button to create a group having a group identifier or "Group Name" and including members having recipient identifiers.

114. Group messages are transmitted wirelessly to mobile devices corresponding to each recipient in the selected group.

115. Mobile devices running a Facebook client application receive a group message and respond with acknowledgement of receipt, an alphanumeric text reply, and/or indication the group message has been received but not read by the user.

116. Acknowledgement data for each group member is stored in memory for each group member.

117. Messages are sent to Facebook Accused Product clients based on stored acknowledgement data.

118. Facebook Accused Products broadcast group messages to members via wireless networks such as cellular or Wi-Fi networks on which network client devices are operating.

119. Facebook Accused products receive acknowledgement responses from group members via the wireless network being used by the respective user's device.

120. In Facebook Messenger, for example, a message-initiating user will see when her message is delivered and when the recipient user sees it.

121. Users send personal messages using the Facebook Accused Products.

122. The Facebook Accused Products provide acknowledgement responses indicating to the network client who has seen the group message and who among group members has not.

123. Users may respond to group messages in the Facebook Accused Products with emoticons, messages, or read indicators sent from their mobile device.

124. When membership changes in a Facebook group, membership data on the Facebook server system is updated along with affected users' mobile devices.

125. The Facebook Accused Products provide acknowledged group messaging.

126. Facebook servers store recipient identifiers for each group member, a group identifier corresponding to recipient groups, and information about membership of recipients in the recipient groups.

127. Group information is stored on user's mobile devices.

128. When a group message is initiated, a Facebook Accused Product client application causes wireless transmission of a group message to mobile devices corresponding to group recipients, and mobile devices receiving the group message transmit a response.

129. Facebook partners with mobile network operators to provide group messaging capability used to deliver services and communicate with network customers:

## What services does Facebook offer mobile operators?

Facebook partners with mobile operators to help them deliver Facebook data to their customers at a reduced price or for free.

Operators are given access to our Mobile Partner Portal, where they can:

- Launch discounted pricing programs for Facebook
- Set up Facebook texts (SMS) for their customers
- Gain insights about their customers
- Enable pre-fill information to make it easier for customers to sign up

130. In operation, a Facebook Accused Product client application monitors group message information relayed by Facebook servers for group message responses and stores acknowledgement data comprising responses for each group member and information about message status.

131. Facebook knowingly induces others, namely Facebook Mobile Partners, to infringe the ’659 asserted claims by encouraging, aiding, and abetting the use, deployment, installation, and operation of the Facebook Accused Products.

132. Facebook has been aware of the GroupChatter Asserted Patents at least since the filing of this suit and has had specific knowledge of its infringing conduct. Despite having such knowledge, Facebook continues to sell, deploy, test, use, and encourage, aid, and abet others to directly infringe the asserted claims of the ’659 Patent.

133. As a result of Facebook’s infringing conduct described in this Count, GroupChatter has been damaged. Facebook is liable to GroupChatter in an amount that adequately compensates it for Facebook’s infringement, which, by law, can be no less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

**COUNT 4**
**(INFRINGEMENT OF U.S. PATENT NO. 9,294,888)**

134. GroupChatter incorporates paragraphs 1 through 133 herein by reference.

135. GroupChatter is the owner, by assignment, of U.S. Patent No. 9,294,888 (the "'888 Patent"), titled "METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING."

136. A true and correct copy of the '888 Patent is attached as Exhibit D.

137. As the owner of the '888 Patent, GroupChatter holds all substantial rights in and under the '888 Patent, including the right to grant sublicenses, exclude others, and to enforce, sue, and recover damages for past and future infringement.

138. The United States Patent Office granted the '888 Patent on March 22, 2016.

139. The '888 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

140. Facebook is practicing one or more claims of the '888 Patent, including at least claims 1, 2, 3, 4, 5, 7, 8, 10, 11, 12, 13, 14, 16, and 17, by making, using, offering for sale, selling, and/or importing the Facebook Accused Products and and their subsystems that provide a deterministic group messaging system through which Facebook users exchange group messages over cellular, Wi-Fi, WiMAX, wireless broadband, or wireless network.

141. Facebook has directly infringed and continues to infringe the '888 Patent by deploying, testing, using, and operating the Facebook Accused Products to provide acknowledged group messaging to users and perform acknowledged group messaging.

142. The Facebook Accused Products operate on smartphones, laptops, tablets, and other mobile devices and may communicate using cellular and/or Wi-Fi networks.

143. Facebook Accused Products such as Messenger and Facebook.com provide users

the ability to start group conversations and exchange messages among members of a group via mobile devices operating on wireless networks.

144. Facebook stores on its servers data relating to recipients, groups created by users, and group membership information.

145. Facebook Usernames and User IDs are part of a user's public profile. Facebook uses this information to help people find users and to organize a user's information internally on the Facebook servers.

146. Group information such as group membership and recipient identifying data stored on the Facebook servers is provided to mobile devices running a Facebook Accused Product client application.

147. In Messenger, a user selects the "Create New Group" button to create a group having a group identifier or "Group Name" and including members having recipient identifiers.

148. Group messages are transmitted wirelessly to mobile devices corresponding to each recipient in the selected group.

149. Mobile devices running a Facebook client application receive a group message and respond with acknowledgement of receipt, an alphanumeric text reply, and/or indication the group message has been received but not read by the user.

150. Acknowledgement data such as confirmation of receipt, a read receipt, or indication a reply was sent is stored in memory.

151. Messages are sent to Facebook Accused Product clients based on stored acknowledgement data.

152. Facebook Accused Products broadcast group messages to members via wireless networks such as cellular or Wi-Fi networks on which network client devices are operating.

153. Facebook Accused products receive acknowledgement responses from group members via the wireless network being used by the respective user's device.

154. In Facebook Messenger, for example, a message-initiating user will see when her message is delivered and when the recipient user sees it.

155. Users send personal messages using the Facebook Accused Products.

156. The Facebook Accused Products provide acknowledgement responses indicating to the network client who has seen the group message and who among group members has not.

157. Users may respond to group messages in the Facebook Accused Products with emoticons, messages, or read indicators sent from their mobile device.

158. When membership changes in a Facebook group, membership data on the Facebook server system is updated along with affected users' mobile devices.

159. The Facebook Accused Products provide acknowledged group messaging.

160. Facebook servers store recipient identifiers for each group member, a group identifier corresponding to recipient groups, and information about membership of recipients in the recipient groups.

161. Group information is stored on user's mobile devices.

162. When a group message is initiated, a Facebook Accused Product client application causes wireless transmission of a group message to mobile devices corresponding to group recipients, and mobile devices receiving the group message transmit a response.

163. Facebook partners with mobile network operators to provide group messaging capability used to deliver services and communicate with network customers:

**What services does Facebook offer mobile operators?**

Facebook partners with mobile operators to help them deliver Facebook data to their customers at a reduced price or for free.

Operators are given access to our Mobile Partner Portal, where they can:

- Launch discounted pricing programs for Facebook
- Set up Facebook texts (SMS) for their customers
- Gain insights about their customers
- Enable pre-fill information to make it easier for customers to sign up

164. In operation, a Facebook Accused Product client application monitors group message information relayed by Facebook servers for group message responses and stores acknowledgement data comprising an indication that the group message was received, a group message was read, or a reply was sent by the recipient.

165. Facebook knowingly induces others, namely Facebook Mobile Partners, to infringe the ’888 asserted claims by encouraging, aiding, and abetting the use, deployment, installation, and operation of the Facebook Accused Products.

166. Facebook has been aware of the GroupChatter Asserted Patents at least since the filing of this suit and has had specific knowledge of its infringing conduct. Despite having such knowledge, Facebook continues to sell, deploy, test, use, and encourage, aid, and abet others to directly infringe the asserted claims of the ’888 Patent.

167. As a result of Facebook’s infringing conduct described in this Count, GroupChatter has been damaged. Facebook is liable to GroupChatter in an amount that adequately compensates it for Facebook’s infringement, which, by law, can be no less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT 5
## (INFRINGEMENT OF U.S. PATENT NO. 8,588,207 BY FACEBOOK SAFETY CHECK)

168. GroupChatter incorporates paragraphs 1 through 167 herein by reference.

169. GroupChatter is the owner, by assignment, of U.S. Patent No. 8,588,207 (the "'207 Patent"), titled "METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING."

170. A true and correct copy of the '207 Patent is attached as Exhibit B.

171. As the owner of the '207 Patent, GroupChatter holds all substantial rights in and under the '207 Patent, including the right to grant sublicenses, exclude others, and to enforce, sue, and recover damages for past and future infringement.

172. The United States Patent Office granted the '207 Patent on November 19, 2013.

173. The '207 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

174. Facebook is practicing one or more claims of the '207 Patent, including at least claims 8, 9, 10, 12, and 13 by making, using, offering for sale, selling, and/or importing the Facebook Safety Check system and its subsystems that provide a deterministic group messaging system through which Facebook users exchange group messages over cellular, Wi-Fi, WiMAX, wireless broadband, or wireless network.

175. Facebook has directly infringed and continues to infringe the '207 Patent by deploying, testing, using, and operating Facebook Safety Check to provide acknowledged group messaging to users and perform acknowledged group messaging.

176. Facebook Safety Check operates on smartphones, laptops, tablets, and other mobile devices that may communicate using cellular and/or Wi-Fi networks.

177. Facebook Safety Check provides users the ability to alert a group of recipients

using mobile devices operating on wireless networks.

178. Facebook stores information about user's location, home area, and current area to send Safety Check interrogations based upon user information stored on on the Facebook servers.

179. Facebook Safety Check creates groups of recipients and assigns group identifiers corresponding to recipient groups comprising selected members based upon stored information about location and usage.

180. Mobile devices corresponding to group recipients are provided with information about recipients such as members in the affected area, their recipient identifying information, group members marked safe, and members who have yet to respond.




181. A Facebook Safety Check control module is configured to wirelessly transmit a

group message to recipient user devices and monitor for responses.

182. Responses and acknowledgement data is stored for each group member.

183. Mobile devices are updated with current data from the Safety Check control module.

184. The processing device in the Safety Check control module comprises a processing device at a Safety Check dispatch center to transmit a group message and monitor responses.

185. Facebook Safety Check transmits to the Facebook server system a request for wireless transmission of a group message.

186. Group information is transmitted by the Facebook server system to the Safety Check dispatch center. Such group information relates to the group address, group membership, and/or recipient identifying information.

187. Facebook Safety Check broadcasts group messages to members via wireless networks such as cellular or Wi-Fi networks on which network client devices are operating.

188. Facebook Safety Check receives acknowledgement responses from group members via the wireless network being used by the respective user's device.

189. Facebook Safety Check provides acknowledgement responses indicating to the network client who has check in to the group message and who among group members has not.

190. Users may respond to Safety Check group messages with indication of receipt and status.

191. As a result of Facebook's infringing conduct described in this Count, GroupChatter has been damaged. Facebook is liable to GroupChatter in an amount that adequately compensates it for Facebook's infringement, which, by law, can be no less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

**COUNT 6**
**(INFRINGEMENT OF U.S. PATENT NO. 9,014,659 BY FACEBOOK SAFETY CHECK)**

192. GroupChatter incorporates paragraphs 1 through 191 herein by reference.

193. GroupChatter is the owner, by assignment, of U.S. Patent No. 9,014,659 (the "'659 Patent"), titled "METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING."

194. A true and correct copy of the '659 Patent is attached as Exhibit C.

195. As the owner of the '659 Patent, GroupChatter holds all substantial rights in and under the '659 Patent, including the right to grant sublicenses, exclude others, and to enforce, sue, and recover damages for past and future infringement.

196. The United States Patent Office granted the '659 Patent on April 21, 2015.

197. The '659 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

198. Facebook is practicing one or more claims of the '659 Patent, including at least claims 1, 2, 3, 4, 7, 8, 9, 10, 11, 12, 13, 15, 17 and 18, by making, using, offering for sale, selling, and/or importing Facebook Safety Check and its subsystems that provide a deterministic group messaging system through which Facebook users exchange group messages over cellular, Wi-Fi, WiMAX, wireless broadband, or wireless network.

199. Facebook has directly infringed and continues to infringe the '659 Patent by deploying, testing, using, and operating Facebook Safety Check to provide acknowledged group messaging to users and perform acknowledged group messaging.

200. Facebook Safety Check operates on smartphones, laptops, tablets, and other mobile devices that may communicate using cellular and/or Wi-Fi networks.

201. Facebook Safety Check provides users the ability to alert a group of recipients

using mobile devices operating on wireless networks.

202. Facebook stores information about user's location, home area, and current area to send Safety Check interrogations based upon user information stored on on the Facebook servers.

203. Facebook Safety Check creates groups of recipients and assigns group identifiers corresponding to recipient groups comprising selected members based upon stored information about location and usage.

204. Mobile devices corresponding to group recipients are provided with information about recipients such as members in the affected area, their recipient identifying information, group members marked safe, and members who have yet to respond.

205. Safety Check group messages are transmitted wirelessly to mobile devices corresponding to each recipient in the selected group.

206. Safety Check provides acknowledgement responses indicating to the network client who has seen the group message and who among group members has not.

207. Facebook Safety Check provides acknowledged group messaging.

208. Facebook servers store recipient identifiers for each group member, a group identifier corresponding to recipient groups, and information about membership of recipients in the recipient groups.

209. Safety Check group information is stored on user's mobile devices.

210. When Facebook initiates a Safety Check group message, the Safety Check client application causes wireless transmission of a group message to mobile devices corresponding to group recipients, and mobile devices receiving the group message transmit a response.

211. Responses and acknowledgement data are stored for each group member.

212. Mobile devices are updated with current data from the Safety Check control module.

213. The processing device in the Safety Check control module comprises a processing device at a Safety Check dispatch center to transmit a group message and monitor responses.

214. Facebook Safety Check transmits to the Facebook server system a request for wireless transmission of a group message.

215. Group information is transmitted by the Facebook server system to the Safety Check dispatch center. Such group information relates to the group address, group membership, and/or recipient identifying information.

216. Facebook Safety Check broadcasts group messages to members via wireless networks such as cellular or Wi-Fi networks on which network client devices are operating.

217. Facebook Safety Check receives acknowledgement responses from group members via the wireless network being used by the respective user's device. Facebook will see when a message is delivered and when the recipient user sees it, indicating to the network client who has checked in to the group message and who among group members has not.

218. Users may respond to Safety Check group messages with indication of receipt and status.

219. As a result of Facebook's infringing conduct described in this Count, GroupChatter has been damaged. Facebook is liable to GroupChatter in an amount that adequately compensates it for Facebook's infringement, which, by law, can be no less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

**COUNT 7**
**(INFRINGEMENT OF U.S. PATENT NO. 9,294,888 BY FACEBOOK SAFETY CHECK)**

220. GroupChatter incorporates paragraphs 1 through 219 herein by reference.

221. GroupChatter is the owner, by assignment, of U.S. Patent No. 9,294,888 (the "'888 Patent"), titled "METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING."

222. A true and correct copy of the '888 Patent is attached as Exhibit D.

223. As the owner of the '888 Patent, GroupChatter holds all substantial rights in and under the '888 Patent, including the right to grant sublicenses, exclude others, and to enforce, sue, and recover damages for past and future infringement.

224. The United States Patent Office granted the '888 Patent on March 22, 2016.

225. The '888 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

226. Facebook is practicing one or more claims of the '888 Patent, including at least claims 1, 2, 3, 4, 7, 8, 9, 10, 11, 12, 13, 16, 17, and 18, by making, using, offering for sale, selling, and/or importing Facebook Safety Check and its subsystems that provide a deterministic group messaging system through which Facebook and its users exchange group messages over cellular, Wi-Fi, WiMAX, wireless broadband, or wireless network.

227. Facebook has directly infringed and continues to infringe the '888 Patent by deploying, testing, using, and operating Facebook Safety Check to provide acknowledged group messaging to users and perform acknowledged group messaging.

228. Facebook Safety Check operates on smartphones, laptops, tablets, and other mobile devices and may communicate using cellular and/or Wi-Fi networks.

229. Facebook Safety Check provides the ability to send group messages to groups of

recipients via mobile devices operating on wireless networks.

230. Facebook stores on its servers data relating to recipients including their location, friends, and home location data.

231. Facebook Usernames and User IDs are part of a user's public profile. Facebook Safety Check uses this information to help people find users and to organize a user information internally on the Facebook Safety Check system.

232. Group information such as check-in status and recipient identifying data stored on the Facebook Safety Check system is provided to mobile devices.

233. Safety Check group messages are transmitted wirelessly to mobile devices corresponding to each recipient in the selected group.

234. Mobile devices running a Facebook client application receive a Safety Check group message and respond with acknowledgement of receipt and read or check-in status.

235. Acknowledgement data such as confirmation of receipt, a read receipt, or indication a reply was sent is stored in memory.

236. Messages are sent to Facebook clients based on stored acknowledgement data in the Safety Check system.

237. Facebook Safety Check broadcasts group messages to members via wireless networks such as cellular or Wi-Fi networks on which network client devices are operating.

238. Facebook Safety Check receives acknowledgement responses from group members via the wireless network being used by the respective user's device.

239. Facebook Safety Check provides acknowledgement responses indicating to the network client at the dispatch center who has seen the group message and who among group members has not.

240. Users may respond to Safety Check group messages with confirmation of receipt to indicate they are safe.

241. When responses indicate a user is not in the affected geographical area, Safety Check changes the Facebook group membership data on the Facebook Safety Check server system and users' mobile devices are updated accordingly.

242. Safety Check provides acknowledged group messaging.

243. Facebook Safety Check stores recipient identifiers for each group member, a group identifier corresponding to recipient groups, and information about membership of recipients in the recipient groups.

244. Safety Check group information is stored on user's mobile devices.

245. In operation, Facebook Safety Check dispatch center monitors group message information relayed by Facebook servers for group message responses and stores acknowledgement data comprising an indication that the group message was received, a group message was read, or a reply was sent by the recipient.

246. As a result of Facebook's infringing conduct described in this Count, GroupChatter has been damaged. Facebook is liable to GroupChatter in an amount that adequately compensates it for Facebook's infringement, which, by law, can be no less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

**NOTICE**

247. GroupChatter does not currently distribute, sell, offer for sale, or make products embodying the asserted GroupChatter Patents.

248. GroupChatter instructs its licensees to mark all licensed products sold, distributed, offered for sale, or made under license to the GroupChatter Patents and has undertaken reasonable efforts as required to comply with the notice requirements of 35 U.S.C. § 287.

## NOTICE OF REQUIREMENT OF LITIGATION HOLD

249. Facebook is hereby notified it is legally obligated to locate, preserve, and maintain all records, notes, drawings, documents, data, communications, materials, electronic recordings, audio/video/photographic recordings, and digital files, including edited and unedited or "raw" source material, and other information and tangible things that Facebook knows, or reasonably should know, may be relevant to actual or potential claims, counterclaims, defenses, and/or damages by any party or potential party in this lawsuit, whether created or residing in hard copy form or in the form of electronically stored information (hereafter collectively referred to as "Potential Evidence").

250. As used above, the phrase "electronically stored information" includes without limitation: computer files (and file fragments), e-mail (both sent and received, whether internally or externally), information concerning e-mail (including but not limited to logs of e-mail history and usage, header information, and deleted but recoverable e-mails), text files (including drafts, revisions, and active or deleted word processing documents), instant messages, audio recordings and files, video footage and files, audio files, photographic footage and files, spreadsheets, databases, calendars, telephone logs, contact manager information, internet usage files, and all other information created, received, or maintained on any and all electronic and/or digital forms, sources and media, including, without limitation, any and all hard disks, removable media, peripheral computer or electronic storage devices, laptop computers, mobile phones, personal data assistant devices, Blackberry devices, iPhones, video cameras and still cameras, and any and all other locations where electronic data is stored. These sources may also include any personal electronic, digital, and storage devices of any and all of Facebook's agents, resellers, or employees if Facebook's electronically stored information resides there.

251. Facebook is hereby further notified and forewarned that any alteration,

destruction, negligent loss, or unavailability, by act or omission, of any Potential Evidence may result in damages or a legal presumption by the Court and/or jury that the Potential Evidence is not favorable to Facebook's claims and/or defenses. To avoid such a result, Facebook's preservation duties include, but are not limited to, the requirement that Facebook immediately notify its agents and employees to halt and/or supervise the auto-delete functions of Facebook's electronic systems and refrain from deleting Potential Evidence, either manually or through a policy of periodic deletion.

## JURY DEMAND

GroupChatter hereby demands a trial by jury on all claims, issues and damages so triable.

## PRAYER FOR RELIEF

GroupChatter prays for the following relief:

a. That Facebook be summoned to appear and answer;

b. That the Court enter an order declaring that Facebook has infringed the '249 Patent, the '888 Patent, the '207 Patent, and the '659 Patent.

c. That the Court grant GroupChatter judgment against Facebook for all actual, consequential, special, punitive, increased, and/or statutory damages, including, if necessary, an accounting of all damages; pre and post-judgment interest as allowed by law; and reasonable attorney's fees, costs, and expenses incurred in this action; and

d. That GroupChatter be granted such other and further relief as the Court may deem just and proper under the circumstances.

Dated: April 26, 2016

Respectfully submitted,

**TAYLOR DUNHAM AND RODRIGUEZ LLP**
301 Congress Ave., Suite 1050
Austin, Texas 78701
512.473.2257 Telephone
512.478.4409 Facsimile

By: ______________________
Cabrach J. Connor
State Bar No. 24036390
Email: cconnor@taylordunham.com
David E. Dunham
State Bar No. 06227700
Email: ddunham@taylordunham.com
Jennifer Tatum Lee
Texas Bar No. 24046950
Email: jtatum@taylordunham.com

# EXHIBIT A

US007945249B2

(12) **United States Patent**
**Fanelli et al.**

(10) **Patent No.: US 7,945,249 B2**
(45) **Date of Patent: May 17, 2011**

(54) **NEXT GENERATION SOCIAL NETWORKING AND CONTENT RATING SYSTEM AND METHOD**

(75) Inventors: **Bobby Fanelli**, Allen, TX (US); **William Dyer**, Plano, TX (US); **David Girard**, Dallas, TX (US); **Roberto Quintana**, Allen, TX (US)

(73) Assignee: **Alcatel Lucent**, Paris (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 686 days.

(21) Appl. No.: **11/830,797**

(22) Filed: **Jul. 30, 2007**

(65) **Prior Publication Data**

US 2008/0090598 A1 Apr. 17, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/829,211, filed on Oct. 12, 2006.

(51) **Int. Cl.**
*H04M 1/663* (2006.01)

(52) **U.S. Cl.** .................. **455/412.2**; 455/518; 455/552.1; 455/3.03; 455/466

(58) **Field of Classification Search** .................. 455/518, 455/519, 424, 425, 456.5, 456.6, 414.1, 550.1, 455/90.2, 466, 1, 456.2, 412.2, 552.1, 556.1, 455/3.03, 459; 707/10, 3, 14, 1; 709/206, 313, 219; 726/3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2006/0253331 | A1* | 11/2006 | Shkedi | 705/14 |
| 2007/0021136 | A1* | 1/2007 | Allen | 455/518 |
| 2007/0162569 | A1* | 7/2007 | Robinson et al. | 709/219 |
| 2007/0179792 | A1* | 8/2007 | Kramer | 705/1 |
| 2007/0237321 | A1* | 10/2007 | Bloebaum et al. | 379/252 |
| 2007/0271234 | A1* | 11/2007 | Ravikiran | 707/3 |
| 2008/0009272 | A1* | 1/2008 | Toledano | 455/414.1 |
| 2008/0056235 | A1* | 3/2008 | Albina et al. | 370/352 |
| 2008/0109878 | A1* | 5/2008 | Delegue et al. | 726/3 |
| 2008/0306826 | A1* | 12/2008 | Kramer et al. | 705/14 |
| 2009/0176518 | A1* | 7/2009 | Doni | 455/466 |

* cited by examiner

*Primary Examiner* — Tan Trinh
(74) *Attorney, Agent, or Firm* — Capitol Patent & Trademark Law Firm, PLLC

(57) **ABSTRACT**

A system and method are described herein that leverages an IP (and in particular IMS) mobile network and a fixed network to provide a next generation social networking experience to the users of mobile terminals.

**14 Claims, 17 Drawing Sheets**




100
PRESENCE SERVER
SERVER
113
DATABASE
104a
108
LAN
116a
111
115
110
WINGMAN 1
104b
126
103
LAN
116b
118a
118b
WIRELESS IP CONNECTIVITY
126
103
102b
112
WIRELESS IP CONNECTIVITY
IMS CORE
126
103
106b
LAN
116d
LAN
116c
LAN
116e
102a
USER
106a
120
114
122
124
IP VIDEO SERVER
WINGMAN 2

FIG. 1




FIG. 2A




FIG. 2B




FIG. 2C


102a
USER
102b
MOBILE TERMINAL
126
112
IMS CORE
108
PRESENCE SERVER
1. START()
2. SHOWLOGINVIEW()
3. LOGIN()
4. REGISTER:
5. OK:
6. PUBLISH:
7. OK:
8. SHOWSETUPVIEW()
9. READBUDDYLIST()
10. CREATEBUDDYDATASTORE()
11. SUBSCRIBE:
SUBSCRIBE FOR ALL BUDDIES (WINGMEN)
12. SUBSCRIBE:
13. OK:
14. OK:
15. NOTIFY:
16. NOTIFY:
A NOTIFY FOR EACH PRESENT BUDDY
17. UPDATEBUDDYDATASTORE()
18. SELECTWINGMANTAB()
19. SHOWWINGMANLISTVIEW()

FIG. 2D



Wingman
Invite to chat
Second menu
Invite to voice chat
Invite to video chat
306
304
302
Options
Back


FIG. 3A



102a
USER
102b
MOBILE TERMINAL
126
112
IMS CORE
104b
MOBILE TERMINAL
126
104a
WINGMAN
1. INVITE TO VOICE CHAT()
2. SHOWVOICECHATVIEW()
3. INVITE
4. 100 (TRYING)
5. UPDATEVOICECHATSTATUS()
6. INVITE
7. SHOWINCOMINGCALLPOPUP()
8. 180 (RINGING)
9. 180 (RINGING)
10. ACCEPTCALL()
11. 200 (OK):
12. 200 (OK):
13. UPDATEVOICECHATSTATUS()
14. ACK:
15. STREAMAUDIO()
16. ACK:
17. STREAMAUDIO()
18. TALKANDLISTEN()
19. TALKANDLISTEN()


FIG. 3B


Wingman
Bobby:
That's great David
where did you take that picture?
Joe:
David:
I'll be there in 30min...
Options
Back

FIG. 4A


102a
USER
102b
MOBILE TERMINAL
126
112
IMS CORE
104b
MOBILE TERMINAL
126
104a
WINGMAN
1. INVITE TO IM CHAT()
2. SHOWIMCHATVIEW()
3. INVITE
4. 100 (TRYING)
5. UPDATEIMCHATSTATUS()
6. INVITE
7. SHOWINCOMINGIMPOPUP()
8. NOTIFY()
9. NOTIFY()
10. ACCEPTIM()
11. 200 (OK):
12. 200 (OK):
13. UPDATEIMCHATSTATUS()
14. ACK:
15. SENDMESSAGE()
16. ACK:
15. SENDMESSAGE()
18. CHAT()
19. CHAT()

FIG. 4B


Wingman
1 2 3 4
Queue: 4 wingmen need rating
Bobby 9/12/06
David 9/12/06
Joe 9/12/06
Options
Back

FIG. 5A


102a
USER
102b
MOBILE TERMINAL
126
110
SERVER
115
1. SELECTVOTINGQUEUETAB()
2. READBUDDYLIST()
3. HTTP REQUEST - GETNONVOTEDTARGETS(USER_ID, COLLECTION(BUDDY_ID)) ()
4. DATABASEQUERY()
5. HTTP REQUEST - COLLECTION (BUDDY_ID, TARGET_ID, DATE, TARGET)) ()
6. UPDATEVOTINGQUEUEDATASTORE()
7. SHOWVOTINGQUEUEVIEW()

FIG. 5B


Wingman
1 2 3 4 5
1 Vote 5
Options Back

FIG. 6A


102a
USER
102b
MOBILE TERMINAL
126
110
SERVER
115
1. SELECTTARGETINLIST()
2. SHOWVOTEVIEW()
3. NEXT()
4. SHOWVOTEVIEW()
5. VOTE()
6. HTTP REQUEST :
VOTE(TARGET_ID, USER_ID, VOTE) ()
7. DATABASEQUERY()
8. CALCULATESCORE()
9. HTTP REQUEST :
VOTERESULT(TOTAL_NOF_VOTES, SCORE) ()
10. SHOWVOTINGDETAILSVIEW()
11. CLICKONTARGET()
12. SHOWVOTINGQUEUEVIEW()

FIG. 6B


Wingman
1 2 3 4
Photo Shooter Score
David 9.5
Bobby 8.5
Joe 7.0
Options Back

FIG. 7A


102a
USER
102b
MOBILE TERMINAL
126
110
SERVER
115
1. SELECTSCOREKEEPERTAB()
2. HTTP REQUEST = GETHIGHSCORES(COLLECTION(BUDDY_ID)) ()
3. DATABASEQUERY()
4. CALCULATESCORE()
5. HTTP REQUEST = COLLECTION(BUDDY_ID, TARGET_ID, NOF_VOTES, SCORE, TARGET) ()
6. SHOWSCOREKEEPERVIEW()
7. SELECTTARGETINLIST()
8. SHOWZOOMVIEW()
9. NEXT()
10. SHOWZOOMVIEW()
11. SINGLECLICKONTARGET()
12. SHOWSCOREKEEPERVIEW()

FIG. 7B


Wingman
2 3 4 5
Zip
75025
Zoom
Options
Back

FIG. 8A


Wingman
2 3 4 5
Zip Code: 75025
1
Zoom
5
Options
Back

FIG. 8B



102a
USER
102b
MOBILE TERMINAL
902
126
112
IMS CORE
108
PRESENCE SERVER
110
SERVER
115
104b
MOBILE TERMINAL
126
104a
WINGMAN
1. TAKEPHOTO()
2. STOREINFOLDER()
3. EVENT
4. HTTP REQUEST = NEWTARGET(TARGET_ID, USER_ID, TARGET) ()
5. HTTP REQUEST = ACKNOWLEDGE(OK,NOK)()
6. PUBLISH:
7. PUBLISH:
8. OK:
9. OK:
10. NOTIFY:
11. NOTIFY:
12. SHOWWINGMAN NOTIFCATION()
13. RATE()
14. <SCENARIO 'VOTING QUEUE'>:


FIG. 9




FIG. 10



FIG. 11A FIG. 11B FIG. 11C


102a
USER
102b
MOBILE TERMINAL
126
112
IMS CORE
108
PRESENCE SERVER
1. STOPAPPLICATION()
2. UNSUBSCRIBE:
3. UNSUBSCRIBE:
4. OK:
5. OK:
6. DEPUBLISH:
7. DEPUBLISH:
8. OK:
9. OK:
10. UNREGISTER:
11. OK:
12. SUCCESS()

FIG. 12


CANCEL
LOGIN
OK
SUCCESS ?
"YES"
SETUP
"NO"

FIG. 13


INVITE TO VOICE CHAT
SINGLE CLICK ON WINGMAN
WINGMEN MAIN LIST
WINGMEN BUDDY LIST
SINGLE CLICK ON WINGMAN
INVITE TO CHAT
SINGLE CLICK ON TARGET
WINGMEN TARGET LIST
WINGMEN TARGET ZOOM
DOUBLE CLICK ON WINGMAN
WINGMEN VOICE CHAT
WINGMEN IM CHAT
SINGLE CLICK ON TARGET

FIG. 14


PREVIOUS/NEXT
SINGLE CLICK ON TARGET
VOTING QUEUE
RATE A TARGET
VOTE
SINGLE CLICK ON TARGET
VOTING DETAILS
CRUSH
CRUSH LIST (OTHER TAB)

FIG. 15




FIG. 16




FIG. 17A




FIG. 17B




FIG. 17C




FIG. 18




FIG. 19




FIG. 20A




FIG. 20B




FIG. 21

# NEXT GENERATION SOCIAL NETWORKING AND CONTENT RATING SYSTEM AND METHOD

## CLAIMING BENEFIT OF PRIOR FILED U.S. APPLICATION

This application claims the benefit of U.S. Provisional Application Ser. No. 60/829,211 filed on Oct. 12, 2006. The contents of this document are hereby incorporated by reference herein.

## TECHNICAL FIELD

The present invention relates to a system (referred to herein as the "wingman system") and a method that leverages an IP (and in particular IMS) mobile network and a fixed network to provide a next generation social networking experience to users of mobile terminals.

## BACKGROUND

Today the YouTube website (www.youtube.com) and the Dodgeball website (www.dodgeball.com) each provide a specific type of social networking service. For instance, the YouTube service enables people to post user generated content (e.g., photos, video) which can be downloaded and viewed by other people on a fixed computer. And, the Dodgeball service enables people to use their mobile phones to send text messages via the Dodgeball website which can inform other people (known as their "friends" or "crushes") of their current location. However, YouTube's service is limited to video sharing on a fixed computer and is not enabled for the mobile market. And, Dodgeball's service is dependent on a user's manual SMS registration with Dodgeball's website and does not provide a link so people can post and share their user generated content (e.g., photos, video). Plus, YouTube's service and Dodgeball's service do not rely on IMS to enable people to use their mobile terminal to post and send their user generated content (e.g., photos, video) to other people who can then view the user generated content on their mobile terminals. Thus, there has been and is a need for a new service that can leverage an IP (and in particular IMS) mobile network and a fixed network to provide a next generation social networking experience (which includes real-time communication and content sharing) to users of mobile terminals. This need and other needs are satisfied by the present invention.

## SUMMARY

In one aspect, the present invention provides a method for socially networking a plurality of users of mobile terminals. The method comprising the steps of: (a) enabling a first user of a first mobile terminal to setup and view a personal list which includes selected other users of other mobile terminals; (b) enabling the first user of the first mobile terminal to view presence information which indicates availability of the other users of the other mobile terminals; (c) enabling the first user of the first mobile terminal to establish communications with one or more of the other users of the other mobile terminals; and (d) enabling the first user of the first mobile terminal to view posted content obtained by one or more of the other users of the other mobile terminals.

In another aspect, the present invention provides a mobile terminal which has a user interface, a camera and a processor which implements an application that enables a user to: (a) setup and view a personal list which includes other users of



other mobile terminals; (b) view presence information which indicates availability of the other users of the other mobile terminals; (c) establish communications with one or more of the other users of the other mobile terminals; and (d) view posted content which is obtained by one or more of the other users of the other mobile terminals.

In yet another aspect, the present invention provides a server including a database and a processor which implements an application that enables the following to be performed: (a) receive photos from one or more users of mobile terminals; (b) store the photos; and (c) distribute a voting queue image which contains all or a portion of the stored photos to one or more of the users of the mobile terminals.

Additional aspects of the invention will be set forth, in part, in the detailed description, figures and any claims which follow, and in part will be derived from the detailed description, or can be learned by practice of the invention. It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory only and are not restrictive of the invention as disclosed.

## BRIEF DESCRIPTION OF THE DRAWINGS

A more complete understanding of the present invention may be obtained by reference to the following detailed description when taken in conjunction with the accompanying drawings wherein:

FIG. **1** is a block diagram illustrating the basic components of a system which provides a social networking experience to users that are carrying mobile terminals in accordance with the present invention;

FIGS. **2-12** are diagrams which are used to help explain some of the different features that can be provided by the system shown in FIG. **1** in accordance with the present invention;

FIGS. **13-18** are diagrams which are used to help explain some of the different views that can be displayed to the users of the mobile terminals in accordance with the present invention; and

FIGS. **19-21** are diagrams which are used to help explain the software that can be used to enable the system to provide a social networking experience to the users of the mobile terminals in accordance with the present invention.

## DETAILED DESCRIPTION

The following terms and abbreviations are herewith defined, at least some of which are referred to in the following description associated with the present invention.

| | |
|---|---|
| CDMA | Code-Division Multiple Access |
| CSCF | Call Session Control Function |
| DSL | Digital Subscriber Line |
| GPRS | General Packet Radio Service |
| GUI | Graphical User Interface |
| IM | Instant Messaging |
| IMS | IP Multimedia Subsystem |
| IP | Internet Protocol |
| IPTV | IP Television |
| LAN | Local Area Network |
| MSRP | Message Session Relay Protocol |
| PDA | Personal Digital Assistant |
| RTP | Real-time Transfer Protocol |
| SIP | Session Initiation Protocol |
| SMS | Short Message Service |
| UDP | User Datagram Protocol |

-continued

| | |
|---|---|
| UML | Unified Modeling Language |
| UMTS | Universal Mobile Telecommunications System |
| URI | Uniform Resource Identifier |
| VoIP | Voice of IP |
| WiFI | Wireless Fidelity |
| WM | Wingman |
| Shooter | Someone who takes a picture. |
| Target | A photo that can be rated by wingmen. |
| Wingman | Male or female friend or buddy of the user that can be contacted by IM or voice call. A wingman can rate pictures and hook the user up to a target. Each wingman has wingmen of his/her own. |

Referring to FIG. **1**, there is a block diagram illustrating the basic components of a system **100** which provides a social networking experience to users **102***a*, **104***a* and **106***a* that are respectively carrying mobile terminals **102***b*, **104***b* and **106***b* in accordance with the present invention (note: for clarity only three users **102***a*, **104***a* and **106***a* have been shown and described herein). The system **100** includes a presence server **108**, a server **110** (including processor **111** (which implements a wingman servlet application **115**) and a database **113**), an IMS core **112** and an optional streaming server/IP video server **114**. As shown, the presence server **108** is coupled via LAN **116***a* to the server **110** which is coupled via LAN **116***b* to the IMS core **112** which in turn is coupled via mobile networks **118***a* and **118***b* (which enable wireless IP connectivity via for example CDMA, WiFI, WiMAX, GPRS, UMTS) to the mobile terminals **102***b*, **104***b* and **106***b*. In addition, the IMS core **112** is coupled via LAN **116***c* to the streaming server/IP video server **114** (optional) which is coupled via LANs **116***d* and **116***e* to mobile networks **118***a* and **118***b* and is also coupled via an optical network/cable/DSL line **120** to a set-top box **122** and a television/computer **124** (shown associated with user **102***a*) (note 1: FIG. **1** is not to scale) (note 2: the wingman application discussed herein is preferably access agnostic such that it can be utilized in all wireless access technologies and wired technologies).

In operation, the system **100** leverages the IP (and in particular IMS) mobile network **112**, **118***a* and **118***b* and a fixed network **108**, **110** and **114** to provide a next generation social networking experience to the users **102***a*, **104***a* and **106***a* of mobile terminals **102***b*, **104***b* and **106***b* (e.g., PDAs **102***b*, **104***b* and **106***b*). As discussed below, the mobile terminals **102***b*, **104***b* and **106***b* each have a processor **103** located therein that implements a standalone application **126** (referred to herein as the wingman application **126**) which enables their users **102***a*, **104***a* and **106***a* to do a variety of things such as the following from the viewpoint of user **102***a*:

- Define a personal list of users **104***a* and **106***a* (known as "contacts" or "wingmen") and view their presence information (which indicates whether or not they are available or currently using their mobile terminals **104***b* and **106***b*).
- Instantly setup an IM interaction or voice call (VoIP call) with their wingmen **104***b* and **106***b* by simply selecting them from their specialized wingmen list.
- Browse the posted content/"contenders" (i.e. photos or short videos) taken by their wingmen **104***b* and **106***b*.
- Rate (vote) the posted content (note: the server **110** keeps score of the rated posted content to help stimulate a conversation between users **102***a*, **104***a* and **106***a*).
- Notify their wingmen **104***b* and **106***b* when they have a "crush" on a contender (e.g., man or woman in the posted content) so they can help establish communication with their crush.
- View the physical location that the posted content was taken to provide visibility to where the wingmen **104***b* and **106***b* are located when they are visiting the "hot spots" while out on the town (this is the "social gravity" feature).
- Submit new posted content to be viewed by their wingmen **104***b* and **106***b*.
- Etc . . .

A detailed discussion about each of these particular features ("use cases") and additional features which are associated with the social networking application of the present invention are provided next with respect to FIGS. **2-12**.

Application Start-Up

The user **102***a* interfaces with their mobile terminal **102***b* to log into the wingman application **126** so they can register with the server **110** (the wingman servlet application **115**). Upon starting the wingman application **126**, the login view is displayed on the mobile terminal **102***b* (see the image shown in FIG. **2**A) and then after successfully interfacing with the login view the setup view (my profile tab) is displayed on the mobile terminal **102***a* (see the image shown in FIG. **2**B). And, when the user **102***a* single clicks on the setup view, the mobile terminal **102***b* displays the wingmen list view (wingmen tab) (see the image shown in FIG. **2**C). If the user **102***a* selects the wingmen tab too early, then the list could still be under construction but it will be updated automatically.

A purpose of this feature is to register the user **102***a* at the server **110** and to enable the user **102***a* to subscribe to view the presence information of his wingmen **104***a* and **106***a* (note: the wingmen **104***a* and **106***a* would already be registered with the server **110**). There are several preconditions that should be satisfied before performing the application start-up which are as follows (for example): (1) the IMS core **112** (IMS proxy platform) is running; (2) the mobile terminal **102***b* has an IP connection to the IMS proxy platform; (3) the user **102***a* has not yet registered with the server **110**; and (4) the mobile terminal **102***b* is not running the wingman application **126**. FIG. **2**D is a signal flow diagram which illustrates how the user **102***a* can start-up the wingman application **126** within their mobile terminal **102***b*. The steps are as follows:

1. User **102***a* starts the wingman application **126** in mobile terminal **102***b*.
2. Wingman application **126** displays a ShowLoginView( ) for user **102***a* (see FIG. **2**A).
3. User **102***a* provides Login( ) information to wingman application **126** (note: if incorrect credentials are provided by the user **102***a* then the login fails and the user **102** remains in the login view).
4. Wingman application **126** sends a REGISTER: message to the IMS Core **112**.
5. IMS Core **112** sends an OK: message to the wingman application **126** (note: the user **102***a* would be notified if the registration failed and the wingman application **126** cannot be used).
6. Wingman application **126** sends a PUBLISH: message to the IMS Core **112**.
7. IMS Core **112** sends an OK: message to the wingman application **126**.

8-10. Wingman application **126** displays a ShowSetupView( ) for user **102***a* and also performs the following operations: ReadBuddyList( ) and CreateBuddyDataStore( ) (see FIG. **2**B).

11. Wingman application **126** sends a SUBSCRIBE: message to IMS Core **112** (to subscribe to their buddies/wingmen **104***a* and **106***a*).
12. IMS Core **112** sends a SUBSCRIBE: message to presence server **108**.

13. Presence server **108** sends an OK: message to IMS Core **112**.
14. IMS Core **112** sends an OK: message to wingman application **126**.
15. Presence server **108** sends a NOTIFY: message to IMS Core **112** (note: a notify message is sent for each present buddy/wingman **104***a* and **106***a*).
16-17. IMS Core **112** sends a NOTIFY: message to wingman application **126** which then performs an UpdateBuddyDataStore( ) operation.
18. User **102***a* selects the SelectWingmenTab( ) in wingman application **126**
19. Wingman application **126** displays a ShowWingmenListView( ) to user **102***a* (see FIG. **2**C) (note: if there is an empty buddy list (local XML file) then the wingmen list will be empty since there are no available wingmen **104***a* and **106***a*).

At the end of this signaling, the following conditions are present: (1) the mobile user **102***a* has registered; (2) the mobile user **102***a* has subscribed to the URI of his wingmen **104***a* and **104***b*; (3) the wingman application **126** has started and displayed in sequence the login view, the setup view and the wingmen list view (see FIGS. **2**A-**2**C).

Voice Call

Assume the user **102***a* has started the wingman application **126** and is currently viewing the wingmen list (see FIG. **2**C). Then, the user **102***a* selects a wingman **104***a* (for example) and a pop-up menu **302** appears in the wingman list view (see FIG. **3**A). The user **102***a* can then select the voice chat option **304** from the pop-up menu **302** (see FIG. **3**A) (note: this menu option would be available only if the selected wingman **104***a* was present). After selecting the voice chat option **304**, a new view that shows the call progress is displayed. And, when the connection (which can be an RTP audio connection) is established, this new view would then contain a hang-up button which is used to end the voice call with the wingman **104***a*.

A purpose of this feature is to setup a voice call between the user **102***a* and one of their wingmen **104***a* and **106***a*. There are several preconditions that should be satisfied before the user **102***a* can enable the voice call feature which are as follows (for example): (1) the IMS core **112** (IMS proxy platform) is running; and (2) the user **102***a* and the selected wingman **104***a* (for example) have registered with the server **110**. FIG. **3**B is a signal flow diagram which illustrates how the user **102***a* can use the wingman application **126** to establish a voice call with the wingman **104***a*. The steps are as follows:

1. User **102***a* initiates the voice chat( ) feature in the wingman application **126** of their mobile terminal **102***b*.
2. Wingman application **126** (within mobile terminal **102***b*) displays a ShowVoiceChatView( ) for user **102***a* (see FIG. **3**A).
3. Wingman application **126** (within mobile terminal **102***b*) sends an INVITE: message to IMS Core **112**.
4. IMS Core **112** sends a **100** (Trying): message to wingman application **126** (within mobile terminal **102***b*).
5. Wingman application **126** (within mobile terminal **102***b*) displays an UpdateVoiceChatStatus( ) for user **102***a*.
6. IMS Core **112** sends an INVITE: message to wingman application **126** (within mobile terminal **104***b*).
7. Wingman application **126** (within mobile terminal **104***b*) displays a ShowIncomingCallPopup( ) for wingman **104***a*.
8. Wingman application **126** (within mobile terminal **104***b*) sends an **180** (Ringing): message to IMS Core **112**.
9. IMS Core **112** sends an **180** (Ringing): message to wingman application **126** (within mobile terminal **102***b*).



10. Wingman **104***b* selects AcceptCall( ) in wingman application **126** (within mobile terminal **104***b*)(note: the wingman **104***b* can reject the voice call in which case no voice call would be established).
11. Wingman application **126** (within mobile terminal **104***b*) sends a **200** (OK): message to IMS Core **112**.
12. IMS Core **112** sends a **200** (OK): message to wingman application **126** (within mobile terminal **102***b*).
13. Wingman application **126** (within mobile terminal **102***b*) displays an UpdateVoiceChatStatus( ) for user **102***a*.
14-15. Wingman application **126** (within mobile terminal **102***b*) sends an ACK: message to IMS Core **112** and begins a stream audio operation.
16-17. IMS Core sends an ACK: message to wingman application **126** (within mobile terminal **104***b*) which begins a stream audio operation.
18. User **102***a* starts to TalkAndListen( ) to wingman **104***b* via the wingman application **126** (within mobile terminal **102***b*).
19. Wingman **104***b* starts to TalkAndListen( ) to user **102***a* via the wingman application **126** (within mobile terminal **104***b*).

Instant Messaging (IM)

Assume the user **102***a* has started the wingman application **126** and is currently viewing the wingmen list (see FIG. **2**C). Then, the user **102***a* selects a wingman **104***a* (for example) and a pop-up menu **302** appears in the wingman list view (see FIG. **3**A). The user **102***a* can then select the IM chat option **306** from the pop-up menu **302** (see FIG. **3**A) (note: this menu option would be available only if the selected wingman **104***a* was present). After selecting the IM chat option **306**, a connection (e.g., MSRP connection) to the wingman **104***a* is setup and a new view that shows the call progress is displayed (see FIG. **4**A which in this example is showing the user **102***a* and multiple wingmen **104***a* and **106***a* having an IM interaction).

A purpose of this feature is to setup an IM connection between the user **102***a* and one or more of the wingmen **104***a* and **106***a*. There are several preconditions that should be satisfied before the user **102***a* can enable the IM feature which are as follows (for example): (1) the IMS core **112** (IMS proxy platform) is running; and (2) the user **102***a* and the selected wingman **104***a* (for example) have registered with the server **110**. FIG. **4**B is a signal flow diagram which illustrates how the user **102***a* can use the wingman application **126** to establish an IM connection with the wingman **104***a*. The steps are as follows:

1. User **102***a* initiates the IM chat( ) feature in the wingman application **126** of their mobile terminal **102***b*.
2. Wingman application **126** (within mobile terminal **102***b*) displays a ShowIMChatView( ) for user **102***a* (see FIG. **3**A).
3. Wingman application **126** (within mobile terminal **102***b*) sends an INVITE: message to IMS Core **112**.
4. IMS Core **112** sends a **100** (Trying): message to wingman application **126** (within mobile terminal **102***b*).
5. Wingman application **126** (within mobile terminal **102***b*) displays an UpdateIMChatStatus( ) for user **102***a*.
6. IMS Core **112** sends an INVITE: message to wingman application **126** (within mobile terminal **104***b*).
7. Wingman application **126** (within mobile terminal **104***b*) displays a ShowIncomingIMPopup( ) for wingman **104***a*.
8. Wingman application **126** (within mobile terminal **104***b*) sends a NOTIFY: message to IMS Core **112**.

9. IMS Core **112** sends a NOTIFY: message to wingman application **126** (within mobile terminal **102***b*).
10. Wingman **104***b* selects AcceptCall( ) in wingman application **126** (within mobile terminal **104***b*)(note: the wingman **104***b* can reject the IM in which case no IM connection would be established).
11. Wingman application **126** (within mobile terminal **104***b*) sends a **200** (OK): message to IMS Core **112**.
12. IMS Core **112** sends a **200** (OK): message to wingman application **126** (within mobile terminal **102***b*).
13. Wingman application **126** (within mobile terminal **102***b*) displays an UpdateIMChatStatus( ) for user **102***a*.
14-15. Wingman application **126** (within mobile terminal **102***b*) sends an ACK: message to IMS Core **112** and begins a SendMessage( ) operation.
16-17. IMS Core sends an ACK: message to wingman application **126** (within mobile terminal **104***b*) which then initiates a SendMessage( ) operation.
18. User **102***a* starts to Chat( ) to wingman **104***b* via the wingman application **126** (within mobile terminal **102***b*).
19. Wingman **104***b* starts to Chat( ) to user **102***a* via the wingman application **126** (within mobile terminal **104***b*).

Voting Queue

Assume the user **102***a* has started the wingman application **126** and selects a voting queue tab which results in the display of a voting queue image (see FIG. **5**A). The voting queue image has a list of photos (referred to herein as “targets”) that the wingmen **104***a* and **106***a* have taken and published which can be voted on by the user **102***a*. The voting queue image displays the photos (targets), the owners (wingman **104***a* and/or **106***a*) and the date the photos had been published.

A purpose of this feature is to show a list of photos (targets) that had been published by the wingmen **104***a* and **106***a* such that the user **102***a* can vote on the photos (targets) (note: the “Vote” feature is discussed in detail next). There are several preconditions that should be satisfied before the user **102***a* can enable the voting queue feature which are as follows (for example): (1) the IMS core **112** (IMS proxy platform) is running; (2) the server **110** is running and the associated database **113** is available; and (3) the user **102***a* and the selected wingman **104***a* have been registered with the server **110**. FIG. **5**B is a signal flow diagram which illustrates how the user **102***a* can have the wingman application **126** display the voting queue image. The steps are as follows:

1. User **102***a* selects a SelectVotingQueueTab( ) associated with the wingman application **126** (within mobile terminal **102***b*).
2. Wingman application **126** (within mobile terminal **102***b*) obtains the ReadBuddyList( ).
3. Wingman application **126** (within mobile terminal **102***b*) sends a HTTP REQUEST GetNonVotedTargets(user_id, Collection(buddy_id))( ) to the wingmen servlet **115** on server **110**.
4. Server **110** performs a DatabaseQuery( ) operation.
5. Server **110** sends a HTTP RESPONSE=Collection (buddy_id, date, target)( ) to wingman application **126** (within the mobile terminal **102***b*).
6. Wingman application **126** (within mobile terminal **102***b*) performs an UpdateVotingQueueDataStore( ) operation.
7. Wingman application **126** (within mobile terminal **102***b*) displays a ShowVotingQueueView( ) for the user **102***a* (note: if there are no targets available for voting then the vote queue list will be empty).

Vote

Assume the user **102***a* selects a photo (target) from a list of photos (targets) shown in the voting queue image (see FIG. **5**A). Then, the user **102***a* is provided a voting image so they can rate the photo (target) from 1 to 5 (for example) (see FIG. **6**A). The server **110** processes this vote and then all of the voting details associated with the photo (target) are subsequently presented to the user **102***a* and/or the other wingmen **104***a* and **106***a*. For example, the voting details for the particular photo (target) that can be presented include the total number of votes and the score (or the average of all the votes) by all of the users **102***a*, **104***a* and **106***a*.

A purpose of this feature is to enable the user **102***a* to rate photos (targets) by voting on them and then enabling the user **102***a* to view the voting details associated with the rated photos (targets). There are several preconditions that should be satisfied before the user **102***a* can vote on the photos (targets) which are as follows (for example): (1) the IMS core **112** (IMS proxy platform) is running; (2) the server **110** is running and the associated database **113** is available; (3) the user **102***a* is registered with the server **110**; and (4) the voting queue tab is displayed on the mobile terminal **102***b*. FIG. **6**B is a signal flow diagram which illustrates how the user **102***a* can use the wingman application **126** to rate a photo (target). The steps are as follows:

1. User **102***a* selects the SelectTargetList( ) in wingman application **126** (within mobile terminal **102***b*).
2. Wingman application **126** (within mobile terminal **102***b*) displays a ShowVoteView( ) for user **102***a* (see FIG. **6**A).
3. User **102***a* presses Next( ) for wingman application **126** (within mobile terminal **102***a*) (note: the user **102***a* can scroll through the photos (targets) to view and rate the next or previous photo (target)).
4. Wingman application **126** (within mobile terminal **102***b*) displays a next ShowVoteView( ) for user **102***a*.
5. User **102***a* inputs a Vote( ) to wingman application **126** (within mobile terminal **102***b*) to rate the photo (target) (see FIG. **6**A).
6. Wingman application **126** (within mobile terminal **102***b*) sends a HTTP REQUEST=Vote(target_id, user_id, vote)( ) to the wingmen servlet **115** in server **110**.
7-8. Server **110** performs a DatabaseQuery( ) operation and CalculateScore( ) operation.
9. Server **110** sends a HTTP RESPONSE=VoteResult (total_nof_votes, score)( ) to wingman application **126** (within mobile terminal **102***b*).
10. Wingman application **126** (within mobile terminal **102***b*) displays a ShowVotingDetailsView( ) for user **102***a*.
11. User **102***a* initiates a ClickOnTarget( ) operation in wingman application **126** (within mobile terminal **102***b*).
12. Wingman application **126** (within mobile terminal **102***b*) displays a ShowVotingQueueView( ) for user (see FIG. **5**A).

Score Keeper

Assume the user **102***a* has started the wingman application **126** and selects a score keeper tab which results in the display of a score keeper view (see FIG. **7**A). For example, the score keeper view list the top 10 (for example) of the highest scoring photos (targets) with the highest scoring photo (target) being presented at the top of the list. Targets of all the wingmen **104***a* and **106***a* can be presented. For each photo (target) the corresponding wingman **104***a* and **106***a* (or shooter **104***a* and **106***a*) name is listed as well as the score. In this example, the score is also presented graphically. The user **102** can scroll through the images by pressing “next” and “previous” and

can select any photo (target). The selected photo (target) would then be displayed in a larger format in a new view on the same tab. The larger view would also show the number of votes and the score for that particular photo (target). At this point, the user **102***a* can click on the larger photo and return back to the score keeper view image.

A purpose of this feature is to enable the user **102***a* to view the high scores among the photos (targets) and zoom in on a particular photo (target). There are several preconditions that should be satisfied before the user **102***a* can access the score keeper view which are as follows (for example): (1) the IMS core **112** (IMS proxy platform) is running; (2) the server **110** is running and the associated database **113** is available; and (3) the user **102***a* is registered with the server **110**. FIG. **7**B is a signal flow diagram which illustrates how the user **102***a* can use the wingman application **126** to access and interact with the score keeper view. The steps are as follows:

1. User **102***a* selects the SlectScoreKeeperTab( ) in wingman application **126** (within mobile terminal **102***b*).
2. Wingman application **126** (within mobile terminal **102***b*) sends a HTTP REQUEST GetHighScores(Collection (buddy_id))( ) to wingmen servlet **115** in server **110**.
3-4. Server **110** performs a DatabaseQuery( ) operation and CalculateHighScores( ) operation.
5. Server **110** sends a HTTP RESPONSE=Collection (buddy_id, target_id, nof_votes, score, target)( ) to wingman application **126** (within mobile terminal **102***b*).
6. Wingman application **126** (within mobile terminal **102***b*) displays a ShowScoreKeeperView( ) for user **102***a* (see FIG. **7**A)(note: if no photos (targets) are currently available then the score keeper list will be empty).
7. User **102***a* selects a SelectTargetInList( ) in wingman application **126** (within mobile terminal **102***b*).
8. Wingman application **126** (within mobile terminal **102***b*) displays a ShowZoomView( ) for user **102***a*.
9. User **102***a* presses Next( ) in wingman application **126** (within mobile terminal **102***b*) (note: the user **102***a* can press "next" and "previous" to scroll through the high score photos (targets)).
10. Wingman application **126** (within mobile terminal **102***b*) displays a next ShowZoomView( ) for user **102***a*.
11. User **102***a* initiates a SingleClickOnTarget( ) operation in wingman application **126** (within mobile terminal **102***b*).
12. Wingman application **126** (within mobile terminal **102***b*) displays a ShowScoreKeeperView( ) for user **102***a* (see FIG. **7**A).

Social Gravity

Assume the user **102***a* has started the wingman application **126** and selects a social gravity tab which results in the display of a social gravity view (see FIG. **8**A). The user **102***a* can then click on a particular area of the map in the social gravity view to see a detailed map of a pre-defined area (see FIG. **8**B). If desired, the user **102***a* can click on the detailed map and be returned to the large map. The large map and the detail map both indicate the location that the posted content (photos) was taken to provide visibility to where the wingmen **104***b* and **106***b* are located when taking the photos while for example visiting the "hot spots" while out on the town.

New Photo

Assume the user **102***a* has used a camera **902** within their mobile terminal **102***b* to take a new picture. The new photo would be stored in a pre-defined folder that is monitored by the wingman application **126**. When a new photo (target) is placed in the pre-defined folder, then the wingman application **126** sends this new photo (target) to the wingman servlet **115** in the server **110** where it gets stored in the database **113**. Then, the wingman application **126** also publishes that a new photo (target) is available. The details of the new photo (target) would not need to included in this publish because the IMS core **112** and the presence server **108** take care of distributing all of this information to the wingmen **104***a* and **106***a* by sending them a new photo notification. If one of the wingmen **104***a* and **106***a* is not subscribed at that moment, then they would receive the new photo notification after he/she subscribes and registers with the server **110**. When, the wingmen **104***a* and **106***a* accepts the notification, then their wingman application **126** (within mobile terminal **104***a* and **106***b*) jumps to the voting queue view (see FIG. **5**A). Upon the opening of that view the photo (target) and photo details are retrieved from the server **110**.

A purpose of this feature is to enable the user **102***a* to take (shoot) a new photo which would be automatically uploaded to the server **110** and then automatically distributed to the wingmen **104***a* and **106***a* so they can view and vote (if desired) on the new photo (target). There are several preconditions that should be taken before the user **102***a* can take a new photo which are as follows (for example): (1) the IMS core **112** (IMS proxy platform) is running; (2) the server **110** is running and the associated database **113** is available; (3) the wingmen **104***a* and **106***a* are subscribed to the user **102***a*; and (4) the mobile terminal **102***b* has an on-board digital camera **902**. FIG. **9** is a signal flow diagram which illustrates how the user **102***a* can take a new photo (target) which is then automatically published to their wingmen **104***a* and **106***a*. The steps are as follows:

1. User **102***a* takes photo( ) using Camera **902** (within mobile terminal **102***b*).
2. Camera **902** (within mobile terminal **102***b*) performs a StoreinFolder( ) operation to store the new photo.
3. Camera **902** (within mobile terminal **102***b*) informs wingman application **126** (within mobile terminal **102***b*) about the taking of the new photo (note: this operation is event based as such the user **102***a* does not need to select the new photo and upload the new photo to the wingman application **126**).
4. Wingman application **126** (within mobile terminal **102***b*) sends a HTTP REQUEST=NewTarget(target_id,user_id,target)( ) to wingmen servlet **115** in server **110**.
5. Server **110** sends a HTTP RESPONSE=Acknowledge (OK,NOK)( ) to wingman application **126** (within mobile terminal **102***b*).
6. Wingman application **126** (within mobile terminal **102***b*) sends a PUBLISH: message to IMS Core **112**.
7. IMS Core **112** sends a PUBLISH: message to presence server **108**.
8. Presence server **108** sends an OK: message to IMS Core **112**.
9. IMS Core **112** sends an OK: message to wingman application **126** (within mobile terminal **102***b*).
10. Presence server **108** sends a NOTIFY: message to IMS Core **112**.
11. IMS Core **112** sends a NOTIFY: message to wingman application **126** (within mobile terminal **104***b*)(note: only the wingman **104***a* (for example) that have subscribed to receive this notification will be notified when there is a new photo taken by user **102***a*).
12. Wingman application **126** (within mobile terminal **104***b*) displays a ShowWingmanNotification( ) to wingman **104***a*.
13. Wingman **104***a* votes on the photo which results in a Rate( ) being sent to wingman application **126** (within mobile terminal **104***b*).

14. Wingman application **126** (within mobile terminal **104***b*) sends a <Scenario ‘Voting Queue’> message indicating the rating to wingmen servlet **115** in server **110**.

Note: Wingmen that are currently not online (not subscribed) do not get notified but a publish with a short-term validity could be used. This way, the on-line wingmen would get notified immediately while the off-line wingmen can select the voting queue tab to see the new photos after they have started the wingman application **126**.

Video Sharing and Chat

Assume the user **102***a* has started the wingman application **126** and used their mobile terminal **102***a* to shoot a video which can be shared with their wingmen **104***a* and **106***a*. The video is forwarded to the IMS core **112** and then the server **110** so it can be shared with the wingmen **104***a* and **106***a*. In particular, the server **110** sends notifications to the wingmen **104***a* and **106***a* so if they want to they can push/pull these videos (download) or watch them directly using a streaming mechanism such as RTP, RTCP and RTSP (via a pvServer) (note: the wingmen **104***a* and **106***a* could also vote on the video in the same manner as they would a photo). If the wingmen **104***a* and **106***a* are connected simultaneously, the user **102***a* and the wingmen **104***a* and **106***a* could if desired chat while watching the videos (see FIG. **10**). In addition, if the videos come from the same physical location (for instance a restaurant, a bar, a party . . . ) then they could be pooled together to compile multiple "video snapshots" of specific locations (note: this can be part of the social gravity feature).

IP Video Extension

User **102***a* is also able to access their wingman application from an IP video context (e.g., IPTV context) when they are home watching television **124** or using their computer (see IP video server **114** and television **124** in FIG. **1**). For instance, when a user **102***a* is watching their television **124** they could receive pop-up notifications on their television **124** when their wingmen **104***a* and **106***a* are submitting new photos to the server **110** (see FIG. **11**A). The user **102***a* is able to access their wingman application via the electronic program guide to see a list of their wingmen **104***a* and **106***a*, as well as view and rate the new photos (see FIGS. **11**B-**11**C).

Application Shutdown

Assume the user **102***a* wants to log-out and stop the wingman application **126** within their mobile terminal **102***b*. The logging-out process involves unsubscribing to the wingmen **104***a* and **106***a*, de-publishing and un-registering yourself. There are several preconditions before the user **102***a* can log-out and stop the wingman application **126** within their mobile terminal **102***b* which are as follows (for example): (1) the IMS core **112** (IMS proxy platform) is running; (2) the mobile terminal **102***b* has an IP connection to the IMS core **112**; and (3) the user **102***a* is registered and the wingman application **126** is running on their mobile terminal **102***b*. FIG. **12** is a signal flow diagram which illustrates how the user **102***a* can shutdown their wingman application **126**. The steps are as follows:

1. User **102***a* sends a StopApplication( ) instruction to wingman application **126** (within mobile terminal **102***b*).
2. Wingman application **126** (within mobile terminal **102***b*) sends an unSUBSCRIBE: message to IMS Core **112**.
3. IMS Core **112** sends an unSUBSCRIBE: message to presence server **108**.
4. Presence server **108** sends an OK: message to IMS Core **112**.
5. IMS Core **112** sends an OK: message to wingman application **126** (within mobile terminal **102***b*).
6. Wingman application **126** (within mobile terminal **102***b*) sends a dePUBLISH: message to IMS Core **112**.
7. IMS Core **112** sends a dePUBLISH: message to presence server **108**.
8. Presence server **108** sends an OK: message to IMS Core **112**.
9. IMS Core **112** sends an OK: message to wingman application **126** (within mobile terminal **102***b*).
10. Wingman application **126** (within mobile terminal **102***b*) sends an unREGISTER: message to IMS Core **112**.
11. IMS Core **112** sends an OK: message to wingman application **126** (within mobile terminal **102***b*).
12. Wingman application **126** (within mobile terminal **102***b*) displays a Success( ) message for user **102***a*.

As can be appreciated, to implement these various features the user **102***a* will need to interface with a GUI located on their mobile terminal **102***b*. The GUI which is associated with the wingman application **126** can display several different tabs each of which enables the user **102***a* to access one or more views. The following table gives an overview of an exemplary GUI.

TABLE 1

| Tab | View(s) |
|---|---|
| 1. My Profile (slide-ware) (see FIGS. 2A-2B) | Login<br>Setup |
| 2. Wingmen (see FIG. 2C, 3A and 4A) | Main wingmen list (see FIG. 2C)<br>Wingman voice chat status<br>Wingman IM chat status<br>Wingmen Buddy list (multi-level)<br>Target List<br>Target Zoom |
| 3. Voting Queue (see FIG. 5A, 6A) | Target list<br>Rate a target<br>Rating details |
| 4. Score Keeper (see FIG. 7A) | Score keeper<br>Zoom |
| 5. Crush List (see FIGS. 17A and 17B) | Crush list<br>Hook up status<br>Zoom |
| 6. Social Gravity (see FIGS. 8A and 8B) | Social gravity<br>Zoom |

In addition to these tabs and views, the GUI can display various notification pop-ups which can appear in various views. For example, the following events and actions can result in the display of a notification pop-up on the GUI of the mobile terminal **102***b*:

TABLE 2

| Event | Pop-up and action(s) |
|---|---|
| 1. New target available | Wingman notification:<br>Rate → show Target list view on Voting queue tab<br>Cancel → remain in current view |
| 2. Hook-up request | Wingman request:<br>Hook-up → show Target Zoom view on Wingmen tab<br>Cancel → remain in current view<br>In Target Zoom view:<br>Hook-up → perform hook-up functionality, return to previous view.<br>Cancel → return to previous view. |

TABLE 2-continued

| Event | Pop-up and action(s) |
|---|---|
| 3. Hooked-up | Wingman confirmation:<br>View → show Target Zoom view on Wingmen tab<br>Cancel → remain in current view |

The following description is provided to help explain how the user **102***a* can navigate between the different views for each tab.

My Profile Tab

The My Profile Tab contains the login view and the setup view (see FIGS. **2**A-**2**B). The login view is fully functional and allows the user **102***a* (for example) to login by providing their username and password. The wingman application **126** then constructs a SIP address (for example) based on the username and tries to register the user **102***a* with the server **110**. Upon a successful registration, the setup view is displayed (note: the user **102***a* may also specify preferences in a profile if desired to personalize the setup view). In this example, the user **102***a* would use the slide-ware to interact with the setup view. FIG. **13** is a block diagram that illustrates the navigation between the different views (shown as blocks) that are associated with the My Profile Tab.

Wingmen Tab

The main view of the Wingmen tab is the Wingmen List view (see FIG. **2**C). The Wingmen List view shows all the wingmen **104***a* and **106***a* associated with the current user **102***a* including, for example, their photos, online status, reachability and number of connections (wingmen, buddies). FIG. **14** is a block diagram that illustrates the navigation between the different views (shown as blocks) that are associated with the Wingmen Tab.

Voting Queue Tab

The main view of the Voting Queue Tab is the Voting Queue List view (see FIG. **5**A). In this example, the Voting Queue List view shows all the photos (targets) that still need to be voted on by the user **102***a* and wingmen **104** and **106***a*, including the number of photos (targets) in the queue, the wingman reference and the date. If desired, a Rate a Target view can be displayed which shows a bigger picture of the target and offers functionality to vote on the target from 1 (minimum) to 5 (maximum) (see FIG. **6**A). After voting, the same picture can be displayed and, in addition, the total number of votes on the photo (target) and the average rating can also be displayed. Moreover, when a user **102***a* rates a photo then they could be prompted with a crush icon which when pressed can enable them to notify the shooter **104***a* (wingman **104***a* that took the photo) that they are interested in meeting the target. The shooter **104***a* is then notified of this event, by the server **110**, and the shooter **104***a* is then able to help connect or establish a meeting between the user **102***a* and the target. FIG. **15** is a block diagram that illustrates the navigation between the different views (shown as blocks) that are associated with the Voting Queue Tab.

Score Keeper Tab

The main view of the Score Keeper Tab is the Score Keeper view (see FIG. **7**A). In this example, the Score Keeper view shows the highest scoring targets of all the users **102***a*, **104***a* and **106***a*, sorted in a way that the "best" scoring target is at the top of the list. By selecting a target, a bigger picture of the target would be displayed. FIG. **16** is a block diagram that illustrates the navigation between the different views (shown as blocks) that are associated with the Score Keeper Tab.

Crush List Tab

The main view of the Crush List Tab is the Crush List view (see FIG. **17**A) (note: FIG. **17**B shows the image the user **102***a* can interact with to set a crush on a particular target). The Crush List view shows all the targets (in the photos) that the user **102***a* (for example) has a "crush-on" (i.e., they would like to call or meet) including the number of targets in the queue, the wingman reference and the date. FIG. **17**C is a block diagram that illustrates the navigation between the different views (shown as blocks) that are associated with the Crush List Tab.

Social Gravity Tab

The main view of the Social Gravity Tab is the Social Gravity view (see FIG. **8**A). The Social Gravity view shows a high level United State's map (for example) with icons to represent social activity. In this example, the user **102***a* (for example) can click on the general map such that the more detailed map is displayed (see FIG. **8**B). The Social Gravity view could also be enhanced to include location services. For example, when the user **102***a* (or other wingmen **104***a* or **106***a*) takes a photo the wingman server **110** stores the photo as well as the location information as to where the photo was taken. As photos are rated by the users **102***a*, **104***a* and **106***a*, the server **110** can take the highest scores associated with various photos taken at a given location and plot it on the Social Gravity map as a "hotspot". As a result, when a wingman **104***a* (for example) accesses the Social Gravity tab that wingman will be able to view the hotspots of a selected area as indicated by their wingmen rated photos. FIG. **18** is a block diagram that illustrates the navigation between the different views (shown as blocks) that are associated with the Social Gravity Tab.

Referring to FIG. **19**, there is a block diagram illustrating a static software model which represents the various sub-systems that are associated with an exemplary wingman system **100** in accordance with the present invention (see FIG. **1**). The static software model shows the software structure and the dependencies between the various sub-systems. Each identified subsystem **102***b*, **104***b*, **108**, **110**, **112** and **113** contributes to the aforementioned behavior and features of the system **100** (see TABLE 3).

TABLE 3

| Subsystem | Responsibility |
|---|---|
| Wingman Application 126 (within mobile terminal) | This subsystem implements the user interface and client-side of the Wingman System 100. Responsibilities relate to the aforementioned look, feel and features. |
| Wingman Servlet (within server 110) | This subsystem implements the server-side of the Wingman System 100. Responsibilities relate to the persistent storage and enabling the aforementioned features. |
| IMS Core 112 | Provides all CSCF and other IMS core functionality. |
| Presence Server 108 | Provides Presence support. |
| Database 113 | Persistent storage of targets and target details. |

Referring to FIGS. **20**A and **20**B, there are two block diagrams which illustrate an exemplary architecture of the wingman application **126** associated with the mobile terminals **102***b*, **104***b* and **106***b* in accordance with the present invention. As shown in FIG. **20**A, the wingman application **126** has a presentation layer **2002**, an application layer **2004** and a communication layer **2006** (note: the wingman application **126** is multi-threaded so it can simultaneously handle multiple tasks). The presentation layer **2002** contains the

screens, frames and other controls. The application layer **2004** contains the business logic of the application. And, the communication layer **2006** contains three communication stacks: (1) the RadVision SIP stack for session initiation; (2) the RadVision RTC stacks for streaming audio (RTP) and; and (3) an HTTP stack for communicating with the Wingman Servlet **115** in the server **110** (see FIG. **20**B which shows the exemplary software layers in the mobile terminal **102***b*). The wingman application **126** has multiple actors (see TABLE 4).

TABLE 4

| Actor | Purpose |
|---|---|
| user 102a | The user 102a controls the wingman application 126. The user 102a also initiates some of the features of the system 100. |
| IMS Core 112 | The IMS Core 112 responds to calls of the Wingman Application 126. Furthermore, it forwards calls to the wingman application 126 that should be handled properly. |
| Camera 902 | Provides photos. |
| mobile terminal 102b | Provides access to the network operator. |

Referring to FIG. **21**, there is a block diagram which illustrates an exemplary data architecture of the wingman system **100** in accordance with the present invention. This exemplary high-level class diagram is valid for the wingman application **126** (e.g., associated with the mobile terminal **102***b*) and the wingman servlet **115** (associated with the server **110**) (note: the wingman servelt **115** is multi-threaded so it can simultaneously handle multiple tasks). The wingman servlet **115** has the several actors (see TABLE 5).

TABLE 5

| Actor | Purpose |
|---|---|
| Wingman Application 126 | The user 102a sends requests and receives responses from the Wingman Servlet 115. The user 102a initiates some of the features of the system 100. |
| Database 113 | Wingman Servlet uses the database 113 for persistent storage of targets and target details. |

In addition, the wingman servlet **115** interfaces with the database **113** for the storage of the photos/targets and the votes. The wingman servlet **115** would typically support the following actions: (1) adding a photo/target; (2) adding a vote for a photo/target; (3) associating the photos/targets with a specified voter (wingman or user); and (4) calculating high scores for targets from a specified set of wingmen. A possible table structure which can be used by the wingman servlet **115** is presented in TABLE 6.

TABLE 6

| TABLE: Targets | | |
|---|---|---|
| target_id | String | PK |
| shooter_id | String | PK |
| date | Date | |
| photo | Blob | |

| TABLE: Votes | | |
|---|---|---|
| target_id | String | PK |
| shooter_id | String | PK |
| voter_id | String | PK |
| date | Date | |
| vote | Number | |

Although one embodiment of the present invention has been illustrated in the accompanying Drawings and described in the foregoing Detailed Description, it should be understood that the present invention is not limited to the disclosed embodiment, but is capable of numerous rearrangements, modifications and substitutions without departing from the spirit of the invention as set forth and defined by the following claims.

The invention claimed is:

**1**. A method for socially networking a plurality of users of mobile terminals, said method comprising the steps of:

enabling a first user of a first mobile terminal to setup and view a personal list which includes selected other users of other mobile terminals;

enabling the first user of the first mobile terminal to view presence information which indicates availability of the other users of the other mobile terminals;

enabling the first user of the first mobile terminal to establish communications with one or more of the other users of the other mobile terminals;

enabling the first user of the first mobile terminal to view posted content obtained by one or more of the other users of the other mobile terminals;

enabling the first user to receive a pop-up notification on a television/computer when one or more of the other users of the other mobile terminals publishes new personal content; and

enabling the first user to interact with the television/computer to view and rate the new personal content.

**2**. The method of claim **1**, wherein said step of enabling the first user of the first mobile terminal to establish communications with one or more of the other users of the other mobile terminals further includes a step of establishing either a voice call or an Instant Message interaction with the one or more of the other users of the other mobile terminals.

**3**. The method of claim **1**, wherein said step of enabling the first user of the first mobile terminal to view posted content obtained by one or more of the other users of the other mobile terminals further includes a step of voting on the posted content which can be a photo or video by the one or more of the other users of the other mobile terminals.

**4**. The method of claim **1**, wherein said step of enabling the first user of the first mobile terminal to view posted content obtained by one or more of the other users of the other mobile terminals further includes a step of viewing a score keeper screen which displays a predetermined number of the posted content that received a high number of votes by all or a portion of the users of the mobile terminals.

**5**. The method of claim **1**, further comprising a step of enabling the first user of the first mobile terminal to view a social gravity screen which indicates geographical location(s) of where the posted content was obtained by the one or more of the other users of the other mobile terminals.

**6**. The method of claim **1**, further comprising a step of enabling the first user of the first mobile terminal to take a photo or video which is then subsequently distributed to the other users of the other mobile terminals.

**7**. A mobile terminal, comprising:

a user interface;

a camera; and

a processor which implements an application that enables a user to:

(a) setup and view a personal list which includes other users of other mobile terminals;

(b) view presence information which indicates availability of the other users of the other mobile terminals;

(c) establish communications with one or more of the other users of the other mobile terminals;

(d) view posted content which is obtained by one or more of the other users of the other mobile terminals;

(e) receive a pop-up notification on a television/computer when one or more of the other users of the other mobile terminals publishes new personal content; and

(f) interact with the television/computer to view and rate the new personal content.

**8**. The mobile terminal of claim **7**, wherein said established communications include a voice call or an Instant Message interaction with the one or more of the other users of the other mobile terminals.

**9**. The mobile terminal of claim **7**, wherein said processor implements the application which enables the user to vote on the posted content which can be a photo or video obtained by the one or more of the other users of the other mobile terminals.

**10**. The mobile terminal of claim **7**, wherein said processor implements the application which enables the user to view a score keeper screen that displays a predetermined number of the posted content which received a high number of votes by all or a portion of the other users of the other mobile terminals.

**11**. The mobile terminal of claim **7**, wherein said processor implements the application which enables the user to view a social gravity screen that indicates geographical location(s) of where the posted content was obtained by the one or more of the other users of the other mobile terminals.

**12**. The mobile terminal of claim **7**, wherein said processor implements the application which enables the user to take a photo or video that is then subsequently distributed to the other users of the other mobile terminals.

**13**. A method for socially networking a plurality of users of mobile terminals, said method comprising the steps of:

enabling a first user of a first mobile terminal to setup and view a personal list which includes selected other users of other mobile terminals;

enabling the first user of the first mobile terminal to view presence information which indicates availability of the other users of the other mobile terminals;

enabling the first user of the first mobile terminal to establish communications with one or more of the other users of the other mobile terminals;

enabling the first user of the first mobile terminal to view posted content obtained by one or more of the other users of the other mobile terminals;

enabling publishing that the first user of the first mobile terminal has taken a photo or video; and

notifying the other users of the other mobile terminals about the photo or video and then subsequently distributing the photo or video to the other users of the other mobile terminals.

**14**. A mobile terminal, comprising:

a user interface;

a camera; and

a processor which implements an application that enables a user to:

(a) setup and view a personal list which includes other users of other mobile terminals;

(b) view presence information which indicates availability of the other users of the other mobile terminals;

(c) establish communications with one or more of the other users of the other mobile terminals; and

(d) view posted content which is obtained by one or more of the other users of the other mobile terminals,

wherein the application further enables:

(e) publishing that a photo or video has been taken by the user, and wherein the application; and

(f) sending of the photo or video to a server that enables the photo or video to be subsequently distributed to the other users of the other mobile terminals upon the other users of the other mobile terminals accepting a notification of the photo or video.

* * * * *

# EXHIBIT B

US008588207B2

(12) **United States Patent**
**Dabbs, III et al.**

(10) **Patent No.: US 8,588,207 B2**
(45) **Date of Patent: Nov. 19, 2013**

(54) **METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING**

(75) Inventors: **James M. Dabbs, III**, Stockbridge, GA (US); **Brian Claise**, Alpharetta, GA (US)

(73) Assignee: **Critical Holdings, Inc.**, Norcross, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/476,641**

(22) Filed: **May 21, 2012**

(65) **Prior Publication Data**

US 2012/0327781 A1 Dec. 27, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 13/154,138, filed on Jun. 6, 2011, now Pat. No. 8,199,740, which is a continuation of application No. 11/303,025, filed on Dec. 16, 2005, now Pat. No. 7,969,959.

(60) Provisional application No. 60/636,094, filed on Dec. 16, 2004.

(51) **Int. Cl.**
***H04W 24/00*** (2009.01)

(52) **U.S. Cl.**
USPC .......................................... **370/349**; 455/410

(58) **Field of Classification Search**
USPC .............. 455/404.1, 410; 370/310, 349, 390, 370/442, 445, 539.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,278,539 | A | 1/1994 | Lauterbach et al. |
| 5,835,860 | A | 11/1998 | Diachina |
| 6,304,649 | B1 | 10/2001 | Lauzon et al. |
| 6,529,735 | B1 | 3/2003 | De Brito |
| 6,710,702 | B1 | 3/2004 | Averbuch et al. |
| 6,714,636 | B1 | 3/2004 | Baiyor et al. |
| 6,804,332 | B1 | 10/2004 | Miner et al. |
| 7,337,146 | B2 | 2/2008 | Heelan et al. |
| 7,657,253 | B2 | 2/2010 | Lewis |
| 7,808,378 | B2 | 10/2010 | Hayden |
| 2001/0010490 | A1 | 8/2001 | Bellin |
| 2002/0177428 | A1 | 11/2002 | Menard et al. |
| 2003/0153343 | A1 | 8/2003 | Crockett et al. |
| 2004/0087300 | A1 | 5/2004 | Lewis |
| 2004/0180654 | A1 | 9/2004 | Chen |

(Continued)

OTHER PUBLICATIONS

M 1520, Product Brochure, Critical Response Systems™, Copyright 2005, 2 pages, www.critresp.com.

(Continued)

*Primary Examiner* — Sam Bhattacharya
(74) *Attorney, Agent, or Firm* — Roylance, Abrams, Berdo & Goodman, LLP

(57) **ABSTRACT**

Systems and methods are provided for reliable, wireless group alerting in a system having a database, switch, wireless network, and a plurality of intelligent mobile receivers, and preferably employing a modified two-way paging based on ReFLEX™ protocol information service (IS) messages and a novel ALOHA command for multicast acknowledgement from mobile receivers. An encrypted message is broadcast to and received by a selected number of the mobile receivers. The network replies to the sender with detailed information about the individual members in the alert group. Each of the mobile receivers in the group then acknowledges the common message back to the system, decrypts the message, displays it to the user, and allows the user to respond. The system employs centralized management to simplify the roles of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages.

**13 Claims, 7 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0157720 | A1 | 7/2005 | Chandhok et al. |
| 2005/0198183 | A1 | 9/2005 | Zilliacus et al. |
| 2006/0105740 | A1 | 5/2006 | Puranik |
| 2006/0178128 | A1 | 8/2006 | Eaton et al. |
| 2006/0273893 | A1 | 12/2006 | Warner |
| 2010/0146057 | A1 | 6/2010 | Abu-Hakima et al. |

OTHER PUBLICATIONS

M 1501, Product Brochure, Critical Response Systems™, Copyright 2005, 3 pages, www.critresp.com.

"Mobile Data and Paging for First Responders", Sparkgap™. Copyright 2004, 2 pages, www.tga.com.


10
14 WIRELESS NETWORK
18 RECEIVER DATABASE
15
20
12
CLIENT
SWITCH
MOBILE RECEIVER 16
16

FIG. 1


18
22
26
24
RECEIVERS
PK PERSONALADDRESS
CRYPTOKEY
PARAMETERS
MEMBERSHIP
PK, FK2 GROUPADDRESS
PK, FK1 PERSONALADDRESS
CC
GROUPS
PK GROUPADDRESS
NAME
CRYPTOKEY

FIG. 2


12'

FIG. 3


10'
20'
14'
12'
CAD CLIENT
SPARKGAP SERVER
CONNECT
REQUEST 1 (LOGIN)
RESPONSE 1
REQUEST 2
RESPONSE 2
EVENT
EVENT
EVENT
16
16

FIG. 4


10"
16
GPS/AVL
14'
20
FRAME LINK RADIO TELEPHONE ETC.
PSTN
EMAIL
CAD
9-1-1 CENTER
PRIMARY SPARKGAP SERVER 12'b
TANDEM LINK (OPTIONAL)
REDUNDANT (OPTIONAL) SPARKGAP SERVER 12'a
15
MODEL 2100
RECEIVER
TRANSMITTER
RX1
RX2
TX

FIG. 5


16
36
MEMORY
38
PROCESSOR
40
Rx / Tx ANTENNA AND INTERFACE
44
DISPLAY
42
USER INTERFACE
14
NETWORK
12
30
Rx / Tx ANTENNA AND INTERFACE
32
MEMORY
34
PROCESSOR
18
DATABASE
20
CLIENT

FIG. 6


START
RECEIVE CAD REQUEST TO SEND GROUP MESSAGE
50
REPLY WITH GROUP INFORMATION
52
BROADCAST MESSAGE TO GROUP
54
ACK RECEIVED
N
56
Y
ASSOCIATE ACK WITH MESSAGE
58
SEND ACK TO CAD
60
RESPONSE RECEIVED
Y
62
N
ASSOCIATE RESPONSE WITH MESSAGE AND NOTIFY CAD
64
END

FIG. 7


START
RECEIVE GROUP ALERT MESSAGE
80
82
IN GROUP?
N
Y
84
CARBON COPY FLAG SET
Y
N
86
DISPLAY BUT DON'T RESPOND
SEND MULTICAST ACK
88
RESPOND / DISPLAY
90

FIG. 8




FIG. 9A




FIG. 9B




FIG. 10

# METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING

This patent application is a continuation of U.S. patent application Ser. No. 13/154,138, filed Jun. 6, 2011, now U.S. Pat. No. 8,199,740, which is a continuation of U.S. patent application Ser. No. 11/303,025, filed Dec. 16, 2005 now issued as U.S. Pat. No. 7,969,959, which claims the benefit of U.S. provisional application Ser. No. 60/636,094, filed Dec. 16, 2004, the entire disclosures of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The ability to alert and mobilize first responders is central to the readiness of any public safety agency. In the aftermath of recent major public safety events, including natural and man-made disasters, the public safety community has thoroughly examined all aspects of wireless interoperable voice communications. However, first responder alerting has remained largely unexamined for over a decade, and in communities relying on volunteer first responders, the critical importance of first responder alerting rivals that of interoperable voice communications.

Shortcomings with current alerting technologies are well documented in the public record. One analysis of communication failure during periods of profound crisis, the *Arlington County After-Action Report on the Response to the September 11 Terrorist attack on the Pentagon* available from Arlington County, Virginia, notes failures in all forms of communications, from initial alerting to tactical voice communication. As stated in this report, during the events of Sep. 11, 2001, radio channels became oversaturated, and interoperability problems among jurisdictions and agencies persisted throughout the entire response process. Otherwise compatible portable radios were preprogrammed in a manner that precluded interoperability. Cellular telephone systems and even the public switched telephone network (PSTN) became congested and unusable.

This report cited traditional, 1-way paging systems as the most reliable method of alerting and notification. However, the lack of a paging response channel left responders relying on other, less reliable forms of communication to escalate, reply to, or even confirm receipt of their instructions. These problems with cellular telephone networks and the PSTN limited the overall effectiveness of 1-way paging as an alerting system. This created serious operational challenges during the Sep. 11, 2001 series of events, and they will create similar problems in any such future events.

Even during day-to-day public safety activity, these alerting system limitations are problematic. In most cases, when volunteer groups are alerted by pager, incident commanders do not know who will actually respond until personnel begin to arrive on scene. This delay postpones decisions regarding escalation and mutual aid, letting critical time slip by before commanders can identify and correct problems with the response. This time period can define the success or failure of the response process, presenting a critical need for simple, inexpensive, pager-type devices that can reply to group messages.

However, public safety agencies still rely on 25-year old, 1-way paging technology as their core alerting solution. Many newer technologies are available, but for alerting, for a variety of reasons, these technologies do not provide a meaningful improvement over 1-way paging. Existing mobile data systems are too expensive and too bulky for continual personal use. Digital and analog 2-way voice systems are similarly impractical for widespread, continuous deployment to volunteer forces. Several contemporary PCS technologies have integrated voice, data, and paging, but their complete dependence on commercial networks runs counter to commonly accepted reliability standards (e.g., NFPA-1221). Private broadband solutions (such as IEEE 802.11 and 802.16) provide high-capacity data capabilities, but they lack the coverage, portability, and resilience required for wide-area alerting of large volunteer forces. Contemporary 2-way paging systems perhaps come closest to meeting the alerting needs of public safety agencies. Like 1-way systems, these pagers are small, inexpensive devices that operate for long periods on battery power. However, these systems have no ability to acknowledge group messages.



More importantly, beyond the limitations described above, none of these systems provide a network interface sufficient to support acknowledged group messaging. Requiring that the message originator individually alert each recipient adds considerable setup delay when alerting large groups. This delay is eliminated when using network-supported call group or common address messages, but the message originator must have prior knowledge of group membership. If a message originator does not know the membership of the paged group, there is no context to know whether enough manpower is responding, or whether key individuals have been mobilized. Manually maintaining accurate group membership rosters between networks and message originators would be impractical since this is time consuming, difficult, and prone to errors. For a communications system to provide usable, acknowledged group alerting capabilities to public safety agencies, the network interface must provide group membership details when the group message is sent. Even if the mobile devices were capable of acknowledging group messages, current systems do not provide message originators this membership information regarding the alerted group. Simply guaranteeing that a message will be eventually delivered to all recipients is insufficient for public safety alerting applications. The message originator (dispatcher, incident commander, etc.) needs immediate feedback as to who has been alerted and how they have replied, as well as information concerning those who cannot be reached.

A need therefore exists for a 2-way paging system that could be improved with group message acknowledgement and a suitable system interface. Such a system would address the current shortcomings of public safety alerting systems, and could also provide other benefits. For instance, it could act as an improved personnel accountability system (PAS) for on-scene communications. Incident commanders could instantly notify responders of imminent threats, such as impending chemical release or structure failure, and verify receipt by all personnel. Responses could be expanded to include location information and health or equipment status information. Such systems, made practical because of the high performance and low cost of 2-way pagers, would both obviate traditional problems with interoperable on-scene communications and enable central oversight of critical real-time safety data.

While public safety's need for a system capable of acknowledged group alerting system is clear and well documented in the public record, no such system yet exists but for the present invention described herein.

## SUMMARY OF THE INVENTION

The above-described deficiencies in the prior art are overcome and a number of advantages are realized by the present invention. In accordance with an aspect of the present inven-

tion, a method of efficient and deterministic alerting of a group of recipients over a wireless network is provided. Each recipient comprises at least one mobile device capable of transmitting and receiving data. The method comprises the steps of: storing data relating to recipients, groups and group members, in a memory device, the data comprising a recipient identifier for each of a plurality of recipients, one or more group identifiers corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group membership data comprising the recipient identifiers of the selected recipients corresponding to each of the group identifiers; providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device, the subset of the data being stored in the mobile device and comprising its corresponding recipient identifier and the group identifier of each group to which that recipient belongs as a group member; wirelessly broadcasting a group message addressed with a selected one of the group identifiers, each of the mobile devices being configured to receive the broadcast group message, to analyze a group identifier provided with the group message, and send a response when the group identifier in the group message is determined to be for a group to which that mobile device belongs; monitoring for responses to the group message from the group members of the group identified by a group identifier provided in the group message; and storing acknowledgement data in the memory device for each of the group members, the acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the mobile device of that group member has been received.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be further understood with reference to the following description and the appended drawings, wherein like elements are provided with the same reference numerals:

FIG. **1** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **2** is a diagram of a database used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **3** is an isometric view of a switch or server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **4** is a diagram of communication between a client and a server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **5** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **6** is a block diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **7** is a flow chart illustrating a sequence of operations for broadcasting a group message and group message acknowledgment in accordance with an exemplary embodiment of the present invention;

FIG. **8** is a flow chart illustrating a sequence of operations for receiving, acknowledging and processing group message at a mobile receiver in accordance with an exemplary embodiment of the present invention; and

FIGS. **9**A, **9**B and **10** are views of mobile receivers constructed in accordance with exemplary embodiments of the present invention.

## DETAILED DESCRIPTION OF THE EXEMPLARY EMBODIMENTS

### Overview

In accordance with the present invention, a system and method are provided for reliable, wireless group alerting in a system that comprises a database, switch, wireless network, and a plurality of intelligent mobile receivers, and employs a modified two-way paging protocol based on group messaging capability of the Motorola ReFLEX™ protocol and a novel ALOHA command for multicast acknowledgement (ACK) from mobile receivers. An encrypted message is broadcast to a group address. This message is received by a number of mobile receivers, each of which then acknowledges back to the system, decrypts the message, displays it to the user, and allows the user to respond, if they belong to the group address. The system employs centralized management to simplify the role of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages. It also employs novel mechanisms to compress the responses from the receivers to use minimal airtime. The system is particularly relevant to public safety and critical infrastructure operators, where large group dispatches must be delivered quickly and deterministically to a heavily distracted mobile workforce, and their responses must be delivered to the dispatch center efficiently. As such, this system provides a comprehensive, meaningful solution to support distracted users with simple, resilient group messaging. It is to be understood that, while an exemplary embodiment is described herein that uses paging technology, the present invention can also be implemented using a cellular system, a wireless local area network or more specifically WiFi, or other wireless communication technology.

In accordance with an exemplary embodiment of the present invention, a system for group alerting employs a SPARKGAP™ network which utilizes a modified version of a protocol called ReFLEX™ developed by Motorola, Inc. for two-way paging and Narrowband PCS (NPCS). This system uses a 12.5 KHz channel pair operating in the 900 MHz band. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices.

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system to communicate with two-way pagers on a SPARKGAP™ ReFLEX™ network. SPARKGAP™ is a ReFLEX™ network solution designed to control one or more base stations and provide two-way paging and mobile data coverage over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client and the SPARKGAP™ is the server. It features synchronous, client-initiated request/response transactions as well as asynchronous server-driven events, minimizing latency and complexity and delivering a rational solution to the public safety space.

A Dispatch/Response Layer (DRL) is also provided in accordance with the present invention as a layer above the ReFLEX™ Air Protocol to support group messaging. The SDP and DRL are analogized as book ends in that they operate on either side of the ReFLEX™ network.

ReFLEX™ supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way and ReFLEX™ does not support any response or acknowledgement from the recipient group. The present invention, however, adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. As described further below, the present invention implements two significant changes to conventional 2-way paging. First, it defines a new ALOHA command ('Multicast ACK Command') used by a pager to reply to an IS message. Second, it defines a flag to select which devices are allowed to use this feature.

System Description

A system **10** configured in accordance with an exemplary embodiment of the present invention is depicted in FIG. **1**. With reference to FIG. **1**, a central switching system (hereinafter referred to generally as 'Switch') **12** connects to a Wireless Network **14** and communicates with a number of subscriber devices (hereinafter referred to generally as 'Receivers') **16** such as pagers, cell phones, or wireless personal data assistants (PDAs), or portable computer running WiFi. Each Receiver is assigned one identifying Primary Address and one or more multiple Group Addresses, and is capable of receiving broadcast alert messages directed to any of its addresses. The Switch **12** comprises a Receiver Database **18** comprising stored information describing receivers, their group membership, and connects to a Wireless Network **14** such as a PCS network employing cell broadcast, a paging network, or a broadcast-capable data network employing group addressing.

With reference to FIG. **2**, the Receiver Database **18** comprises an independent table of Receivers **22** and an independent table of Groups **24**. Each Receiver row in table **22** contains an identifying personal address, as well as other information specific to a single device **16** and its Wireless Network architecture. Each Group row in table **24** contains an identifying group address, an encryption key, and a symbolic name. A dependent table of Membership **26** provides the many-to-many relationship between Receiver and Group rows. Each Membership row assigns one receiver to one group. Membership rows contain GroupAddress and PersonalAddress columns, identifying a Group and Receiver row, respectively. Each Membership row also contains a ReceiverGroupNumber column, a small mnemonic value that uniquely identifies the Group from other Groups programmed into the same Receiver, and CC ('carbon copy') flag to define specific behavioral aspects of the Receiver. Receivers do not respond to messages received by group addresses if their CC flag is set, while they can respond to messages received by group addresses if their CC flag is clear. This mechanism allows users to monitor alerts to specific groups, without expectation by the source of the alerts for a response.



As administrative changes occur to the Receiver Database **18**, configuration transactions are executed over the air with individual Receivers **16** to synchronize their configuration memory with the corresponding data in the Receiver Database **18**. The system **10** therefore maintains an up-to-date image in the configuration memory of each Receiver **16**, including a list of Group addresses, their ReceiverGroupNumber values, their symbolic names, encryption keys, and CC flags.

With reference to the flow charts in FIGS. **7** and **8**, a 'Client' (e.g., a computer-aided dispatch center, a human user, or other network client **20**) uses this system **10** to broadcast alert messages to groups of Receivers **16**. To do so, the client **20** composes a message, preferably including display content and a list of response strings. The Client **20** then connects to the Switch **12** and requests transmission of the message to a particular group name (block **50**). Depending on the architecture of the Wireless Network **14**, either the Client **20** or the Wireless Network **14** assigns an identifying field to the message such that user responses can be associated with the correct message.

Upon receipt of the message, the Switch **12** responds to the Client **20** with detailed information on the group such as a list or a count of group members (block **52**). It then encrypts the Group Message, assigns a cyclical message sequence number, and transmits the message to the Group Address (block **54**). As described in more detail below in connection with the SPARKGAP™ dispatch protocol (SDP), the Switch **12** receives group message acknowledgment responses from the receivers **16** (block **56**) that are associated with the broadcast group message (block **58**) and provided to the Client **20** (block **60**). Similarly, other types of responses generated as a result of the group message are associated with the broadcast group message (block **62**) and provided to the Client **20** (block **64**).

Upon receiving the Group Message (block **80**), the Receivers **16** decrypt the message and display the content, group name, and multiple choice options to the user. Receivers employing paging technology that are not addressed in the group do not receive the message. Alternatively, a system **10** employing cellular broadcast of the message can receive but ignore the message if it is not in the addressed group (block **82**). Each Receiver **16** with a CC flag of false transmits one or more acknowledgement codes through the Network **14** back to the Switch **12**, specifying message received, message read notifications, and enumerated multiple-choice responses (block **84**, **88** and **90**). The datagram carrying the acknowledgement code also includes the personal address of the receiver **16**, the ReceiverGroupNumber of the group address, and the message sequence number of the message, which together efficiently and uniquely identify the specific group message at the specific Receiver **16**. Each Receiver **16** in the group with a CC flag of true does not transmit an acknowledgment reply to the Switch **12** but rather merely displays the group message (blocks **84** and **86**).

Each receiver **16** provides a configuration display for the user. This display allows the user to specify, by group name, how notification should occur for messages received by each group address. Similarly, the Switch provides an administrative human interface that allows a system administrator to set up and maintain the Receivers **16** belonging to each Group.

An Exemplary Computer Aided Dispatch (CAD) System

The foregoing system description discusses the high-level organization and data flow of an exemplary group messaging system **10** that can use any of a variety of network types. With reference to FIGS. **3**, **4** and **5**, the following is a description of an exemplary type of network, that is, a ReFLEX™ two-way paging network that incorporates the new group messaging layer of the present invention. FIG. **3** is a SPARKGAP™ network controller **12'** which is configured to implement group messaging in accordance with an exemplary embodiment of the present invention. FIG. **4** illustrates the use of a SPARKGAP™ network controller or server **12'** in a system configuration **10'** similar to FIG. **1**. FIG. **5** illustrates another system configuration **10"** in accordance with another exemplary embodiment of the present invention.

The SPARKGAP™ network controller or server **12'** in FIG. **3** provides private two-way paging, mobile data, and wireless email over inexpensive channel pairs in the 900 MHz Enhanced Specialized Mobile Radio (ESMR) band or the Narrowband Personal Communication Services (N-PCS) band. Coverage can be configured for a single building, multiple counties, or state-wide service, for example, supporting small user devices such as pagers and personal data assistants (PDAs) with Motorola's proprietary ReFLEX™ protocol. Since the SPARKGAP™ server provides encrypted acknowledgement paging, responders reply immediately to CAD events and other messages directly from their pagers, and Advanced Encryption Standard (AES) encryption protects all transmissions. Since the SPARKGAP™ server **12'** supports mobile applications, law enforcement officers can use PDAs as receivers **16** to connect wirelessly with municipal, state, and federal databases to run license checks, warrants, and other mobile applications. Further, the SPARKGAP™ server is useful for automatic vehicle location. Small, inexpensive GPS sending units can be used as receivers **16** to monitor vehicles and heavy equipment, sending real-time location and status information on a 24 hour per day, 7 day per week basis. The SPARKGAP™ server **12'** can also support wireless e-mail. Users can send and receive secure, wireless email using pagers and PDAs.

The SPARKGAP™ server **12'** can support one base station **15** or hundreds of base stations **15** in a network **14'**, each consisting of a standard 900 MHz paging transmitter and ReFLEX™ base receiver as shown in FIG. **5**. A single station covers a 7-20 mile radius, and a network **14'** can coordinate multiple stations using simulcast or cellular arrangements to optimize coverage and capacity. A single channel pair can serve thousands of users, and multiple channels can be aggregated for additional capacity. Even under worst-case peak conditions, the ReFLEX™ protocol uses centralized arbitration to prevent contention and channel overloading.

In accordance with an exemplary embodiment of the present invention, the SPARKGAP™ server **12'** maintains a full packet data layer on top of paging, which is one of the most robust and most reliable communication technologies available, and leverages this foundation into a balanced set of features, coverage, and capacity. The SPARKGAP™ server **12** 'connects directly to computer-aided dispatch (CAD) systems, provides low latency messaging with virtually unbreakable security, and operates with the lowest cost-per-user and cost-per-coverage-area of any wireless data solution available. For additional resilience, redundant hot standby units maintain network operation even under catastrophic circumstances, keeping first responders connected when they are needed most.

As stated previously, the SPARKGAP™ protocol and associated server **12'** provide a ReFLEX™ network solution designed to control one or more base stations **15** and provide two-way paging and mobile data coverage with user devices **16** over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

Client **20**/Server **12** Protocol

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system **20'** to communicate with two-way pagers **16** in, for example, a SPARKGAP™ ReFLEX™ network **14'**. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices. The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client **20'** and the SPARKGAP™ network controller **12'** is the server. It features synchronous, client-initiated request/response transactions, as well as asynchronous server-driven events, to minimize latency and complexity and deliver a rational solution to the afore-mentioned issues relating to public safety and rapid response and communication. With reference to FIG. **6**, the server or switch **12** or **12'** comprises a memory device **32** and processor **34**, which can be programmed to implement the SDP, as well as an interface **30** to the network **14** or **14'**.

With further reference to FIG. **4**, when employing SDP, the CAD system or client **20'** connects to the SPARKGAP™ server **12'** using TCP/IP on port **55000**. The CAD system or client **20'** initiates transactions with the SPARKGAP™ server **12'** using a synchronous request/response model, that is, the CAD system **10'** sends the SPARKGAP™ server **12'** a request from a client **20'**, the SPARKGAP™ sever **12'** takes an action, and then the SPARKGAP™ server **12'** sends the CAD system client **20'** a response. Additionally, in order to minimize latency in delivering responses from the pagers, the SPARKGAP™ server **12'** also sends asynchronous event notifications to the CAD system client **20'** regarding message progress and responses from individual pagers.

The SDP will now be described in further detail. A description of protocol data units, transactions and events follows.

1. SDP Protocol Data Units

SDP requests, responses, and events are implemented as atomic protocol data units (PDUs) transmitted by the client **20** or **20'** and server **12** or **12'** using preferably a TCP/IP network. PDUs are serialized, and preferably always transmitted contiguously in their entirety. In other words, a node preferably never interrupts a partially transmitted PDU to begin another PDU. A PDU is preferably encoded using ASCII plain text, and consists of an identifying header followed by a collection of name/value attributes enclosed, as shown below, in curly brackets (braces).

1.1 Syntax

PDUs are preferably encoded using ASCII plain text according to the following specification:

```
    Client-to-server transmission syntax:
    "request" <request-number> <request-type> "{" <attribute-list> "}"
    Server-to-client transmission syntax:
    "event" <event-type> "{" <attribute-list> "}"
    "response" <request-number> "{" attribute-list "}"
    where,
<request-number>   : := <integer>
<request-type>     ::= token
<event-type>       : : token
<attribute-list>   : : <attribute> [<attribute-list I
<attribute>        : := attribute-name "" attribute-value ";"
<attribute-name>   : : token
<attribute-value>  : := <integer> <string>
<integer>          : := Base10 Integer Expression
<string>           : : string enclosed in double quotes
```

An example PDU exchange is illustrated as follows:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 SendMessage | |
| { | |
| CadEventID="#CTYF041820772"; | |
| MessageID="2004"; | |
| DestinationID=Fire1; | |
| Display="Calling All Cars"; | |
| AlertResponse=0; | |
| ReadResponse=1; | |
| MCR="On My Way"; | |
| MCR="Busy"; | |
| MCR="On Scene"; | |
| } | |
| | Response 5066 |
| | { |
| | ResultCode=0; |
| | ResultText="Message Queued"; |
| | }; |
| | Event PagerResponse |
| | { |
| | Timestamp="07082004130553EST"; |
| | MessageID="2004"; |
| | CadEventID="#CTYF041820772"; |
| | PagerID="229030020"; |
| | PagerName="Doe, John"; |
| | MessageRead=1; |
| | } |

1.2 Attribute Value Types

The SDP of the present invention preferably supports two attribute types, with string or integer values. Integer values are simply unsigned integers with no more than 32 significant bits, described using base-10 notation. Strings are simply printable ASCII strings contained in double quotes, and supporting the following escape sequences:

| | |
|---|---|
| \n | New Line |
| \r | Carriage Return |
| \" | Double Quote |
| \\ | Backslash |
| \### | An octal value |

1.3 The Timestamp Attribute

All events contain a timestamp attribute marking the creation of the event. A timestamp value contains a string in a specific format:

MMDDYYYYHHMMSST

Where

MM is the 2-digit month (1-12)

DD is the 2-digit day of the month (1-31)

YYYY is the 4-digit year

HH is the 2 digit hour (0-23)

MM is the 2 digit minute (0-59)

SS is the 2 digit second (0-59)

T is the 1-4 character time zone abbreviation

1.4 Attribute Order

In some cases, attribute order is significant. For illustrative purposes, receiving nodes are expected to read and decode attributes from first to last in the PDU.

2. Transactions

A transaction is exchanged on the network as a request from the client, some action by the server, and a response from the server. The SDP preferably includes three transactions described below:

Login

SendMessage

QueryMessage

2.1 Login

The Login transaction establishes the identity of the CAD client **20** or **20'** for purposes of reconnection. Should a TCP/IP connection be terminated, the SPARKGAP™ sever **12'** will queue events awaiting a reconnection.

2.1.1 Request

The request PDU contains the following attributes:

User (string, mandatory): This value contains the name or identity of the CAD system client **20** or **20'**, which preferably must match an entry in a SPARKGAP™ CAD account database in the database **18**.

Password (string, optional): This value contains the access password for the CAD system client **20** or **20'**. If the CAD account is set up without a password, then this attribute is not required.

Version (integer, mandatory): This value specifies the protocol version that the CAD system client **20** or **20'** is requesting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

2.1.2 Response

The response PDU contains the following attributes:

ResultCode (integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

Version (integer, mandatory): This value specifies the protocol version that the SPARKGAP™ sever **12'** is supporting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

System (string, optional): This value contains an identifying description of the SPARKGAP™-based system **10'**.

2.1.3 Example

This example illustrates a CAD system client **20** or **20'** logging into a SPARKGAP™ server **12'** as user "ECD911," requesting version 1.0 of the protocol. The SPARKGAP™ server **12'** grants the login and acknowledges version 1.0 support.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 login<br>{<br>User="ECD911";<br>Password="GHTy778";<br>Version=100;<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>Version=100;<br>ResultText="Connection Complete";<br>System="Sparkgap ESN 04000022";<br>} |

2.2 SendMessage

The SendMessage transaction queues a message for delivery for one or more pager recipients **16**. The transaction only queues the message for processing. As the message is processed and responses are received, a sequence of events will convey the results back to the CAD system **10'**.

2.2.1 Request

The request PDU contains the following attributes

MessageID (string, mandatory): This value uniquely identifies the message from the client (CAD) **20** or **20'** perspective. An identical MessageID attribute will be included in all subsequent events related to this message.

CadEventID (string, optional): This value uniquely identifies the precipitating CAD event. If present, an identical CadEventID attribute will be included in all subsequent events related to this message.

DestinationID (string, mandatory): This value specifies the target audience for the message. The DestinationID corresponds to the name of a group of pagers or an individual pager in the SPARKGAP™ database. The PDU may contain multiple DestinationID attributes, in which case the message will be directed to an aggregated group representing the net total of all recipients.

GroupDetail (integer, optional): This value conveys the client's desire to receive detailed information about group recipients in the transaction response. If this field is present and set to a non-zero value, then the response will include a PagerID and PagerName attribute for each constituent number of the group. If the GroupDetail attribute is not present or set to zero, then this information will not be included in the response.

Display (string, mandatory): This value contains the actual display message to be read by message recipients. Multiple Display attributes are arranged in the order they appear into a single unbroken message.

AlertResponse (integer, mandatory): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as pagers **16** receive the message and alert their users.

ReadResponse (integer, optional): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as users display the message on their pager.

MCR (string, optional): If present, MCR attributes specify "multiple-choice responses" to be presented to the user as reply options. Multiple MCR attributes may be included in the request. The first MCR encountered is number 0, the second is number 1, and so on. As users reply to the message, the SPARKGAP™ server **12'** will relay appropriate PagerReply events to the CAD client **20'**.

2.2.2 Response

The response PDU contains the following attributes:

ResultCode (Integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

GroupSize: This value specifies the total number or recipient members in the group.

PagerID (String, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute signifies that a corresponding PagerName attribute will follow. Together, these two fields are duplicated for each member of the total pager destination group.

PagerName (string, optional): The value contains the name of the pager user corresponding to the last PagerID value.

2.2.3 Example

This example illustrates a CAD system or client **20'** sending the message "Calling all cars" to two dispatch groups, Fire**1** and Fire**34**. The CAD system client **20** requests notification from each pager **16** when the users read the messages, but not when the pagers alert. The request includes a CadEventID and a MessageID so that the CAD system can properly categorize forthcoming events related to this message. The SPARKGAP™ server **12'** queues the message and returns a successful result code in the response.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 sendmessage<br>{<br>CadEventID="#CTYF041820772";<br>MessageID="2004";<br>DestinationID="Fire1";<br>DestinationID="Fire34";<br>GroupDetail=1;<br>Display="Calling All Cars";<br>AlertResponse=0;<br>ReadResponse=1;<br>MCR="On My Way";<br>MCR="Busy";<br>MCR="Already On Scene";<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>ResultText="Message Queued";<br>GroupSize=892;<br>} |

2.3 QueryMessage

The CAD client **20'** initiates a QueryMessage transaction to discover present status of a previously sent message. The transaction response provides details about the message status as well as the status of all message recipients.

2.3.1 Request

MessageID (string, mandatory): This value identifies the message to be queried. It preferably must match the MessageID attribute of the SendMessage request that created the message.

2.3.2 Response

The response includes a message status, and a number of member status values in the form of an attribute group, PagerID, PagerName, PagerStatus. These three attributes may appear multiple times in the response to convey the status of multiple pagers in the message's aggregate destination group.

ResultCode (integer, mandatory): This value contains the result code of the transaction. If this value is not zero, then the MessageStatus, PagerID, PagerName, and PagerStatus fields will not be present.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

MessageStatus (integer, mandatory): This value contains the present status of the message, as described in the table below.

PagerID (string, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute represents that a corresponding PagerName attribute may follow, and that a PagerStatus attribute will follow. Together, these two or three fields are duplicated for each member of the pager group total pager destination group.

PagerName (string, optional): This value contains the name of the pager user corresponding to the last PagerID value.

PagerStatus (string, mandatory): This value contains the status of the pager user corresponding to the most recent PagerID value in the PDU. PagerStatus values are enumerated in the table below.

PagerStatus and MessageStatus value enumerations are described below:

PagerStatus Values

| Value | Description |
|---|---|
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been sent to the device but not yet acknowledged in any way. |
| "Received" | The message has been successfully received by the device. |
| "Read" | The message has been read by the user. |
| "Answered" | The user has answered the message |

MessageStatus Values

| Meaning | Description |
|---|---|
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been transmitted and is open for replies. |
| "Closed" | The message is closed. |

2.3.3 Example

This example illustrates a CAD system client **20'**, querying for the message 2004. The SPARKGAP™ server **12'** returns a MessageStatus of "Sent" to indicate that the message has been sent, and it returns individual deliver status codes on the four members of the group.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5067 sendmessage<br>{<br>MessageID="2004";<br>} | |
| | Response 5067<br>{<br>Result=0; |



-continued

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | MessageStatus="Sent";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>PagerStatus="Read";<br>PagerID="229030109";<br>PagerName="Doe, Jane;<br>PagerStatus="Sent";<br>PagerID="229030043"<br>PagerName="Orwell, George";<br>PagerStatus="Read";<br>PagerID="229030025";<br>PagerName="Miller, Mark";<br>PagerStatus="Answered";<br>} |

3 Events

SDP allows the SPARKGAP™ server **12'** to send asynchronous events to the CAD system client **20'** to notify it of message activity on the network. SDP includes two events:

PagerReply

MessageComplete

3.1 PagerReply

This event informs the CAD system client **20'** that a recipient pager **16** has responded in some way to a message. The event contains the following attributes

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ server **12'** received the information from the pager.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute value of the SendMessage request that created the message.

CadEventID (string, mandatory): This field is preferably only present if a CadEventID attribute existed in the SendMessage request that created the message. If it is present, it matches the value in the SendMessage request.

PagerID (string, mandatory): This value contains the identification of the pager issuing the reply.

PagerName (string, optional): This value contains a descriptive name of the pager user.

UserAlerted (integer, optional): If this attribute is present and its value is non-zero, it means that the message was successfully received by the pager **16** and the user was alerted.

MessageRead (integer, optional): If this attribute is present, it means that the user displayed the message on the pager **16**.

McrValue (integer, optional): If this attribute is present, the user selected a multiple-choice reply value indicated by the value.

McrText (string, optional): If this attribute is present, it contains the actual text of the selected multiple-choice reply.

MessageText (string, optional): If this attribute is present, it contains a manually typed response from the pager.

The PDU preferably will not aggregate events, but rather it will contain either UserAlerted, MessageRead, McrValue (and McrText), or MessageText. It preferably will not contain a combination of these fields. Each distinct pager response will arrive in its own event PDU with its own timestamp value.

In the following example, Pager 229030020 (John Doe) has responded to message 2004 with multiple-choice response number 2.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event PagerResponse<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>UserAlerted=1;<br>MessageRead=1;<br>McrValue=2;<br>McrText="Already On Scene";<br>} |

3.2 MessageComplete

This event informs the CAD system client **20'** that a message has transitioned to the closed state. The message record will remain in memory **18** for some time, but the system will no longer accept pager responses for it. This event contains the following attributes:

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ closed the message.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute of the SendMessage request that created the message.

CadEventID (string, mandatory): This value is only present if a CadEventID attribute existed in the original SendMessage request that created the message, and if it is present, it matches the value in the SendMessage request.

In this example, SPARKGAP™ announces that Message 2004 is closed:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event MessageComplete<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>} |

Result Codes

SDP supports the following result codes:

| | |
|---|---|
| 0 | Transaction Completed Successfully |
| 1000 | Badly formed PDU |
| 1001 | Unknown recognized Request |
| 2000 | Invalid User/Password |
| 3000 | Message Queue Full - Try Again Later |
| 3001 | Unknown MessageID |
| 3002 | Unknown DestinationID |
| 3003 | Missing Required Attribute |

Server or Switch **12**/Mobile Receiver **16** Protocol

A Dispatch/Response Layer will now be described which is a layer above the ReFLEX™ Air Protocol that supports group messaging between a client **20** or **20'** and a mobile device **16** in accordance with the present invention. The SDP and DRL are analogized as book ends in that they operate on either side of a ReFLEX network **14'**.

1. Introduction

The present invention preferably provides for acknowledged group messaging support for the ReFLEX™ protocol. The ReFLEX™ protocol supports personal and information service (IS) messages. Personal messages involve a single



recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called an IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way, and ReFLEX™ does not support any response or acknowledgement from the recipient group.

The present invention adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. To this end, the present invention defines a new ALOHA command (Multicast ACK Command), and defines a flag in the 'Change Registration Command' to select which devices are allowed to use this feature.

The Dispatch/Response Layer (DRL) provides efficient and high-performance group and personal messaging over a ReFLEX™ network **14'** between the server **12'** and the user devices or receivers **16**. DRL uses binary IS vectors and multicast ACK commands to deliver dispatch messages to groups of users and receive individual responses. It also provides a simple structure for personal messaging between individuals, and it is designed to operate over the Secure Paging Layer (SPL). SPL is an obvious, open-source encryption standard based on AES. This system **10** or **10'**, however, can be implemented with other encryption methods.

2. Overview

DRL supports both group and personal messages.

2.1 Group Messages

Group Messages are broadcast to a group of one or more pagers **16** using ReFLEX™ IS addresses. A Group Message includes a specially-formatted ReFLEX™ binary message broadcast by the network **14'** to a group of pagers **16**, and a number of ReFLEX™ Multicast ACK Command responses from the pagers **16** back to the network **14'**. This type of message can contain a display message a supervisory command, or both.

2.2 Personal Message

Personal messages are sent between a single pager **16** and the network **14'** using a ReFLEX™ personal address. A Personal Message includes a specially-formatted ReFLEX™ binary message sent from the network to a pager, or a ReFLEX™ long inbound message from the pager to the network. Additionally, pagers may transmit ReFLEX™ ACK Responses, Multiple-Choice Commands, and Transaction Control Commands in response to forward messages.

The present invention provides for acknowledged group messaging support for ReFLEX™ protocol. The Multicast ACK command is a new ALOHA command used by a pager **16** to reply to an IS message. This command's MSN refers not to the device personal address, but instead to an IS address selected from the device codeplug with a 4-bit enumeration field. The 30-bit IS address itself is synchronized between the pager **16** and its home switch or server **12'**, using means similar to those provided by the open ReFLEX Exchange Protocol (RXP) and the Motorola Generic Over-The-Air Programming Protocol (GOTAP).

The 'Multicast ACK Command' contains a message sequence number (MSN), a 4-bit IS address identifier (ai) and a 7-bit reply identifier (mr). The IS address identifier specifies the IS address programmed into the pager, and MSN identifies the message being replied to, and the reply identified indicates the enumerated reply code.

The Multicast ACK Command reply identifier can specify responses pre-programmed in the pager (codes 0 through 63),

responses embedded in the group message (codes 64 through 111), or supervisory messages, as follows:

| | |
|---|---|
| 124 | Message received by pager |
| 125 | Message received by pager and read by user |
| 126 | Message received but could not be decoded |
| 127 | Message received with transmission errors |

The network **14'** responds to the 'MulticastACK Command' with a 'Standard ACK' (Motorola ReFLEX 2.7.3 Specification, Section 3.10.9.2). In order to control where this feature is available (and which devices may use it,), bit d**4** of the 'Registration Grant' type 'Change Registration Command' (3.1 0.8.1) is redefined from 'reserved' to RM. An RM value of zero restricts the pager from transmitting the 'MulticastACK Command'. An RM value of one enables the pager to transmit the 'MulticastACK Command.'

On a per-message basis, the RE and RD bits (alphanumeric and binary vectors, respectively) determine whether the Multicast ACK Command may be transmitted for any particular IS message. If RE is 1 (or RD=0), and RM=1 during the last 'Registration Grant' seen by a device **16**, then it may transmit 'Multicast ACK Command' packets related to the message. Application protocols (such as Motorola FLEXSuite, and higher-level protocols) will determine which specific 'Multicast ACK Command' are appropriate for the message.

2.3 Device **16** Capabilities And Behavior

2.3.1 Multicast ACK Command

DRL uses ReFLEX™ IS addresses for personal messaging. Compliant DRL Devices **16** preferably support the Multicast ACK Command described above, and they support an additional non-volatile configuration bit for each IS address in their codeplug. This flag is called the 'CC' or "carbon copy" flag, and it serves to disable Multicast ACK Command responses on the specified IS address. The device **16** preferably supports at least 16 IS addresses and 16 CC bits, which are automatically synchronized over the air using GOTAP or similar means.

2.3.2 Performance

DRL is designed to support public safety, law enforcement, and other applications where timely delivery of personal and group messages is paramount. DRL devices **16** preferably support ReFLEX™ protocol version 2.7.3 reduced latency operation, in which they will examine each frame for IS or personal messages.

2.3.3 User Interface

DRL messages follow the 'e-mail' model and can include a from-address, a to-address, a subject and a message body. DRL devices **16** include one or more IS addresses configured for DRL group messaging, including a CC flag (set through GOTAP) and a group name (such as 'Ladder46', 'Hazmat', or 'BerkelyEMS[T]') maintained through DRL. Users can select alert options per IS address, using the symbolic name of the address to assist the user in organizing his in-box. Personal messages and group messages can appear in the same mailbox; group addresses preferably display the name of the group as the from address.

3. Message Structure

DRL preferably uses ReFLEX™ long binary messages adhering to the Motorola Route to Alternate Host (RAH) protocol as described in the Motorola FlexSuite™ of Enabling Protocols Specification Document. Preferably all DRL messages include a Message Header followed by Message Content.

3.1 Message Header

Headers can include the RAH SIF (0x11) and RAH Address ID (0x2d), followed by a DRL message type, as follows

DRL Message Header

| Field Name | Byte Length | Description |
|---|---|---|
| SIF | 1 | RAH SIF (0x11) |
| Address ID | 1 | RAH Address ID (0x2d) |
| Type | 1 | DRL Message Type |

3.2 Message Content

Content type is identified by the Type field, as follows:

| Type | Description |
|---|---|
| 0 | Ignore Message |
| 1 | Group Message |
| 2 | Personal Forward Message |
| 3 | Personal Reverse Message |
| 4 | Personal Response Message |
| 5-255 | Reserved |

The message content consists of a sequence of octets following immediately after the Type field of the long message header.

4. Group Message

A Group Message preferably consists of a one-to-many broadcast message with recipient confirmation and reply options. Group alerts are transmitted as ReFLEX™ 1-Way binary IS messages with a DRL Type code of 1.

4.1 Forward Message

The group dispatch message initiates the group dispatch transaction, conveying a display message to a number of pagers. It is a DRL long message transmitted using a ReFLEX™ 1-way personal or IS address, and it contains a 1-byte Control field, and a Display field consisting of a number of null-terminated strings encoded according to the PACK7 format described in Appendix D of the Motorola FlexSuite™ of Enabling Protocols Specification Document.

Dispatch Message Content

| Field Name | Byte Length | Description |
|---|---|---|
| Control | 1 | Control Flags |
| Opcode | 1 | Execution opcode |
| Operand | Variable | Execution operand |
| Display | Variable | NULL-Terminated Display String List. |

The Control field specifies how the pager **16** should respond. Opcode and Operand fields specify auxiliary action the device **16** should take in addition to or instead of displaying the message, and the Display field contains the actual display message.

4.1.1 Control Field

The Control field provides guidance on how the pager **16** should respond to the message:

Control Flag Definitions

| Bit | Name | Description |
|---|---|---|
| 0 | AckReceipt | Acknowledge receipt of the message |
| 1 | AckRead | Acknowledge reading of the message |
| 2 | UseMcr | Provide the user a multiple choice response |
| 3-7 | Reserved | Reserved flags (set to zero) |

An AckReceipt value of 1 instructs the pager **16** to generate a ReFLEX™ Multicast ACK when the message is received, and an AckRead value of 1 instructs the pager to generate a Multicast ACK when the message is read by the user. A UseMCR value of 1 instructs the pager provide a multiple-choice response list to the user, including responses programmed into the pager as well as responses embedded into the message itself.

4.1.2 Operand/Opcode Field

Opcode and Operand fields specify auxiliary action the device **16** should take in addition to (or instead of) displaying the message. The Opcode field is a one byte value divided into upper and lower 4-bit fields. The upper 4 bits specifies the octet length of Operand, and the lower 4 bits specifies the action to be taken. The lower 4 bits use the following enumerations:

Operand Values

| Opcode | Operation | Description |
|---|---|---|
| 0 | No Operation | Take no action |
| 1 | Assign Name | Assign Group Name to Address |
| 2 | Execute | Execute Alerting Sequence |
| 3-15 | Reserved | Reserved |

4.1.2.1 Opcode '0'—No Operation

This opcode specifies no operation and should be ignored.

4.1.2.2 Opcode '1'—Assign Group Name To Address

This opcode instructs the receiver **16** to assign a symbolic group name to the IS address, which are contained as one character per byte in the next 0-15 bytes. An operand length of zero implies 'no name,' while a length of 1-15 bytes indicate a 1-15 character long name.

4.1.2.3 Opcode '2'—Execute Alerting Sequence

This opcode instructs the receiver to execute a pre-programmed, external alerting sequence, such as a generating a public address tone, closing a relay contact or performing a sequence of relay closures, or printing the message. The first operand byte specifies the sequence to execute, which defaults to zero if no operand data is present. Operand data bytes 1-15, if present, contain additional parameters specific to the sequence. Devices that do not support this feature should ignore this opcode.

4.1.3 Display Field

The Display field is one continuous Pack7 field containing a list of null-terminated strings. These strings include, in order, the message subject, the message body, and up to 16 optional multiple-choice response strings. The subject and body are displayed to the user, and the response strings are presented as a list.

4.2 Multicast ACK Command Response

Under certain circumstances, the device may respond to the message with one or more Multicast ACK Commands. This behavior depends on 4 factors:

values of the RD bit in the message vector,

the Control field of the message,

the RM value of the last 'Registration Grant' seen by a device, and

the Multicast Ack Enabled flag of the IS address used

If RD=1 and RM=0, or Multicast Ack Enabled=0 then this command must not be used. Otherwise, the command should be sent under the following circumstances:

Upon Message Receipt

If AckReceipt of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=124 into its transmit queue when it receives a complete, error-free message.

Upon the User Viewing the Message

If AckRead of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=125 into its transmit queue when it receives a complete, error-free message.

Upon the User Selecting a Reply

If UseMcr of the Control field is 1, then the device **16** gives the user the option to select a reply string from an aggregated list including the replies programmed into the device and the replies embedded in the Display field. If the user selects a string, then the device **16** queues a Multicast ACK Command with mr=[0, 111] into its transmit queue. Codes 0-63 are reserved for responses programmed in the pager, and codes 64-111 are reserved for any response strings in the Display field. The user may respond to the message multiple times.

Subsequent Multicast ACK Commands associated with the same message can be optimized, and some of them can be overlooked without loss of information. For instance, an mr of 125 or an mr in the [0, 111] range implies that the message has been received and viewed. Depending on how fast the user reads and/or responds to a message, and depending on the ALOHA randomization interval of the system, the pager **16** may be able to skip transmission of Multicast ACK Response commands with mr values of 124 and 125 and simply transmit the multiple-choice reply code [0, 111]. When possible, this is desirable in order to reduce congestion of the return channel.

5. Personal Message

A Personal Message is a human-readable message carried from one point to another. Personal Forward Messages are sent by the network **14'** to one pager **16**, and Personal Reverse Messages are sent by the pager **16** to the network **14'**. The DRL model for Personal Messages is similar to an abbreviated version of SMTP.

5.1 Personal Forward Message

A Personal Forward Message is transmitted by the network **14'** to the pager **16**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message type can be delivered as a one-way or two-way long binary message to single pager **16**, with acknowledgement, read response, and multiple-choice replies transmitted back using the ReFLEX™ signaling layer. Display contains an ordered list of strings: a from-address, a subject, a body, and an optional list of multiple-choice replies.

5.2 Personal Reverse Message

A Personal Reverse Message is transmitted by the pager **16** to the network **14'**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message is delivered as a ReFLEX™ long inbound binary message. Display contains an ordered list of strings: a to-address, a subject, and a body.

Exemplary Tactical Alerting System

ReFLEX pagers are not fixed on a single channel for service, but rather scan continuously for a better, stronger, or more appropriate signal to serve them. This background scanning facilitates the present invention since it is this ability that allows these devices to seek out the correct channel for temporary use at the scene of an event.

In accordance with an exemplary embodiment of the present invention, a pager **16** is provided as shown in FIGS. **6**, **9**A, **9**B and **10**. With reference to FIG. **6**, the pager **16** comprises a processor **38** programmed to implement the DRL, among other operations, a memory **36** for storing, for example, group configuration information, a display **44** and an interface **40** to the network **14**. The pager **16** can be connected directly to a user interface **42** for facilitating customization of the group configuration information, for example, to allow the pager **16** to respond differently to messages directed to different group addresses. As shown in FIGS. **9**A and **9**B, the pager **16** has a display for displaying different screens and different options thereon. For example, the main screen shown on the display **44** in FIG. **9**A indicates time and date and a menu listing such options as "VIEW RECEIVED MSGS", "VIEW TRANSMITTED MSGS", "SEND A MESSAGE" and "SERVICE SETTINGS". As shown in FIG. **9**B, the pager **16** can be provided with a charger console **100** which can also have an input to the user interface **42**. As shown in FIG. **10**, the pager **16** can be provided with a QWERTY keypad **102**, among other buttons and controls.

The pager **16** can be used by responding personnel on a day-to-day basis as a wide-area alerting device, but also as a tactical alerting device at the scene of an incident. The pager preferably operates on any programmed ReFLEX™2.7.x network. If an on-scene SPARKGAP™ (for instance, mounted into a mobile communications center) is operating with its own base station and an RXP connection to the wide area system, the pager **16** can register with the on-scene SPARKGAP™ when the responder arrives. When the pager **16** arrives at the site of an event with an established on-scene network such as the switch **12'** (e.g., the SPARKGAP™ server), the pager **16** automatically finds this system **10**, switches to the proper channel, and registers. As long as that pager **16** is in the coverage area of the on-scene SPARKGAP™ server **12'**, it will be a part of the community of pagers **16** receiving messages from the command post for that particular occurrence. Once the on-scene network is shutdown, or the responder leaves the coverage area, the pager **16** will re-register on the wide-area system.

The on-scene SPARKGAP™, and pagers, can be preloaded with one or more IS addresses reserved for tactical alerting. Incident commanders can send messages to these IS addresses to notify users on-scene of impending tactical issues, such as imminent structural failure or impending chemical release. In addition to the ability to automatically find the channel being used at the scene of a major event, the pager **16** is also equipped with louder than normal (>85 dB at 30 cm) alerting tone and strong vibrator to ensure the user is aware of an incoming message. With appropriate configuration, tactical alert messages can be sent to specific groups of user, or to all users on scene. Additionally, AES encryption is available to prevent inappropriate interception of tactical alerts.

Because the on-scene system is connected by RXP to the wide-area network, pagers also continue to send and receive normal personal and group messages from the wide area system. However, the pager can be configured with unique alert tones to allow personnel to recognize incoming tactical messages, and the on-scene SPARKGAP can even temporarily configure local devices so that they only alert the user when tactical messages are received.



Modern wide-area paging networks utilize the 900 MHz band of radio spectrum. Some of these channels are dedicated to the NPCS Radio Service (FCC Part **24**) and others are found in Business and Industrial Radio Service (FCC Part **90**) making them available to a wide range of system operators. The pager **16** uses frequencies in either or both of these channel segments based on programming within the paging device itself.

When a major public safety event occurs, it is normal for the involved agencies to establish a command post at or near the scene of the event. Many times this is a motor home-style vehicle equipped to resemble a control room with banks of computers, radios and a meeting area used for staff briefings. As a critical part of this command post, a SPARKGAP™ server **12'** can be installed to control the ReFLEX™ paging devices **16** carried to the scene by various responders. Once this system **10'** (FIG. **4**) is activated, pagers **16** that are preprogrammed with the on-scene channels would lock onto the network at the scene and check in. A display of all registered paging devices could be used to monitor the presence of personnel as they arrive.

If it was necessary to call a general evacuation of the scene, this message would be sent via the server **12'** and each device **16** would acknowledge receipt and reading of the message. Paging allows the message to be sent to multiple users at the same time. The site command personnel would have an instant view of those who did not respond to the alert and could take immediate alternative action to get the message to them.

In this way, paging is analogous to an electronic equivalent of a lifeline attached to each person at the scene. Notifying them to evacuate by sending an alert message would be like pulling on that line and getting a tug as a response. The structure of a paging network provides the highest efficiency when it comes to alerting multiple users to an important message. And more importantly, the system **10** or **10'** of the present invention gives the incident commander a confirmed indication that the message was received and read by the personnel to whom it was sent.

It will be appreciated by those skilled in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restricted. The scope of the invention is indicated by the appended claims rather than the foregoing description and all changes that come within the meaning and range and equivalence thereof are intended to be embraced therein.

What is claimed is:

**1**. A method of alerting a group of recipients over a wireless network and providing acknowledged group messaging, each recipient comprising at least one mobile device capable of transmitting and receiving data, the method comprising the steps of:

storing data relating to recipients, groups and group members, in a memory device, the data comprising a recipient identifier for each of a plurality of recipients, one or more group identifiers corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group

membership data comprising the recipient identifiers of the selected recipients corresponding to each of the group identifiers;

providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device, the subset of the data being stored in the mobile device and comprising its corresponding recipient identifier and the group identifier of each group to which that recipient belongs as a group member;

wirelessly transmitting a group message to the mobile device corresponding to each recipient in a selected group of recipients, each of the mobile devices being configured to receive the group message and send a response when the group message is determined to be for a group to which that recipient belongs as a group member;

monitoring for responses to the group message from the group members; and

storing acknowledgement data in the memory device for each of the group members, the acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the mobile device of that group member has been received.

**2**. A method as claimed in claim **1**, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**3**. A method as claimed in claim **1**, wherein the responses are sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**4**. A method as claimed in claim **1**, wherein the group message has a message identifier and the responses comprise the message identifier to facilitate associating responses to corresponding group message.

**5**. A method as claimed in claim **1**, wherein the response comprises at least one of message received indicator, message read indicator, a reply selected from among multiple choice options, and an alphanumeric text reply entered by the recipient via the mobile device.

**6**. A method as claimed in claim **1**, further comprising:

updating at least one of the recipient identifier, the group identifier and the group membership data stored in the memory device whenever a recipient, group or group member is added or deleted; and

updating data stored in a mobile device based on the data stored in the memory device.

**7**. A method as claimed in claim **1**, wherein the transmitting of the group message is performed via a dispatch center, and the monitoring is performed via a network device.

**8**. A deterministic group messaging system providing acknowledged group messaging comprising:

a memory device configured to store

a recipient identifier for each of a plurality of recipients,

a group identifier corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and

group membership data comprising the recipient identifiers of the selected recipient corresponding to each of the group identifiers,

wherein at least one mobile device corresponding to each of the plurality of recipients is provided with at least a subset of the data stored in the memory device, the subset of data being stored in the mobile device and comprising its corresponding recipient identifier and the group identifier of each group to which that recipient belongs as a group member; and

a control module comprising at least one processing device that is configured to access the memory device and is programmed to

wirelessly transmit a group message corresponding to one of the groups of recipients, each of the mobile devices being configured to receive the group message and send a response when the group message is determined to be for a group to which that recipient belongs as a group member,

monitor for responses to the group message, and

store acknowledgement data in the memory device for each of the group members, the acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the recipient device of that group member has been received.

**9**. A system as claimed in claim **8**, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and a wireless network.

**10**. A system as claimed in claim **8**, wherein the group message has a message identifier and the responses comprise the message identifier to facilitate associating responses to corresponding group message.

**11**. A system as claimed in claim **8**, wherein the control module is further configured to

update at least one of the recipient identifier, the group identifier and the group membership data stored in the memory device whenever a recipient, group or group member is added or deleted, and

update data stored in a mobile device based on the data stored in the memory device.

**12**. A system as claimed in claim **11**, wherein the control module is configured to update data stored in a mobile device with the data stored in the memory device using wireless communication to the recipient devices.

**13**. A method as claimed in claim **8**, wherein the at least one processing device comprises a processing device at a dispatch center to transmit the group message, and a processing device at a network device to monitor the responses.

* * * * *

# EXHIBIT C

US009014659B2

(12) **United States Patent**
**Dabbs, III et al.**

(10) **Patent No.: US 9,014,659 B2**
(45) **Date of Patent: *Apr. 21, 2015**

(54) **METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING**

(71) Applicant: **Critical Holdings, Inc.**, Norcross, GA (US)

(72) Inventors: **James M. Dabbs, III**, Atlanta, GA (US); **Brian Claise**, Cumming, GA (US)

(73) Assignee: **Critical Holdings, Inc.**, Norcross, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/075,347**

(22) Filed: **Nov. 8, 2013**

(65) **Prior Publication Data**

US 2014/0065999 A1 Mar. 6, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/476,641, filed on May 21, 2012, now Pat. No. 8,588,207, which is a continuation of application No. 13/154,138, filed on Jun. 6, 2011, now Pat. No. 8,199,740, which is a

(Continued)

(51) **Int. Cl.**
***H04W 4/22*** (2009.01)
***H04W 4/06*** (2009.01)
(Continued)

(52) **U.S. Cl.**
CPC ***H04W 4/22*** (2013.01); ***H04W 4/06*** (2013.01); *H04W 4/08* (2013.01); *H04W 4/12* (2013.01); ***H04W 84/022*** (2013.01)

(58) **Field of Classification Search**
CPC .......... H04W 4/06; H04W 4/08; H04W 4/12; H04W 84/022; H04W 4/22
USPC .............. 455/404.1, 410; 370/310, 349, 390, 370/442, 445, 539.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,278,539 A 1/1994 Lauterbach et al.
5,835,860 A 11/1998 Diachina

(Continued)

OTHER PUBLICATIONS

M 1520, Product Brochure, Critical Response Systems™, Copyright 2005, 2 pages, www.critresp.com.

(Continued)

*Primary Examiner* — Sam Bhattacharya
(74) *Attorney, Agent, or Firm* — Roylance, Abrams, Berdo & Goodman, LLP

(57) **ABSTRACT**

Systems and methods are provided for reliable, wireless group alerting in a system having a database, switch, wireless network, and a plurality of intelligent mobile receivers, and preferably employing a modified two-way paging based on ReFLEX™ protocol information service (IS) messages and a novel ALOHA command for multicast acknowledgement from mobile receivers. An encrypted message is broadcast to and received by a selected number of the mobile receivers. The network replies to the sender with detailed information about the individual members in the alert group. Each of the mobile receivers in the group then acknowledges the common message back to the system, decrypts the message, displays it to the user, and allows the user to respond. The system employs centralized management to simplify the roles of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages.

**18 Claims, 7 Drawing Sheets**



**Related U.S. Application Data**

continuation of application No. 11/303,025, filed on Dec. 16, 2005, now Pat. No. 7,969,959.

(60) Provisional application No. 60/636,094, filed on Dec. 16, 2004.

(51) **Int. Cl.**

| | |
|---|---|
| ***H04W 84/02*** | (2009.01) |
| *H04W 4/08* | (2009.01) |
| *H04W 4/12* | (2009.01) |

(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | | |
|---|---|---|---|---|
| 6,304,649 | B1 | 10/2001 | Lauzon et al. | |
| 6,529,735 | B1 | 3/2003 | De Brito | |
| 6,710,702 | B1 | 3/2004 | Averbuch et al. | |
| 6,714,636 | B1 | 3/2004 | Baiyor et al. | |
| 6,804,332 | B1 | 10/2004 | Miner et al. | |
| 7,337,146 | B2 | 2/2008 | Heelan et al. | |
| 7,657,253 | B2 | 2/2010 | Lewis | |
| 7,808,378 | B2 | 10/2010 | Hayden | |
| 8,199,740 | B2 * | 6/2012 | Dabbs et al. | 370/349 |
| 8,588,207 | B2 * | 11/2013 | Dabbs et al. | 370/349 |
| 2001/0010490 | A1 | 8/2001 | Bellin | |
| 2002/0177428 | A1 | 11/2002 | Menard et al. | |
| 2003/0153343 | A1 | 8/2003 | Crockett et al. | |
| 2004/0087300 | A1 | 5/2004 | Lewis | |
| 2004/0180654 | A1 | 9/2004 | Chen | |
| 2005/0157720 | A1 | 7/2005 | Chandhok et al. | |
| 2005/0198183 | A1 | 9/2005 | Zilliacus et al. | |
| 2006/0105740 | A1 | 5/2006 | Puranik | |
| 2006/0178128 | A1 | 8/2006 | Eaton et al. | |
| 2006/0273893 | A1 | 12/2006 | Warner | |
| 2010/0146057 | A1 | 6/2010 | Abu-Hakima et al. | |

OTHER PUBLICATIONS

M 1501, Product Brochure, Critical Response Systems™, Copyright 2005, 3 pages, www.critresp.com.

"Mobile Data and Paging for First Responders", Sparkgap™. Copyright 2004, 2 pages, www.tga.com.


* cited by examiner


10
18 RECEIVER DATABASE
14 WIRELESS NETWORK
15
20
12
CLIENT
SWITCH
MOBILE RECEIVER 16
16

FIG. 1


18
22
26
24
RECEIVERS
PK
PERSONALADDRESS
CRYPTOKEY
PARAMETERS
MEMBERSHIP
PK, FK2
PK, FK1
GROUPADDRESS
PERSONALADDRESS
CC
GROUPS
PK
GROUPADDRESS
NAME
CRYPTOKEY

FIG. 2


12'

FIG. 3


10'
20'
14'
12'
CAD CLIENT
SPARKGAP SERVER
CONNECT
REQUEST 1 (LOGIN)
RESPONSE 1
REQUEST 2
RESPONSE 2
EVENT
EVENT
EVENT
16
16

FIG. 4


10"
16
GPS/AVL
GPS/AVL
GPS/AVL
GPS/AVL
GPS/AVL
GPS/AVL
GPS/AVL
GPS/AVL
14'
20
PSTN
EMAIL
CAD
9-1-1 CENTER
FRAME LINK RADIO
TELEPHONE ETC.
PRIMARY
SPARKGAP
SERVER
12'b
TANDEM
LINK
(OPTIONAL)
REDUNDANT
(OPTIONAL)
SPARKGAP
SERVER
12'a
15
MODEL 2100
RECEIVER
TRANSMITTER
RX1
RX2
TX

FIG. 5


16
MEMORY
36
PROCESSOR
38
Rx / Tx ANTENNA AND INTERFACE
40
DISPLAY
44
USER INTERFACE
42
NETWORK
14
12
Rx / Tx ANTENNA AND INTERFACE
30
MEMORY
32
PROCESSOR
34
DATABASE
18
CLIENT
20

FIG. 6


START
RECEIVE CAD REQUEST TO SEND GROUP MESSAGE
50
REPLY WITH GROUP INFORMATION
52
BROADCAST MESSAGE TO GROUP
54
N
ACK RECEIVED
56
Y
ASSOCIATE ACK WITH MESSAGE
58
SEND ACK TO CAD
60
Y
RESPONSE RECEIVED
62
N
ASSOCIATE RESPONSE WITH MESSAGE AND NOTIFY CAD
64
END

FIG. 7


START
RECEIVE GROUP ALERT MESSAGE
80
82
N
IN GROUP?
Y
84
Y
CARBON COPY FLAG SET
86
DISPLAY BUT DON'T RESPOND
N
SEND MULTICAST ACK
88
RESPOND / DISPLAY
90

FIG. 8




FIG. 9A




FIG. 9B




FIG. 10

# METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING

This patent application is a continuation of U.S. patent application Ser. No. 13/476,641, filed May 21, 2012, which is a continuation of U.S. patent application Ser. No. 13/154,138, filed Jun. 6, 2011 (now issued as U.S. Pat. No. 8,199,740), which is a continuation of U.S. patent application Ser. No. 11/303,025, filed Dec. 16, 2005 (now issued as U.S. Pat. No. 7,969,959), which claims the benefit of U.S. provisional application Ser. No. 60/636,094, filed Dec. 16, 2004, the entire disclosures of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The ability to alert and mobilize first responders is central to the readiness of any public safety agency. In the aftermath of recent major public safety events, including natural and man-made disasters, the public safety community has thoroughly examined all aspects of wireless interoperable voice communications. However, first responder alerting has remained largely unexamined for over a decade, and in communities relying on volunteer first responders, the critical importance of first responder alerting rivals that of interoperable voice communications.

Shortcomings with current alerting technologies are well documented in the public record. One analysis of communication failure during periods of profound crisis, the Arlington County After-Action Report on the Response to the September 11 Terrorist attack on the Pentagon available from Arlington County, Va., notes failures in all forms of communications, from initial alerting to tactical voice communication. As stated in this report, during the events of Sep. 11, 2001, radio channels became oversaturated, and interoperability problems among jurisdictions and agencies persisted throughout the entire response process. Otherwise compatible portable radios were preprogrammed in a manner that precluded interoperability. Cellular telephone systems and even the public switched telephone network (PSTN) became congested and unusable.

This report cited traditional, 1-way paging systems as the most reliable method of alerting and notification. However, the lack of a paging response channel left responders relying on other, less reliable forms of communication to escalate, reply to, or even confirm receipt of their instructions. These problems with cellular telephone networks and the PSTN limited the overall effectiveness of 1-way paging as an alerting system. This created serious operational challenges during the Sep. 11, 2001 series of events, and they will create similar problems in any such future events.

Even during day-to-day public safety activity, these alerting system limitations are problematic. In most cases, when volunteer groups are alerted by pager, incident commanders do not know who will actually respond until personnel begin to arrive on scene. This delay postpones decisions regarding escalation and mutual aid, letting critical time slip by before commanders can identify and correct problems with the response. This time period can define the success or failure of the response process, presenting a critical need for simple, inexpensive, pager-type devices that can reply to group messages.

However, public safety agencies still rely on 25-year old, 1-way paging technology as their core alerting solution. Many newer technologies are available, but for alerting, for a variety of reasons, these technologies do not provide a meaningful improvement over 1-way paging. Existing mobile data



systems are too expensive and too bulky for continual personal use. Digital and analog 2-way voice systems are similarly impractical for widespread, continuous deployment to volunteer forces. Several contemporary PCS technologies have integrated voice, data, and paging, but their complete dependence on commercial networks runs counter to commonly accepted reliability standards (e.g., NFPA-1221). Private broadband solutions (such as IEEE 802.11 and 802.16) provide high-capacity data capabilities, but they lack the coverage, portability, and resilience required for wide-area alerting of large volunteer forces. Contemporary 2-way paging systems perhaps come closest to meeting the alerting needs of public safety agencies. Like 1-way systems, these pagers are small, inexpensive devices that operate for long periods on battery power. However, these systems have no ability to acknowledge group messages.

More importantly, beyond the limitations described above, none of these systems provide a network interface sufficient to support acknowledged group messaging. Requiring that the message originator individually alert each recipient adds considerable setup delay when alerting large groups. This delay is eliminated when using network-supported call group or common address messages, but the message originator must have prior knowledge of group membership. If a message originator does not know the membership of the paged group, there is no context to know whether enough manpower is responding, or whether key individuals have been mobilized. Manually maintaining accurate group membership rosters between networks and message originators would be impractical since this is time consuming, difficult, and prone to errors. For a communications system to provide usable, acknowledged group alerting capabilities to public safety agencies, the network interface must provide group membership details when the group message is sent. Even if the mobile devices were capable of acknowledging group messages, current systems do not provide message originators this membership information regarding the alerted group. Simply guaranteeing that a message will be eventually delivered to all recipients is insufficient for public safety alerting applications. The message originator (dispatcher, incident commander, etc.) needs immediate feedback as to who has been alerted and how they have replied, as well as information concerning those who cannot be reached.

A need therefore exists for a 2-way paging system that could be improved with group message acknowledgement and a suitable system interface. Such a system would address the current shortcomings of public safety alerting systems, and could also provide other benefits. For instance, it could act as an improved personnel accountability system (PAS) for on-scene communications. Incident commanders could instantly notify responders of imminent threats, such as impending chemical release or structure failure, and verify receipt by all personnel. Responses could be expanded to include location information and health or equipment status information. Such systems, made practical because of the high performance and low cost of 2-way pagers, would both obviate traditional problems with interoperable on-scene communications and enable central oversight of critical real-time safety data.

While public safety's need for a system capable of acknowledged group alerting system is clear and well documented in the public record, no such system yet exists but for the present invention described herein.

## SUMMARY OF THE INVENTION

The above-described deficiencies in the prior art are overcome and a number of advantages are realized by the present

invention. In accordance with an aspect of the present invention, a method of efficient and deterministic alerting of a group of recipients over a wireless network is provided. Each recipient comprises at least one mobile device capable of transmitting and receiving data. The method comprises the steps of: storing data relating to recipients, groups and group members, in a memory device, the data comprising a recipient identifier for each of a plurality of recipients, one or more group identifiers corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group membership data comprising the recipient identifiers of the selected recipients corresponding to each of the group identifiers; providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device, the subset of the data being_stored in the mobile device and comprising its corresponding recipient identifier and the group identifier of each group to which that recipient belongs as a group member; wirelessly broadcasting a group message addressed with a selected one of the group identifiers, each of the mobile devices being configured to receive the broadcast group message, to analyze a group identifier provided with the group message, and send a response when the group identifier in the group message is determined to be for a group to which that mobile device belongs; monitoring for responses to the group message from the group members of the group identified by a group identifier provided in the group message; and storing acknowledgement data in the memory device for each of the group members, the acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the mobile device of that group member has been received.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be further understood with reference to the following description and the appended drawings, wherein like elements are provided with the same reference numerals:

FIG. **1** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **2** is a diagram of a database used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **3** is an isometric view of a switch or server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **4** is a diagram of communication between a client and a server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **5** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **6** is a block diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;



FIG. **7** is a flow chart illustrating a sequence of operations for broadcasting a group message and group message acknowledgment in accordance with an exemplary embodiment of the present invention;

FIG. **8** is a flow chart illustrating a sequence of operations for receiving, acknowledging and processing group message at a mobile receiver in accordance with an exemplary embodiment of the present invention; and

FIGS. **9**A, **9**B and **10** are views of mobile receivers constructed in accordance with exemplary embodiments of the present invention.

## DETAILED DESCRIPTION OF THE EXEMPLARY EMBODIMENTS

### Overview

In accordance with the present invention, a system and method are provided for reliable, wireless group alerting in a system that comprises a database, switch, wireless network, and a plurality of intelligent mobile receivers, and employs a modified two-way paging protocol based on group messaging capability of the Motorola ReFLEX™ protocol and a novel ALOHA command for multicast acknowledgement (ACK) from mobile receivers. An encrypted message is broadcast to a group address. This message is received by a number of mobile receivers, each of which then acknowledges back to the system, decrypts the message, displays it to the user, and allows the user to respond, if they belong to the group address. The system employs centralized management to simplify the role of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages. It also employs novel mechanisms to compress the responses from the receivers to use minimal airtime. The system is particularly relevant to public safety and critical infrastructure operators, where large group dispatches must be delivered quickly and deterministically to a heavily distracted mobile workforce, and their responses must be delivered to the dispatch center efficiently. As such, this system provides a comprehensive, meaningful solution to support distracted users with simple, resilient group messaging. It is to be understood that, while an exemplary embodiment is described herein that uses paging technology, the present invention can also be implemented using a cellular system, a wireless local area network or more specifically WiFi, or other wireless communication technology.

In accordance with an exemplary embodiment of the present invention, a system for group alerting employs a SPARKGAP™ network which utilizes a modified version of a protocol called ReFLEX™ developed by Motorola, Inc. for two-way paging and Narrowband PCS (NPCS). This system uses a 12.5 KHz channel pair operating in the 900 MHz band. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices.

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system to communicate with two-way pagers on a SPARKGAP™ ReFLEX™ network. SPARKGAP™ is a ReFLEX™ network solution designed to control one or more base stations and provide two-way paging and mobile data coverage over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way

paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client and the SPARKGAP™ is the server. It features synchronous, client-initiated request/response transactions as well as asynchronous server-driven events, minimizing latency and complexity and delivering a rational solution to the public safety space.

A Dispatch/Response Layer (DRL) is also provided in accordance with the present invention as a layer above the ReFLEX™ Air Protocol to support group messaging. The SDP and DRL are analogized as book ends in that they operate on either side of the ReFLEX™ network.

ReFLEX™ supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way and ReFLEX™ does not support any response or acknowledgement from the recipient group. The present invention, however, adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. As described further below, the present invention implements two significant changes to conventional 2-way paging. First, it defines a new ALOHA command ('Multicast ACK Command') used by a pager to reply to an IS message. Second, it defines a flag to select which devices are allowed to use this feature.

System Description

A system **10** configured in accordance with an exemplary embodiment of the present invention is depicted in FIG. **1**. With reference to FIG. **1**, a central switching system (hereinafter referred to generally as 'Switch') **12** connects to a Wireless Network **14** and communicates with a number of subscriber devices (hereinafter referred to generally as 'Receivers') **16** such as pagers, cell phones, or wireless personal data assistants (PDAs), or portable computer running WiFi. Each Receiver is assigned one identifying Primary Address and one or more multiple Group Addresses, and is capable of receiving broadcast alert messages directed to any of its addresses. The Switch **12** comprises a Receiver Database **18** comprising stored information describing receivers, their group membership, and connects to a Wireless Network **14** such as a PCS network employing cell broadcast, a paging network, or a broadcast-capable data network employing group addressing.

With reference to FIG. **2**, the Receiver Database **18** comprises an independent table of Receivers **22** and an independent table of Groups **24**. Each Receiver row in table **22** contains an identifying personal address, as well as other information specific to a single device **16** and its Wireless Network architecture. Each Group row in table **24** contains an identifying group address, an encryption key, and a symbolic name. A dependent table of Membership **26** provides the many-to-many relationship between Receiver and Group rows. Each Membership row assigns one receiver to one group. Membership rows contain GroupAddress and PersonalAddress columns, identifying a Group and Receiver row, respectively. Each Membership row also contains a ReceiverGroupNumber column, a small mnemonic value that uniquely identifies the Group from other Groups programmed into the same Receiver, and CC ('carbon copy') flag to define specific behavioral aspects of the Receiver. Receivers do not respond to messages received by group addresses if their CC flag is set, while they can respond to messages received by group addresses if their CC flag is clear. This mechanism allows users to monitor alerts to specific groups, without expectation by the source of the alerts for a response.



As administrative changes occur to the Receiver Database **18**, configuration transactions are executed over the air with individual Receivers **16** to synchronize their configuration memory with the corresponding data in the Receiver Database **18**. The system **10** therefore maintains an up-to-date image in the configuration memory of each Receiver **16**, including a list of Group addresses, their ReceiverGroupNumber values, their symbolic names, encryption keys, and CC flags.

With reference to the flow charts in FIGS. **7** and **8**, a 'Client' (e.g., a computer-aided dispatch center, a human user, or other network client **20**) uses this system **10** to broadcast alert messages to groups of Receivers **16**. To do so, the client **20** composes a message, preferably including display content and a list of response strings. The Client **20** then connects to the Switch **12** and requests transmission of the message to a particular group name (block **50**). Depending on the architecture of the Wireless Network **14**, either the Client **20** or the Wireless Network **14** assigns an identifying field to the message such that user responses can be associated with the correct message.

Upon receipt of the message, the Switch **12** responds to the Client **20** with detailed information on the group such as a list or a count of group members (block **52**). It then encrypts the Group Message, assigns a cyclical message sequence number, and transmits the message to the Group Address (block **54**). As described in more detail below in connection with the SPARKGAP™ dispatch protocol (SDP), the Switch **12** receives group message acknowledgment responses from the receivers **16** (block **56**) that are associated with the broadcast group message (block **58**) and provided to the Client **20** (block **60**). Similarly, other types of responses generated as a result of the group message are associated with the broadcast group message (block **62**) and provided to the Client **20** (block **64**).

Upon receiving the Group Message (block **80**), the Receivers **16** decrypt the message and display the content, group name, and multiple choice options to the user. Receivers employing paging technology that are not addressed in the group do not receive the message. Alternatively, a system **10** employing cellular broadcast of the message can receive but ignore the message if it is not in the addressed group (block **82**). Each Receiver **16** with a CC flag of false transmits one or more acknowledgement codes through the Network **14** back to the Switch **12**, specifying message received, message read notifications, and enumerated multiple-choice responses (block **84**, **88** and **90**). The datagram carrying the acknowledgement code also includes the personal address of the receiver **16**, the ReceiverGroupNumber of the group address, and the message sequence number of the message, which together efficiently and uniquely identify the specific group message at the specific Receiver **16**. Each Receiver **16** in the group with a CC flag of true does not transmit an acknowl-

edgment reply to the Switch **12** but rather merely displays the group message (blocks **84** and **86**).

Each receiver **16** provides a configuration display for the user. This display allows the user to specify, by group name, how notification should occur for messages received by each group address. Similarly, the Switch provides an administrative human interface that allows a system administrator to set up and maintain the Receivers **16** belonging to each Group.

An Exemplary Computer Aided Dispatch (CAD) System

The foregoing system description discusses the high-level organization and data flow of an exemplary group messaging system **10** that can use any of a variety of network types. With reference to FIGS. **3**, **4** and **5**, the following is a description of an exemplary type of network, that is, a ReFLEX™ two-way paging network that incorporates the new group messaging layer of the present invention. FIG. **3** is a SPARKGAP™ network controller **12'** which is configured to implement group messaging in accordance with an exemplary embodiment of the present invention. FIG. **4** illustrates the use of a SPARKGAP™ network controller or server **12'** in a system configuration **10'** similar to FIG. **1**. FIG. **5** illustrates another system configuration **10"** in accordance with another exemplary embodiment of the present invention.

The SPARKGAP™ network controller or server **12'** in FIG. **3** provides private two-way paging, mobile data, and wireless email over inexpensive channel pairs in the 900 MHz Enhanced Specialized Mobile Radio (ESMR) band or the Narrowband Personal Communication Services (N-PCS) band. Coverage can be configured for a single building, multiple counties, or state-wide service, for example, supporting small user devices such as pagers and personal data assistants (PDAs) with Motorola's proprietary ReFLEX™ protocol. Since the SPARKGAP™ server provides encrypted acknowledgement paging, responders reply immediately to CAD events and other messages directly from their pagers, and Advanced Encryption Standard (AES) encryption protects all transmissions. Since the SPARKGAP™ server **12'** supports mobile applications, law enforcement officers can use PDAs as receivers **16** to connect wirelessly with municipal, state, and federal databases to run license checks, warrants, and other mobile applications. Further, the SPARKGAP™ server is useful for automatic vehicle location. Small, inexpensive GPS sending units can be used as receivers **16** to monitor vehicles and heavy equipment, sending real-time location and status information on a 24 hour per day, 7 day per week basis. The SPARKGAP™ server **12'** can also support wireless e-mail. Users can send and receive secure, wireless email using pagers and PDAs.

The SPARKGAP™ server **12'** can support one base station **15** or hundreds of base stations **15** in a network **14'**, each consisting of a standard 900 MHz paging transmitter and ReFLEX™ base receiver as shown in FIG. **5**. A single station covers a 7-20 mile radius, and a network **14'** can coordinate multiple stations using simulcast or cellular arrangements to optimize coverage and capacity. A single channel pair can serve thousands of users, and multiple channels can be aggregated for additional capacity. Even under worst-case peak conditions, the ReFLEX™ protocol uses centralized arbitration to prevent contention and channel overloading.

In accordance with an exemplary embodiment of the present invention, the SPARKGAP™ server **12'** maintains a full packet data layer on top of paging, which is one of the most robust and most reliable communication technologies available, and leverages this foundation into a balanced set of features, coverage, and capacity. The SPARKGAP™ server **12'** connects directly to computer-aided dispatch (CAD) systems, provides low latency messaging with virtually unbreakable security, and operates with the lowest cost-per-user and cost-per-coverage-area of any wireless data solution available. For additional resilience, redundant hot standby units maintain network operation even under catastrophic circumstances, keeping first responders connected when they are needed most.



As stated previously, the SPARKGAP™ protocol and associated server **12'** provide a ReFLEX™ network solution designed to control one or more base stations **15** and provide two-way paging and mobile data coverage with user devices **16** over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

Client **20**/Server **12** Protocol

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system **20'** to communicate with two-way pagers **16** in, for example, a SPARKGAP™ ReFLEX™ network **14'**. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices. The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client **20'** and the SPARKGAP™ network controller **12'** is the server. It features synchronous, client-initiated request/response transactions, as well as asynchronous server-driven events, to minimize latency and complexity and deliver a rational solution to the afore-mentioned issues relating to public safety and rapid response and communication. With reference to FIG. **6**, the server or switch **12** or **12'** comprises a memory device **32** and processor **34**, which can be programmed to implement the SDP, as well as an interface **30** to the network **14** or **14'**.

With further reference to FIG. **4**, when employing SDP, the CAD system or client **20'** connects to the SPARKGAP™ server **12'** using TCP/IP on port 55000. The CAD system or client **20'** initiates transactions with the SPARKGAP™ server **12'** using a synchronous request/response model, that is, the CAD system **10'** sends the SPARKGAP™ server **12'** a request from a client **20'**, the SPARKGAP™ sever **12'** takes an action, and then the SPARKGAP™ server **12'** sends the CAD system client **20'** a response. Additionally, in order to minimize latency in delivering responses from the pagers, the SPARKGAP™ server **12'** also sends asynchronous event notifications to the CAD system client **20'** regarding message progress and responses from individual pagers.

The SDP will now be described in further detail. A description of protocol data units, transactions and events follows.

1. SDP Protocol Data Units

SDP requests, responses, and events are implemented as atomic protocol data units (PDUs) transmitted by the client **20** or **20'** and server **12** or **12'** using preferably a TCP/IP network. PDUs are serialized, and preferably always transmitted contiguously in their entirety. In other words, a node preferably never interrupts a partially transmitted PDU to begin another PDU. A PDU is preferably encoded using ASCII plain text, and consists of an identifying header followed by a collection of name/value attributes enclosed, as shown below, in curly brackets (braces).

1.1 Syntax

PDUs are preferably encoded using ASCII plain text according to the following specification:

```
    Client-to-server transmission syntax:
    "request" <request-number> <request-type> "{" <attribute-list> "}"
    Server-to-client transmission syntax:
    "event" <event-type> "{" <attribute-list> "}"
    "response" <request-number> "{" attribute-list "}"
    where,
<request-number>  : := <integer>
<request-type>    ::= token
<event-type>      : : token
<attribute-list>  : : <attribute> [<attribute-list I
<attribute>       : := attribute-name "" attribute-value ";"
<attribute-name>  : : token
<attribute-value> : := <integer> <string>
<integer>         : := Base10 Integer Expression
<string>          : : string enclosed in double quotes
```

An example PDU exchange is illustrated as follows:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 SendMessage<br>{<br>CadEventID="#CTYF041820772";<br>MessageID="2004";<br>DestinationID=Fire1;<br>Display="Calling All Cars";<br>AlertResponse=0;<br>ReadResponse=1;<br>MCR="On My Way";<br>MCR="Busy";<br>MCR="On Scene";<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>ResultText="Message Queued";<br>};<br>Event PagerResponse<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>MessageRead=1;<br>} |

1.2 Attribute Value Types

The SDP of the present invention preferably supports two attribute types, with string or integer values. Integer values are simply unsigned integers with no more than 32 significant bits, described using base-10 notation. Strings are simply printable ASCII strings contained in double quotes, and supporting the following escape sequences:

| | |
|---|---|
| \n | New Line |
| \r | Carriage Return |
| \" | Double Quote |
| \\ | Backslash |
| \### | An octal value |

1.3 The Timestamp Attribute

All events contain a timestamp attribute marking the creation of the event. A timestamp value contains a string in a specific format:

MMDDYYYYHHMMSST

Where

MM is the 2-digit month (1-12)

DD is the 2-digit day of the month (1-31)

YYYY is the 4-digit year

HH is the 2 digit hour (0-23)

MM is the 2 digit minute (0-59)

SS is the 2 digit second (0-59)

T is the 1-4 character time zone abbreviation

1.4 Attribute Order

In some cases, attribute order is significant. For illustrative purposes, receiving nodes are expected to read and decode attributes from first to last in the PDU.

2. Transactions

A transaction is exchanged on the network as a request from the client, some action by the server, and a response from the server. The SDP preferably includes three transactions described below:

Login

SendMessage

QueryMessage

2.1 Login

The Login transaction establishes the identity of the CAD client **20** or **20'** for purposes of reconnection. Should a TCP/IP connection be terminated, the SPARKGAP™ sever **12'** will queue events awaiting a reconnection.

2.1.1 Request

The request PDU contains the following attributes:

User (string, mandatory): This value contains the name or identity of the CAD system client **20** or **20'**, which preferably must match an entry in a SPARKGAP™ CAD account database in the database **18**.

Password (string, optional): This value contains the access password for the CAD system client **20** or **20'**. If the CAD account is set up without a password, then this attribute is not required.

Version (integer, mandatory): This value specifies the protocol version that the CAD system client **20** or **20'** is requesting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

2.1.2 Response

The response PDU contains the following attributes:

ResultCode (integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

Version (integer, mandatory): This value specifies the protocol version that the SPARKGAP™ sever **12'** is supporting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

System (string, optional): This value contains an identifying description of the SPARKGAP™-based system **10'**.

2.1.3 Example

This example illustrates a CAD system client **20** or **20'** logging into a SPARKGAP™ server **12'** as user "ECD911," requesting version 1.0 of the protocol. The SPARKGAP™ server **12'** grants the login and acknowledges version 1.0 support.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 login<br>{<br>User="ECD911";<br>Password="GHTy778";<br>Version=100;<br>} | |

-continued

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Response 5066<br>{<br>ResultCode=0;<br>Version=100;<br>ResultText="Connection Complete";<br>System="Sparkgap ESN 04000022";<br>} |

2.2 SendMessage

The SendMessage transaction queues a message for delivery for one or more pager recipients **16**. The transaction only queues the message for processing. As the message is processed and responses are received, a sequence of events will convey the results back to the CAD system **10'**.

2.2.1 Request

The request PDU contains the following attributes

MessageID (string, mandatory): This value uniquely identifies the message from the client (CAD) **20** or **20'** perspective. An identical MessageID attribute will be included in all subsequent events related to this message.

CadEventID (string, optional): This value uniquely identifies the precipitating CAD event. If present, an identical CadEventID attribute will be included in all subsequent events related to this message.

DestinationID (string, mandatory): This value specifies the target audience for the message. The DestinationID corresponds to the name of a group of pagers or an individual pager in the SPARKGAP™ database. The PDU may contain multiple DestinationID attributes, in which case the message will be directed to an aggregated group representing the net total of all recipients.

GroupDetail (integer, optional): This value conveys the client's desire to receive detailed information about group recipients in the transaction response. If this field is present and set to a non-zero value, then the response will include a PagerID and PagerName attribute for each constituent number of the group. If the GroupDetail attribute is not present or set to zero, then this information will not be included in the response.

Display (string, mandatory): This value contains the actual display message to be read by message recipients. Multiple Display attributes are arranged in the order they appear into a single unbroken message.

AlertResponse (integer, mandatory): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as pagers **16** receive the message and alert their users.

ReadResponse (integer, optional): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as users display the message on their pager.

MCR (string, optional): If present, MCR attributes specify "multiple-choice responses" to be presented to the user as reply options. Multiple MCR attributes may be included in the request. The first MCR encountered is number 0, the second is number 1, and so on. As users reply to the message, the SPARKGAP™ server **12'** will relay appropriate PagerReply events to the CAD client **20'**.

2.2.2 Response

The response PDU contains the following attributes:

ResultCode (Integer, mandatory): This value contains the result code of the transaction.



ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

GroupSize: This value specifies the total number or recipient members in the group.

PagerID (String, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute signifies that a corresponding PagerName attribute will follow. Together, these two fields are duplicated for each member of the total pager destination group.

PagerName (string, optional): The value contains the name of the pager user corresponding to the last PagerID value.

2.2.3 Example

This example illustrates a CAD system or client **20'** sending the message "Calling all cars" to two dispatch groups, Fire1 and Fire34. The CAD system client **20** requests notification from each pager **16** when the users read the messages, but not when the pagers alert. The request includes a CadEventID and a MessageID so that the CAD system can properly categorize forthcoming events related to this message. The SPARKGAP™ server **12'** queues the message and returns a successful result code in the response.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 sendmessage<br>{<br>CadEventID="#CTYF041820772";<br>MessageID="2004";<br>DestinationID="Fire1";<br>DestinationID="Fire34";<br>GroupDetail=1;<br>Display="Calling All Cars";<br>AlertResponse=0;<br>ReadResponse=1;<br>MCR="On My Way";<br>MCR="Busy";<br>MCR="Already On Scene";<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>ResultText="Message Queued";<br>GroupSize=892;<br>} |

2.3 QueryMessage

The CAD client **20'** initiates a QueryMessage transaction to discover present status of a previously sent message. The transaction response provides details about the message status as well as the status of all message recipients.

2.3.1 Request

MessageID (string, mandatory): This value identifies the message to be queried. It preferably must match the MessageID attribute of the SendMessage request that created the message.

2.3.2 Response

The response includes a message status, and a number of member status values in the form of an attribute group, PagerID, PagerName, PagerStatus. These three attributes may appear multiple times in the response to convey the status of multiple pagers in the message's aggregate destination group.

ResultCode (integer, mandatory): This value contains the result code of the transaction. If this value is not zero, then the MessageStatus, PagerID, PagerName, and PagerStatus fields will not be present.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

MessageStatus (integer, mandatory): This value contains the present status of the message, as described in the table below.

PagerID (string, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute represents that a corresponding PagerName attribute may follow, and that a PagerStatus attribute will follow. Together, these two or three fields are duplicated for each member of the pager group total pager destination group.

PagerName (string, optional): This value contains the name of the pager user corresponding to the last PagerID value.

PagerStatus (string, mandatory): This value contains the status of the pager user corresponding to the most recent PagerID value in the PDU. PagerStatus values are enumerated in the table below.

PagerStatus and MessageStatus value enumerations are described below:

PagerStatus Values

| Value | Description |
|---|---|
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been sent to the device but not yet acknowledged in any way. |
| "Received" | The message has been successfully received by the device. |
| "Read" | The message has been read by the user. |
| "Answered" | The user has answered the message |

MessageStatus Values

| Meaning | Description |
|---|---|
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been transmitted and is open for replies. |
| "Closed" | The message is closed. |

2.3.3 Example

This example illustrates a CAD system client **20'**, querying for the message 2004. The SPARKGAP™ server **12'** returns a MessageStatus of "Sent" to indicate that the message has been sent, and it returns individual deliver status codes on the four members of the group.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5067 sendmessage<br>{<br>MessageID="2004";<br>} | |
| | Response 5067<br>{<br>Result=0;<br>MessageStatus="Sent";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>PagerStatus="Read";<br>PagerID="229030109";<br>PagerName="Doe, Jane";<br>PagerStatus="Sent";<br>PagerID="229030043"<br>PagerName="Orwell, |



-continued

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | George";<br>PagerStatus="Read";<br>PagerID="229030025";<br>PagerName="Miller, Mark";<br>PagerStatus="Answered";<br>} |

3 Events

SDP allows the SPARKGAP™ server **12'** to send asynchronous events to the CAD system client **20'** to notify it of message activity on the network. SDP includes two events:

PagerReply

MessageComplete

3.1 PagerReply

This event informs the CAD system client **20'** that a recipient pager **16** has responded in some way to a message. The event contains the following attributes

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ server **12'** received the information from the pager.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute value of the SendMes sage request that created the message.

CadEventID (string, mandatory): This field is preferably only present if a CadEventID attribute existed in the SendMessage request that created the message. If it is present, it matches the value in the SendMes sage request.

PagerID (string, mandatory): This value contains the identification of the pager issuing the reply.

PagerName (string, optional): This value contains a descriptive name of the pager user.

UserAlerted (integer, optional): If this attribute is present and its value is non-zero, it means that the message was successfully received by the pager **16** and the user was alerted.

MessageRead (integer, optional): If this attribute is present, it means that the user displayed the message on the pager **16**.

McrValue (integer, optional): If this attribute is present, the user selected a multiple-choice reply value indicated by the value.

McrText (string, optional): If this attribute is present, it contains the actual text of the selected multiple-choice reply.

MessageText (string, optional): If this attribute is present, it contains a manually typed response from the pager.

The PDU preferably will not aggregate events, but rather it will contain either UserAlerted, MessageRead, McrValue (and McrText), or MessageText. It preferably will not contain a combination of these fields. Each distinct pager response will arrive in its own event PDU with its own timestamp value.

In the following example, Pager 229030020 (John Doe) has responded to message 2004 with multiple-choice response number 2.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event PagerResponse<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>PagerID="229030020"; |

-continued

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | PagerName=”Doe, John”;<br>UserAlerted=1;<br>MessageRead=1;<br>McrValue=2;<br>McrText=”Already On Scene”;<br>} |

3.2 MessageComplete

This event informs the CAD system client **20'** that a message has transitioned to the closed state. The message record will remain in memory **18** for some time, but the system will no longer accept pager responses for it. This event contains the following attributes:

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ closed the message.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute of the SendMessage request that created the message.

CadEventID (string, mandatory): This value is only present if a CadEventID attribute existed in the original SendMessage request that created the message, and if it is present, it matches the value in the SendMessage request.

In this example, SPARKGAP™ announces that Message 2004 is closed:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event MessageComplete<br>{<br>Timestamp=”07082004130553EST”;<br>MessageID=”2004”;<br>CadEventID=”#CTYF041820772”;<br>} |

Result Codes

SDP supports the following result codes:

| | |
|---|---|
| 0 | Transaction Completed Successfully |
| 1000 | Badly formed PDU |
| 1001 | Unknown recognized Request |
| 2000 | Invalid User/Password |
| 3000 | Message Queue Full - Try Again Later |
| 3001 | Unknown MessageID |
| 3002 | Unknown DestinationID |
| 3003 | Missing Required Attribute |

Server or Switch **12**/Mobile Receiver **16** Protocol

A Dispatch/Response Layer will now be described which is a layer above the ReFLEX™ Air Protocol that supports group messaging between a client **20** or **20'** and a mobile device **16** in accordance with the present invention. The SDP and DRL are analogized as book ends in that they operate on either side of a ReFLEX network **14'**.

1. Introduction

The present invention preferably provides for acknowledged group messaging support for the ReFLEX™ protocol. The ReFLEX™ protocol supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called an IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way, and ReFLEX™ does not support any response or acknowledgement from the recipient group.



The present invention adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. To this end, the present invention defines a new ALOHA command (Multicast ACK Command), and defines a flag in the ‘Change Registration Command’ to select which devices are allowed to use this feature.

The Dispatch/Response Layer (DRL) provides efficient and high-performance group and personal messaging over a ReFLEX™ network **14'** between the server **12'** and the user devices or receivers **16**. DRL uses binary IS vectors and multicast ACK commands to deliver dispatch messages to groups of users and receive individual responses. It also provides a simple structure for personal messaging between individuals, and it is designed to operate over the Secure Paging Layer (SPL). SPL is an obvious, open-source encryption standard based on AES. This system **10** or **10'**, however, can be implemented with other encryption methods.

2. Overview

DRL supports both group and personal messages.

2.1 Group Messages

Group Messages are broadcast to a group of one or more pagers **16** using ReFLEX™ IS addresses. A Group Message includes a specially-formatted ReFLEX™ binary message broadcast by the network **14'** to a group of pagers **16**, and a number of ReFLEX™ Multicast ACK Command responses from the pagers **16** back to the network **14'**. This type of message can contain a display message, a supervisory command, or both.

2.2 Personal Message

Personal messages are sent between a single pager **16** and the network **14'** using a ReFLEX™ personal address. A Personal Message includes a specially-formatted ReFLEX™ binary message sent from the network to a pager, or a ReFLEX™ long inbound message from the pager to the network. Additionally, pagers may transmit ReFLEX™ ACK Responses, Multiple-Choice Commands, and Transaction Control Commands in response to forward messages.

The present invention provides for acknowledged group messaging support for ReFLEX™ protocol. The Multicast ACK command is a new ALOHA command used by a pager **16** to reply to an IS message. This command’s MSN refers not to the device personal address, but instead to an IS address selected from the device codeplug with a 4-bit enumeration field. The 30-bit IS address itself is synchronized between the pager **16** and its home switch or server **12'**, using means similar to those provided by the open ReFLEX Exchange Protocol (RXP) and the Motorola Generic Over-The-Air Programming Protocol (GOTAP).

The ‘Multicast ACK Command’ contains a message sequence number (MSN), a 4-bit IS address identifier (ai) and a 7-bit reply identifier (mr). The IS address identifier specifies the IS address programmed into the pager, and MSN identifies the message being replied to, and the reply identified indicates the enumerated reply code.

The Multicast ACK Command reply identifier can specify responses pre-programmed in the pager (codes 0 through 63), responses embedded in the group message (codes 64 through 111), or supervisory messages, as follows:

| | |
|---|---|
| 124 | Message received by pager |
| 125 | Message received by pager and read by user |

-continued

| | |
|---|---|
| 126 | Message received but could not be decoded |
| 127 | Message received with transmission errors |

The network **14'** responds to the 'MulticastACK Command' with a 'Standard ACK' (Motorola ReFLEX 2.7.3 Specification, Section 3.10.9.2). In order to control where this feature is available (and which devices may use it), bit d4 of the 'Registration Grant' type 'Change Registration Command' (3.1 0.8.1) is redefined from 'reserved' to RM. An RM value of zero restricts the pager from transmitting the 'MulticastACK Command'. An RM value of one enables the pager to transmit the 'MulticastACK Command.'

On a per-message basis, the RE and RD bits (alphanumeric and binary vectors, respectively) determine whether the Multicast ACK Command may be transmitted for any particular IS message. If RE is 1 (or RD=0), and RM=1 during the last 'Registration Grant' seen by a device **16**, then it may transmit 'Multicast ACK Command' packets related to the message. Application protocols (such as Motorola FLEXSuite, and higher-level protocols) will determine which specific 'Multicast ACK Command' are appropriate for the message.

2.3 Device **16** Capabilities And Behavior

2.3.1 Multicast ACK Command

DRL uses ReFLEX™ IS addresses for personal messaging. Compliant DRL Devices **16** preferably support the Multicast ACK Command described above, and they support an additional non-volatile configuration bit for each IS address in their codeplug. This flag is called the 'CC' or "carbon copy" flag, and it serves to disable Multicast ACK Command responses on the specified IS address. The device **16** preferably supports at least 16 IS addresses and 16 CC bits, which are automatically synchronized over the air using GOTAP or similar means.

2.3.2 Performance

DRL is designed to support public safety, law enforcement, and other applications where timely delivery of personal and group messages is paramount. DRL devices **16** preferably support ReFLEX™ protocol version 2.7.3 reduced latency operation, in which they will examine each frame for IS or personal messages.

2.3.3 User Interface

DRL messages follow the 'e-mail' model and can include a from-address, a to-address, a subject and a message body. DRL devices **16** include one or more IS addresses configured for DRL group messaging, including a CC flag (set through GOTAP) and a group name (such as 'Ladder46', 'Hazmat', or TerkelyEMS[T]) maintained through DRL. Users can select alert options per IS address, using the symbolic name of the address to assist the user in organizing his in-box. Personal messages and group messages can appear in the same mailbox; group addresses preferably display the name of the group as the from address.

3. Message Structure

DRL preferably uses ReFLEX™ long binary messages adhering to the Motorola Route to Alternate Host (RAH) protocol as described in the Motorola FlexSuite™ of Enabling Protocols Specification Document. Preferably all DRL messages include a Message Header followed by Message Content.

3.1 Message Header

Headers can include the RAH SIF (Ox11) and RAH Address ID (0x2d), followed by a DRL message type, as follows

DRL Message Header

| Field Name | Byte Length | Description |
|---|---|---|
| SIF | 1 | RAH SIF (0x11) |
| Address ID | 1 | RAH Address ID (0x2d) |
| Type | 1 | DRL Message Type |

3.2 Message Content

Content type is identified by the Type field, as follows:

| Type | Description |
|---|---|
| 0 | Ignore Message |
| 1 | Group Message |
| 2 | Personal Forward Message |
| 3 | Personal Reverse Message |
| 4 | Personal Response Message |
| 5-255 | Reserved |

The message content consists of a sequence of octets following immediately after the Type field of the long message header.

4. Group Message

A Group Message preferably consists of a one-to-many broadcast message with recipient confirmation and reply options. Group alerts are transmitted as ReFLEX™ 1-Way binary IS messages with a DRL Type code of 1.

4.1 Forward Message

The group dispatch message initiates the group dispatch transaction, conveying a display message to a number of pagers. It is a DRL long message transmitted using a ReFLEX™ 1-way personal or IS address, and it contains a 1-byte Control field, and a Display field consisting of a number of null-terminated strings encoded according to the PACK7 format described in Appendix D of the Motorola FlexSuite™ of Enabling Protocols Specification Document.

Dispatch Message Content

| Field Name | Byte Length | Description |
|---|---|---|
| Control | 1 | Control Flags |
| Opcode | 1 | Execution opcode |
| Operand | Variable | Execution operand |
| Display | Variable | NULL-Terminated Display String List. |

The Control field specifies how the pager **16** should respond. Opcode and Operand fields specify auxiliary action the device **16** should take in addition to or instead of displaying the message, and the Display field contains the actual display message.

4.1.1 Control Field

The Control field provides guidance on how the pager **16** should respond to the message:

Control Flag Definitions

| Bit | Name | Description |
|---|---|---|
| 0 | AckReceipt | Acknowledge receipt of the message |
| 1 | AckRead | Acknowledge reading of the message |
| 2 | UseMcr | Provide the user a multiple choice response |
| 3-7 | Reserved | Reserved flags (set to zero) |

An AckReceipt value of 1 instructs the pager **16** to generate a ReFLEX™ Multicast ACK when the message is received, and an AckRead value of 1 instructs the pager to generate a Multicast ACK when the message is read by the user. A UseMCR value of 1 instructs the pager provide a multiple-choice response list to the user, including responses programmed into the pager as well as responses embedded into the message itself.

4.1.2 Operand/Opcode Field

Opcode and Operand fields specify auxiliary action the device **16** should take in addition to (or instead of) displaying the message. The Opcode field is a one byte value divided into upper and lower 4-bit fields. The upper 4 bits specifies the octet length of Operand, and the lower 4 bits specifies the action to be taken. The lower 4 bits use the following enumerations:

Operand Values

| Opcode | Operation | Description |
|---|---|---|
| 0 | No Operation | Take no action |
| 1 | Assign Name | Assign Group Name to Address |
| 2 | Execute | Execute Alerting Sequence |
| 3-15 | Reserved | Reserved |

4.1.2.1 Opcode '0'—No Operation

This opcode specifies no operation and should be ignored.

4.1.2.2 Opcode '1'—Assign Group Name To Address

This opcode instructs the receiver **16** to assign a symbolic group name to the IS address, which are contained as one character per byte in the next 0-15 bytes. An operand length of zero implies 'no name,' while a length of 1-15 bytes indicate a 1-15 character long name.

4.1.2.3 Opcode '2'—Execute Alerting Sequence

This opcode instructs the receiver to execute a pre-programmed, external alerting sequence, such as a generating a public address tone, closing a relay contact or performing a sequence of relay closures, or printing the message. The first operand byte specifies the sequence to execute, which defaults to zero if no operand data is present. Operand data bytes 1-15, if present, contain additional parameters specific to the sequence. Devices that do not support this feature should ignore this opcode.

4.1.3 Display Field

The Display field is one continuous Pack7 field containing a list of null-terminated strings. These strings include, in order, the message subject, the message body, and up to 16 optional multiple-choice response strings. The subject and body are displayed to the user, and the response strings are presented as a list.

4.2 Multicast ACK Command Response

Under certain circumstances, the device may respond to the message with one or more Multicast ACK Commands. This behavior depends on 4 factors:

values of the RD bit in the message vector,

the Control field of the message,

the RM value of the last 'Registration Grant' seen by a device, and

the Multicast Ack Enabled flag of the IS address used

If RD=1 and RM=0, or Multicast Ack Enabled=0 then this command must not be used. Otherwise, the command should be sent under the following circumstances:

Upon Message Receipt

If AckReceipt of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=124 into its transmit queue when it receives a complete, error-free message.

Upon the User Viewing the Message

If AckRead of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=125 into its transmit queue when it receives a complete, error-free message.

Upon the User Selecting a Reply

If UseMcr of the Control field is 1, then the device **16** gives the user the option to select a reply string from an aggregated list including the replies programmed into the device and the replies embedded in the Display field. If the user selects a string, then the device **16** queues a Multicast ACK Command with mr=[0,111] into its transmit queue. Codes 0-63 are reserved for responses programmed in the pager, and codes 64-111 are reserved for any response strings in the Display field. The user may respond to the message multiple times.

Subsequent Multicast ACK Commands associated with the same message can be optimized, and some of them can be overlooked without loss of information. For instance, an mr of 125 or an mr in the [0,111] range implies that the message has been received and viewed. Depending on how fast the user reads and/or responds to a message, and depending on the ALOHA randomization interval of the system, the pager **16** may be able to skip transmission of Multicast ACK Response commands with mr values of 124 and 125 and simply transmit the multiple-choice reply code [0,111]. When possible, this is desirable in order to reduce congestion of the return channel.

5. Personal Message

A Personal Message is a human-readable message carried from one point to another. Personal Forward Messages are sent by the network **14'** to one pager **16**, and Personal Reverse Messages are sent by the pager **16** to the network **14'**. The DRL model for Personal Messages is similar to an abbreviated version of SMTP.

5.1 Personal Forward Message

A Personal Forward Message is transmitted by the network **14'** to the pager **16**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message type can be delivered as a one-way or two-way long binary message to single pager **16**, with acknowledgement, read response, and multiple-choice replies transmitted back using the ReFLEX™ signaling layer. Display contains an ordered list of strings: a from-address, a subject, a body, and an optional list of multiple-choice replies.

5.2 Personal Reverse Message

A Personal Reverse Message is transmitted by the pager **16** to the network **14'**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message is delivered as a ReFLEX™ long inbound binary message. Display contains an ordered list of strings: a to-address, a subject, and a body.

Exemplary Tactical Alerting System

ReFLEX pagers are not fixed on a single channel for service, but rather scan continuously for a better, stronger, or more appropriate signal to serve them. This background scanning facilitates the present invention since it is this ability that allows these devices to seek out the correct channel for temporary use at the scene of an event.

In accordance with an exemplary embodiment of the present invention, a pager **16** is provided as shown in FIGS. **6**, **9**A, **9**B and **10**. With reference to FIG. **6**, the pager **16** comprises a processor **38** programmed to implement the DRL, among other operations, a memory **36** for storing, for example, group configuration information, a display **44** and an interface **40** to the network **14**. The pager **16** can be connected directly to a user interface **42** for facilitating customi-

zation of the group configuration information, for example, to allow the pager **16** to respond differently to messages directed to different group addresses. As shown in FIGS. **9**A and **9**B, the pager **16** has a display for displaying different screens and different options thereon. For example, the main screen shown on the display **44** in FIG. **9**A indicates time and date and a menu listing such options as "VIEW RECEIVED MSGS", "VIEW TRANSMITTED MSGS", "SEND A MESSAGE" and "SERVICE SETTINGS". As shown in FIG. **9**B, the pager **16** can be provided with a charger console **100** which can also have an input to the user interface **42**. As shown in FIG. **10**, the pager **16** can be provided with a QWERTY keypad **102**, among other buttons and controls.

The pager **16** can be used by responding personnel on a day-to-day basis as a wide-area alerting device, but also as a tactical alerting device at the scene of an incident. The pager preferably operates on any programmed ReFLEX™2.7.x network. If an on-scene SPARKGAP™ (for instance, mounted into a mobile communications center) is operating with its own base station and an RXP connection to the wide area system, the pager **16** can register with the on-scene SPARKGAP™ when the responder arrives. When the pager **16** arrives at the site of an event with an established on-scene network such as the switch **12'** (e.g., the SPARKGAP™ server), the pager **16** automatically finds this system **10**, switches to the proper channel, and registers. As long as that pager **16** is in the coverage area of the on-scene SPARKGAP™ server **12'**, it will be a part of the community of pagers **16** receiving messages from the command post for that particular occurrence. Once the on-scene network is shutdown, or the responder leaves the coverage area, the pager **16** will re-register on the wide-area system.

The on-scene SPARKGAP™, and pagers, can be preloaded with one or more IS addresses reserved for tactical alerting. Incident commanders can send messages to these IS addresses to notify users on-scene of impending tactical issues, such as imminent structural failure or impending chemical release. In addition to the ability to automatically find the channel being used at the scene of a major event, the pager **16** is also equipped with louder than normal (>85 dB at 30 cm) alerting tone and strong vibrator to ensure the user is aware of an incoming message. With appropriate configuration, tactical alert messages can be sent to specific groups of user, or to all users on scene. Additionally, AES encryption is available to prevent inappropriate interception of tactical alerts.

Because the on-scene system is connected by RXP to the wide-area network, pagers also continue to send and receive normal personal and group messages from the wide area system. However, the pager can be configured with unique alert tones to allow personnel to recognize incoming tactical messages, and the on-scene SPARKGAP can even temporarily configure local devices so that they only alert the user when tactical messages are received.

Modern wide-area paging networks utilize the 900 MHz band of radio spectrum. Some of these channels are dedicated to the NPCS Radio Service (FCC Part 24) and others are found in Business and Industrial Radio Service (FCC Part 90) making them available to a wide range of system operators. The pager **16** uses frequencies in either or both of these channel segments based on programming within the paging device itself.

When a major public safety event occurs, it is normal for the involved agencies to establish a command post at or near the scene of the event. Many times this is a motor home-style vehicle equipped to resemble a control room with banks of computers, radios and a meeting area used for staff briefings.



As a critical part of this command post, a SPARKGAP™ server **12'** can be installed to control the ReFLEX™ paging devices **16** carried to the scene by various responders. Once this system **10'** (FIG. **4**) is activated, pagers **16** that are pre-programmed with the on-scene channels would lock onto the network at the scene and check in. A display of all registered paging devices could be used to monitor the presence of personnel as they arrive.

If it was necessary to call a general evacuation of the scene, this message would be sent via the server **12'** and each device **16** would acknowledge receipt and reading of the message. Paging allows the message to be sent to multiple users at the same time. The site command personnel would have an instant view of those who did not respond to the alert and could take immediate alternative action to get the message to them.

In this way, paging is analogous to an electronic equivalent of a lifeline attached to each person at the scene. Notifying them to evacuate by sending an alert message would be like pulling on that line and getting a tug as a response. The structure of a paging network provides the highest efficiency when it comes to alerting multiple users to an important message. And more importantly, the system **10** or **10'** of the present invention gives the incident commander a confirmed indication that the message was received and read by the personnel to whom it was sent.

It will be appreciated by those skilled in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restricted. The scope of the invention is indicated by the appended claims rather than the foregoing description and all changes that come within the meaning and range and equivalence thereof are intended to be embraced therein.

What is claimed is:

**1**. A method of alerting a group of recipients over a wireless network and providing acknowledged group messaging, each recipient comprising at least one mobile device capable of transmitting and receiving data, the method comprising the steps of:

storing data relating to recipients, groups and group members, in a memory device, the data comprising a recipient identifier for each of a plurality of recipients, one or more group identifiers corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group membership data comprising the recipient identifiers of the selected recipients corresponding to each of the group identifiers;

providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device, the subset of the data being stored in the mobile device and comprising its corresponding recipient identifier and the group identifier of each group to which that recipient belongs as a group member;

wirelessly transmitting a group message to the mobile device corresponding to each recipient in a selected group of recipients, each of the mobile devices being configured to receive the broadcast group message and send a response when the group message is determined to be for a group to which that recipient belongs as a group member;

monitoring for responses to the group message from the group members; storing acknowledgement data in the memory device for each of the group members, the

acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the mobile device of that group member has been received;

determining a type of message to send to at least one recipient based on the stored acknowledgement data; and

wirelessly transmitting the message to the at least one recipient.

**2**. A method as claimed in claim **1**, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**3**. A method as claimed in claim **1**, wherein the responses are sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**4**. A method as claimed in claim **1**, wherein the message transmitted to the at least one recipient is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**5**. A method as claimed in claim **1**, wherein the message transmitted to the at least one recipient is a personal message sent to a selected one or more of the recipients.

**6**. A method as claimed in claim **1**, wherein the group message has a message identifier and the responses comprise the message identifier to facilitate associating responses to corresponding group message.

**7**. A method as claimed in claim **1**, wherein the response comprises at least one of message received indicator, message read indicator, a reply selected from among multiple choice options, and an alphanumeric text reply entered by the recipient via the mobile device.

**8**. A method as claimed in claim **1**, further comprising:

updating at least one of the recipient identifier, the group identifier and the group membership data stored in the memory device whenever a recipient, group or group member is added or deleted; and

updating data stored in a mobile device based on the data stored in the memory device.

**9**. A method as claimed in claim **1**, wherein the transmitting of the group message is performed via a dispatch center, and the monitoring is performed via a network device.

**10**. A deterministic group messaging system providing acknowledged group messaging comprising:

a memory device configured to store

a recipient identifier for each of a plurality of recipients,

a group identifier corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and

group membership data comprising the recipient identifiers of the selected recipient corresponding to each of the group identifiers,

wherein at least one mobile device corresponding to each of the plurality of recipients is provided with at least a subset of the data stored in the memory device, the subset of data being stored in the mobile device and comprising its corresponding recipient identifier and the group identifier of each group to which that recipient belongs as a group member; and

a control module comprising at least one processing device that is configured to access the memory device and is programmed to

wirelessly transmit a group message to the mobile device corresponding to each recipient in a selected group of recipients, each of the mobile devices being configured to receive the group message and send a response when the group message is determined to be for a group to which that recipient belongs as a group member,

monitor for responses to the group message,

store acknowledgement data in the memory device for each of the group members, the acknowledgement data comprising a listing of each of the group members and an indication of response for each of the group members, the indication of response comprising at least one of an indication of no response when that group member has not yet responded to the group message, and an indication of response when a response sent by the recipient device of that group member has been received,

determine a type of message to send to at least one recipient based on the stored acknowledgement data, and

wirelessly transmit the message to the at least one recipient.

**11**. A system as claimed in claim **10**, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and a wireless network.

**12**. A system as claimed in claim **10**, wherein the responses are sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**13**. A system as claimed in claim **10**, wherein the message transmitted to the at least one recipient is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**14**. A system as claimed in claim **10**, wherein the message transmitted to the at least one recipient is a personal message sent to a selected one or more of the recipients.

**15**. A system as claimed in claim **10**, wherein the group message has a message identifier and the responses comprise

the message identifier to facilitate associating responses to corresponding group message.

**16**. A system as claimed in claim **10**, wherein the control module is further configured to

update at least one of the recipient identifier, the group identifier and the group membership data stored in the memory device whenever a recipient, group or group member is added or deleted, and

update data stored in a mobile device based on the data stored in the memory device.

**17**. A system as claimed in claim **16**, wherein the control module is configured to update data stored in a mobile device with the data stored in the memory device using wireless communication to the recipient devices.

**18**. A method as claimed in claim **10**, wherein the at least one processing device comprises a processing device at a dispatch center to transmit the group message, and a processing device at a network device to monitor the responses.

* * * * *

# EXHIBIT D

US009294888B2

(12) **United States Patent**
**Dabbs, III et al.**

(10) **Patent No.: US 9,294,888 B2**
(45) **Date of Patent: *Mar. 22, 2016**

(54) **METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING**

(71) Applicant: **GROUPCHATTER, LLC**, Plano, TX (US)

(72) Inventors: **James M. Dabbs, III**, Atlanta, GA (US); **Brian Claise**, Cumming, GA (US)

(73) Assignee: **GroupChatter, LLC**, Plano, TX (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/690,990**

(22) Filed: **Apr. 20, 2015**

(65) **Prior Publication Data**

US 2015/0249909 A1 Sep. 3, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 14/075,347, filed on Nov. 8, 2013, now Pat. No. 9,014,659, which is a continuation of application No. 13/476,641, filed on May 21, 2012, now Pat. No. 8,588,207, which is a

(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| ***H04W 4/08*** | (2009.01) |
| ***H04W 4/06*** | (2009.01) |
| ***H04W 4/12*** | (2009.01) |
| ***H04W 84/02*** | (2009.01) |
| ***H04W 4/22*** | (2009.01) |
| ***H04W 68/02*** | (2009.01) |
| *H04W 84/12* | (2009.01) |

(52) **U.S. Cl.**
CPC ***H04W 4/08*** (2013.01); ***H04W 4/06*** (2013.01); ***H04W 4/12*** (2013.01); ***H04W 4/22*** (2013.01); ***H04W 68/02*** (2013.01); ***H04W 84/022*** (2013.01); *H04W 84/12* (2013.01)

(58) **Field of Classification Search**
CPC .......... H04W 4/06; H04W 4/08; H04W 4/12; H04W 84/022; H04W 4/22
USPC .............. 455/404.1, 410; 370/310, 349, 390, 370/442, 445, 539.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,278,539 | A | 1/1994 | Lauterbach et al. |
| 5,835,860 | A | 11/1998 | Diachina |

(Continued)

OTHER PUBLICATIONS

M 1520, Product Brochure, Critical Response Systems™, Copyright 2005, 2 pages, www.critresp.com.

(Continued)

*Primary Examiner* — Sam Bhattacharya
(74) *Attorney, Agent, or Firm* — Ascenda Law Group, PC

(57) **ABSTRACT**

Systems and methods are provided for reliable, wireless group messaging or alerting in a system having a database, switch, wireless network, and a plurality of intelligent mobile receivers. A message is broadcast to and received by a selected group of the mobile receivers. The network replies to the sender with detailed information about the individual members in the group. Each of the mobile receivers in the group can acknowledge the group message back to the system such as when the message is received, when the message is read, and a response when sent. The system employs centralized management to provide the sender with response information of the mobile receivers.

**18 Claims, 7 Drawing Sheets**



**Related U.S. Application Data**

continuation of application No. 13/154,138, filed on Jun. 6, 2011, now Pat. No. 8,199,740, which is a continuation of application No. 11/303,025, filed on Dec. 16, 2005, now Pat. No. 7,969,959.

(60) Provisional application No. 60/636,094, filed on Dec. 16, 2004.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,304,649 | B1 | 10/2001 | Lauzon et al. | |
| 6,529,735 | B1 | 3/2003 | De Brito | |
| 6,710,702 | B1 | 3/2004 | Averbuch et al. | |
| 6,714,636 | B1 | 3/2004 | Baiyor et al. | |
| 6,804,332 | B1 | 10/2004 | Miner et al. | |
| 7,337,146 | B2 | 2/2008 | Heelan et al. | |
| 7,657,253 | B2 | 2/2010 | Lewis | |
| 7,808,378 | B2 | 10/2010 | Hayden | |
| 7,969,959 | B2 | 6/2011 | Dabbs et al. | |
| 8,199,740 | B2 | 6/2012 | Dabbs et al. | |
| 8,588,207 | B2 | 11/2013 | Dabbs et al. | |
| 9,014,659 | B2 * | 4/2015 | Dabbs et al. | 455/404.1 |
| 2001/0010490 | A1 | 8/2001 | Bellin | |
| 2002/0177428 | A1 | 11/2002 | Menard et al. | |
| 2003/0153343 | A1 | 8/2003 | Crockett et al. | |
| 2004/0087300 | A1 | 5/2004 | Lewis | |
| 2004/0180654 | A1 | 9/2004 | Chen | |
| 2005/0157720 | A1 | 7/2005 | Chandhok et al. | |
| 2005/0198183 | A1 | 9/2005 | Zilliacus et al. | |
| 2006/0105740 | A1 | 5/2006 | Puranik | |
| 2006/0178128 | A1 | 8/2006 | Eaton et al. | |
| 2006/0273893 | A1 | 12/2006 | Warner | |
| 2010/0146057 | A1 | 6/2010 | Abu-Hakima et al. | |

OTHER PUBLICATIONS

M 1501, Product Brochure, Critical Response Systems™, Copyright 2005, 3 pages, www.critresp.com.

"Mobile Data and Paging for First Responders", Sparkgap™. Copyright 2004, 2 pages, www.tga.com.

* cited by examiner


10
18 RECEIVER DATABASE
14 WIRELESS NETWORK
15
20
12
CLIENT
SWITCH
MOBILE RECEIVER 16
16

FIG. 1


18
22
26
24
RECEIVERS
PK
PERSONALADDRESS
CRYPTOKEY
PARAMETERS
MEMBERSHIP
PK, FK2
PK, FK1
GROUPADDRESS
PERSONALADDRESS
CC
GROUPS
PK
GROUPADDRESS
NAME
CRYPTOKEY

FIG. 2



12'


FIG. 3



10'
14'
20'
12'
CAD CLIENT
SPARKGAP SERVER
CONNECT
REQUEST 1 (LOGIN)
RESPONSE 1
REQUEST 2
RESPONSE 2
EVENT
EVENT
EVENT
16
16


FIG. 4


10"
16
GPS/AVL
GPS/AVL
GPS/AVL
GPS/AVL
GPS/AVL
GPS/AVL
GPS/AVL
GPS/AVL
14'
20
FRAME LINK RADIO
TELEPHONE ETC.
PSTN
EMAIL
CAD
9-1-1 CENTER
PRIMARY
SPARKGAP
SERVER
12'b
TANDEM
LINK
(OPTIONAL)
REDUNDANT
(OPTIONAL)
SPARKGAP
SERVER
12'a
15
MODEL 2100
RECEIVER
TRANSMITTER
RX1
RX2
TX

FIG. 5


16
MEMORY
36
PROCESSOR
38
Rx / Tx ANTENNA AND INTERFACE
40
DISPLAY
44
USER INTERFACE
42
NETWORK
14
12
Rx / Tx ANTENNA AND INTERFACE
30
MEMORY
32
PROCESSOR
34
DATABASE
18
CLIENT
20

FIG. 6



START
RECEIVE CAD REQUEST TO SEND GROUP MESSAGE
50
REPLY WITH GROUP INFORMATION
52
BROADCAST MESSAGE TO GROUP
54
N
ACK RECEIVED
56
Y
ASSOCIATE ACK WITH MESSAGE
58
SEND ACK TO CAD
60
Y
RESPONSE RECEIVED
62
N
ASSOCIATE RESPONSE WITH MESSAGE AND NOTIFY CAD
64
END


FIG. 7


START
RECEIVE GROUP ALERT MESSAGE
80
82
IN GROUP?
N
Y
84
CARBON COPY FLAG SET
Y
86
DISPLAY BUT DON'T RESPOND
N
SEND MULTICAST ACK
88
RESPOND / DISPLAY
90

FIG. 8




FIG. 9A




FIG. 9B




FIG. 10

# METHOD AND APPARATUS FOR EFFICIENT AND DETERMINISTIC GROUP ALERTING

This patent application is a continuation of U.S. patent application Ser. No. 14/075,347, filed Nov. 8, 2013, which is a continuation of U.S. patent application Ser. No. 13/476,641, filed May 21, 2012 (now issued as U.S. Pat. No. 8,588,207), which is a continuation of U.S. patent application Ser. No. 13/154,138, filed Jun. 6, 2011 (now issued as U.S. Pat. No. 8,199,740), which is a continuation of U.S. patent application Ser. No. 11/303,025, filed Dec. 16, 2005 (now issued as U.S. Pat. No. 7,969,959), which claims the benefit of U.S. provisional application Ser. No. 60/636,094, filed Dec. 16, 2004, the entire disclosures of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The ability to alert and mobilize first responders is central to the readiness of any public safety agency. In the aftermath of recent major public safety events, including natural and man-made disasters, the public safety community has thoroughly examined all aspects of wireless interoperable voice communications. However, first responder alerting has remained largely unexamined for over a decade, and in communities relying on volunteer first responders, the critical importance of first responder alerting rivals that of interoperable voice communications.

Shortcomings with current alerting technologies are well documented in the public record. One analysis of communication failure during periods of profound crisis, the *Arlington County After-Action Report on the Response to the September 11 Terrorist attack on the Pentagon* available from Arlington County, Va., notes failures in all forms of communications, from initial alerting to tactical voice communication. As stated in this report, during the events of Sep. 11, 2001, radio channels became oversaturated, and interoperability problems among jurisdictions and agencies persisted throughout the entire response process. Otherwise compatible portable radios were preprogrammed in a manner that precluded interoperability. Cellular telephone systems and even the public switched telephone network (PSTN) became congested and unusable.

This report cited traditional, 1-way paging systems as the most reliable method of alerting and notification. However, the lack of a paging response channel left responders relying on other, less reliable forms of communication to escalate, reply to, or even confirm receipt of their instructions. These problems with cellular telephone networks and the PSTN limited the overall effectiveness of 1-way paging as an alerting system. This created serious operational challenges during the Sep. 11, 2001 series of events, and they will create similar problems in any such future events.

Even during day-to-day public safety activity, these alerting system limitations are problematic. In most cases, when volunteer groups are alerted by pager, incident commanders do not know who will actually respond until personnel begin to arrive on scene. This delay postpones decisions regarding escalation and mutual aid, letting critical time slip by before commanders can identify and correct problems with the response. This time period can define the success or failure of the response process, presenting a critical need for simple, inexpensive, pager-type devices that can reply to group messages.

However, public safety agencies still rely on 25-year old, 1-way paging technology as their core alerting solution. Many newer technologies are available, but for alerting, for a variety of reasons, these technologies do not provide a meaningful improvement over 1-way paging. Existing mobile data systems are too expensive and too bulky for continual personal use. Digital and analog 2-way voice systems are similarly impractical for widespread, continuous deployment to volunteer forces. Several contemporary PCS technologies have integrated voice, data, and paging, but their complete dependence on commercial networks runs counter to commonly accepted reliability standards (e.g., NFPA-1221). Private broadband solutions (such as IEEE 802.11 and 802.16) provide high-capacity data capabilities, but they lack the coverage, portability, and resilience required for wide-area alerting of large volunteer forces. Contemporary 2-way paging systems perhaps come closest to meeting the alerting needs of public safety agencies. Like 1-way systems, these pagers are small, inexpensive devices that operate for long periods on battery power. However, these systems have no ability to acknowledge group messages.

More importantly, beyond the limitations described above, none of these systems provide a network interface sufficient to support acknowledged group messaging. Requiring that the message originator individually alert each recipient adds considerable setup delay when alerting large groups. This delay is eliminated when using network-supported call group or common address messages, but the message originator must have prior knowledge of group membership. If a message originator does not know the membership of the paged group, there is no context to know whether enough manpower is responding, or whether key individuals have been mobilized. Manually maintaining accurate group membership rosters between networks and message originators would be impractical since this is time consuming, difficult, and prone to errors. For a communications system to provide usable, acknowledged group alerting capabilities to public safety agencies, the network interface must provide group membership details when the group message is sent. Even if the mobile devices were capable of acknowledging group messages, current systems do not provide message originators this membership information regarding the alerted group. Simply guaranteeing that a message will be eventually delivered to all recipients is insufficient for public safety alerting applications. The message originator (dispatcher, incident commander, etc.) needs immediate feedback as to who has been alerted and how they have replied, as well as information concerning those who cannot be reached.

A need therefore exists for a 2-way paging system that could be improved with group message acknowledgement and a suitable system interface. Such a system would address the current shortcomings of public safety alerting systems, and could also provide other benefits. For instance, it could act as an improved personnel accountability system (PAS) for on-scene communications. Incident commanders could instantly notify responders of imminent threats, such as impending chemical release or structure failure, and verify receipt by all personnel. Responses could be expanded to include location information and health or equipment status information. Such systems, made practical because of the high performance and low cost of 2-way pagers, would both obviate traditional problems with interoperable on-scene communications and enable central oversight of critical real-time safety data.

While public safety's need for a system capable of acknowledged group alerting system is clear and well documented in the public record, no such system yet exists but for the present invention described herein.

## SUMMARY OF THE INVENTION

The above-described deficiencies in the prior art are overcome and a number of advantages are realized by the present

invention. In accordance with an aspect of the present invention, a method of efficient and deterministic alerting of a group of recipients over a wireless network is provided. Each recipient comprises at least one mobile device capable of transmitting and receiving data. The method comprises the steps of: storing data relating to recipients, groups and group members, in a memory device, the data comprising a recipient identifier for each of a plurality of recipients, one or more group identifiers corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group membership data comprising the recipient identifiers of the selected recipients corresponding to each of the group identifiers; providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device comprising at least its corresponding recipient identifier; wirelessly transmitting a group message to the mobile device corresponding to each recipient in a selected group of recipients, each of the mobile devices being configured to receive the broadcast group message and send a response; monitoring for responses to the group message from the selected group of recipients; and storing acknowledgement data in the memory device for the recipients, the acknowledgement data comprising an indication of response for each of the recipients that indicates that the group message was received by that recipient, that the group message was read by that recipient, and a reply was sent by that recipient.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be further understood with reference to the following description and the appended drawings, wherein like elements are provided with the same reference numerals:

FIG. **1** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **2** is a diagram of a database used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **3** is an isometric view of a switch or server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **4** is a diagram of communication between a client and a server used in a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **5** is a diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **6** is a block diagram of a group alerting system constructed in accordance with an exemplary embodiment of the present invention;

FIG. **7** is a flow chart illustrating a sequence of operations for broadcasting a group message and group message acknowledgment in accordance with an exemplary embodiment of the present invention;

FIG. **8** is a flow chart illustrating a sequence of operations for receiving, acknowledging and processing group message at a mobile receiver in accordance with an exemplary embodiment of the present invention; and

FIGS. **9**A, **9**B and **10** are views of mobile receivers constructed in accordance with exemplary embodiments of the present invention.



## DETAILED DESCRIPTION OF THE EXEMPLARY EMBODIMENTS

Overview

In accordance with the present invention, a system and method are provided for reliable, wireless group alerting in a system that comprises a database, switch, wireless network, and a plurality of intelligent mobile receivers, and employs a modified two-way paging protocol based on group messaging capability of the Motorola ReFLEX™ protocol and a novel ALOHA command for multicast acknowledgement (ACK) from mobile receivers. An encrypted message is broadcast to a group address. This message is received by a number of mobile receivers, each of which then acknowledges back to the system, decrypts the message, displays it to the user, and allows the user to respond, if they belong to the group address. The system employs centralized management to simplify the role of the mobile users and administrators, minimizing configuration and operational human errors that would otherwise result in confusion or lost messages. It also employs novel mechanisms to compress the responses from the receivers to use minimal airtime. The system is particularly relevant to public safety and critical infrastructure operators, where large group dispatches must be delivered quickly and deterministically to a heavily distracted mobile workforce, and their responses must be delivered to the dispatch center efficiently. As such, this system provides a comprehensive, meaningful solution to support distracted users with simple, resilient group messaging. It is to be understood that, while an exemplary embodiment is described herein that uses paging technology, the present invention can also be implemented using a cellular system, a wireless local area network or more specifically WiFi, or other wireless communication technology.

In accordance with an exemplary embodiment of the present invention, a system for group alerting employs a SPARKGAP™ network which utilizes a modified version of a protocol called ReFLEX™ developed by Motorola, Inc. for two-way paging and Narrowband PCS (NPCS). This system uses a 12.5 KHz channel pair operating in the 900 MHz band. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices.

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system to communicate with two-way pagers on a SPARKGAP™ ReFLEX™ network. SPARKGAP™ is a ReFLEX™ network solution designed to control one or more base stations and provide two-way paging and mobile data coverage over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client and the SPARKGAP™ is the server. It features synchronous, client-initiated request/response transactions as well as asynchronous server-driven events, minimizing latency and complexity and delivering a rational solution to the public safety space.

A Dispatch/Response Layer (DRL) is also provided in accordance with the present invention as a layer above the ReFLEX™ Air Protocol to support group messaging. The SDP and DRL are analogized as book ends in that they operate on either side of the ReFLEX™ network.

ReFLEX™ supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way and ReFLEX™ does not support any response or acknowledgement from the recipient group. The present invention, however, adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. As described further below, the present invention implements two significant changes to conventional 2-way paging. First, it defines a new ALOHA command ('Multicast ACK Command') used by a pager to reply to an IS message. Second, it defines a flag to select which devices are allowed to use this feature.

System Description

A system **10** configured in accordance with an exemplary embodiment of the present invention is depicted in FIG. **1**. With reference to FIG. **1**, a central switching system (hereinafter referred to generally as 'Switch') **12** connects to a Wireless Network **14** and communicates with a number of subscriber devices (hereinafter referred to generally as 'Receivers') **16** such as pagers, cell phones, or wireless personal data assistants (PDAs), or portable computer running WiFi. Each Receiver is assigned one identifying Primary Address and one or more multiple Group Addresses, and is capable of receiving broadcast alert messages directed to any of its addresses. The Switch **12** comprises a Receiver Database **18** comprising stored information describing receivers, their group membership, and connects to a Wireless Network **14** such as a PCS network employing cell broadcast, a paging network, or a broadcast-capable data network employing group addressing.

With reference to FIG. **2**, the Receiver Database **18** comprises an independent table of Receivers **22** and an independent table of Groups **24**. Each Receiver row in table **22** contains an identifying personal address, as well as other information specific to a single device **16** and its Wireless Network architecture. Each Group row in table **24** contains an identifying group address, an encryption key, and a symbolic name. A dependent table of Membership **26** provides the many-to-many relationship between Receiver and Group rows. Each Membership row assigns one receiver to one group. Membership rows contain GroupAddress and PersonalAddress columns, identifying a Group and Receiver row, respectively. Each Membership row also contains a ReceiverGroupNumber column, a small mnemonic value that uniquely identifies the Group from other Groups programmed into the same Receiver, and CC ('carbon copy') flag to define specific behavioral aspects of the Receiver. Receivers do not respond to messages received by group addresses if their CC flag is set, while they can respond to messages received by group addresses if their CC flag is clear. This mechanism allows users to monitor alerts to specific groups, without expectation by the source of the alerts for a response.

As administrative changes occur to the Receiver Database **18**, configuration transactions are executed over the air with individual Receivers **16** to synchronize their configuration memory with the corresponding data in the Receiver Database **18**. The system **10** therefore maintains an up-to-date image in the configuration memory of each Receiver **16**, including a list of Group addresses, their ReceiverGroupNumber values, their symbolic names, encryption keys, and CC flags.

With reference to the flow charts in FIGS. **7** and **8**, a 'Client' (e.g., a computer-aided dispatch center, a human user, or other network client **20**) uses this system **10** to broadcast alert messages to groups of Receivers **16**. To do so, the client **20** composes a message, preferably including display content and a list of response strings. The Client **20** then connects to the Switch **12** and requests transmission of the message to a particular group name (block **50**). Depending on the architecture of the Wireless Network **14**, either the Client **20** or the Wireless Network **14** assigns an identifying field to the message such that user responses can be associated with the correct message.

Upon receipt of the message, the Switch **12** responds to the Client **20** with detailed information on the group such as a list or a count of group members (block **52**). It then encrypts the Group Message, assigns a cyclical message sequence number, and transmits the message to the Group Address (block **54**). As described in more detail below in connection with the SPARKGAP™ dispatch protocol (SDP), the Switch **12** receives group message acknowledgment responses from the receivers **16** (block **56**) that are associated with the broadcast group message (block **58**) and provided to the Client **20** (block **60**). Similarly, other types of responses generated as a result of the group message are associated with the broadcast group message (block **62**) and provided to the Client **20** (block **64**).

Upon receiving the Group Message (block **80**), the Receivers **16** decrypt the message and display the content, group name, and multiple choice options to the user. Receivers employing paging technology that are not addressed in the group do not receive the message. Alternatively, a system **10** employing cellular broadcast of the message can receive but ignore the message if it is not in the addressed group (block **82**). Each Receiver **16** with a CC flag of false transmits one or more acknowledgement codes through the Network **14** back to the Switch **12**, specifying message received, message read notifications, and enumerated multiple-choice responses (block **84**, **88** and **90**). The datagram carrying the acknowledgement code also includes the personal address of the receiver **16**, the ReceiverGroupNumber of the group address, and the message sequence number of the message, which together efficiently and uniquely identify the specific group message at the specific Receiver **16**. Each Receiver **16** in the group with a CC flag of true does not transmit an acknowledgment reply to the Switch **12** but rather merely displays the group message (blocks **84** and **86**).

Each receiver **16** provides a configuration display for the user. This display allows the user to specify, by group name, how notification should occur for messages received by each group address. Similarly, the Switch provides an administrative human interface that allows a system administrator to set up and maintain the Receivers **16** belonging to each Group.

An Exemplary Computer Aided Dispatch (CAD) System

The foregoing system description discusses the high-level organization and data flow of an exemplary group messaging system **10** that can use any of a variety of network types. With reference to FIGS. **3**, **4** and **5**, the following is a description of an exemplary type of network, that is, a ReFLEX™ two-way paging network that incorporates the new group messaging layer of the present invention. FIG. **3** is a SPARKGAP™

network controller **12'** which is configured to implement group messaging in accordance with an exemplary embodiment of the present invention. FIG. **4** illustrates the use of a SPARKGAP™ network controller or server **12'** in a system configuration **10'** similar to FIG. **1**. FIG. **5** illustrates another system configuration **10"** in accordance with another exemplary embodiment of the present invention.

The SPARKGAP™ network controller or server **12'** in FIG. **3** provides private two-way paging, mobile data, and wireless email over inexpensive channel pairs in the 900 MHz Enhanced Specialized Mobile Radio (ESMR) band or the Narrowband Personal Communication Services (N-PCS) band. Coverage can be configured for a single building, multiple counties, or state-wide service, for example, supporting small user devices such as pagers and personal data assistants (PDAs) with Motorola's proprietary ReFLEX™ protocol. Since the SPARKGAP™ server provides encrypted acknowledgement paging, responders reply immediately to CAD events and other messages directly from their pagers, and Advanced Encryption Standard (AES) encryption protects all transmissions. Since the SPARKGAP™ server **12'** supports mobile applications, law enforcement officers can use PDAs as receivers **16** to connect wirelessly with municipal, state, and federal databases to run license checks, warrants, and other mobile applications. Further, the SPARKGAP™ server is useful for automatic vehicle location. Small, inexpensive GPS sending units can be used as receivers **16** to monitor vehicles and heavy equipment, sending real-time location and status information on a 24 hour per day, 7 day per week basis. The SPARKGAP™ server **12'** can also support wireless e-mail. Users can send and receive secure, wireless email using pagers and PDAs.

The SPARKGAP™ server **12'** can support one base station **15** or hundreds of base stations **15** in a network **14'**, each consisting of a standard 900 MHz paging transmitter and ReFLEX™ base receiver as shown in FIG. **5**. A single station covers a 7-20 mile radius, and a network **14'** can coordinate multiple stations using simulcast or cellular arrangements to optimize coverage and capacity. A single channel pair can serve thousands of users, and multiple channels can be aggregated for additional capacity. Even under worst-case peak conditions, the ReFLEX™ protocol uses centralized arbitration to prevent contention and channel overloading.

In accordance with an exemplary embodiment of the present invention, the SPARKGAP™ server **12'** maintains a full packet data layer on top of paging, which is one of the most robust and most reliable communication technologies available, and leverages this foundation into a balanced set of features, coverage, and capacity. The SPARKGAP™ server **12'** connects directly to computer-aided dispatch (CAD) systems, provides low latency messaging with virtually unbreakable security, and operates with the lowest cost-per-user and cost-per-coverage-area of any wireless data solution available. For additional resilience, redundant hot standby units maintain network operation even under catastrophic circumstances, keeping first responders connected when they are needed most.

As stated previously, the SPARKGAP™ protocol and associated server **12'** provide a ReFLEX™ network solution designed to control one or more base stations **15** and provide two-way paging and mobile data coverage with user devices **16** over an arbitrary geographical area. While this solution is similar in some ways to traditional one-way paging, two-way paging also differs significantly from its one-way counterpart. Two-way pagers acknowledge and reply to messages they receive, and they can originate their own messages. These additional capabilities outperform traditional paging input protocols (e.g., SNPP, TAP and TNPP). In addition, while more suitable second generation paging protocols exist (e.g., SMTP, SMPP, and WCTP), these newer protocols do not expose group membership information necessary for effective, acknowledged group messaging.

Client **20**/Server **12** Protocol

In accordance with an aspect of the present invention, a SPARKGAP™ Dispatch Protocol (SDP) is provided as a streamlined means for a computer aided dispatch (CAD) system **20'** to communicate with two-way pagers **16** in, for example, a SPARKGAP™ ReFLEX™ network **14'**. It is to be understood, however, that the group messaging of the present invention can be implemented using other types of protocols and network devices. The SDP of the present invention is a transactional, TCP/IP protocol where the CAD system is the client **20'** and the SPARKGAP™ network controller **12'** is the server. It features synchronous, client-initiated request/response transactions, as well as asynchronous server-driven events, to minimize latency and complexity and deliver a rational solution to the afore-mentioned issues relating to public safety and rapid response and communication. With reference to FIG. **6**, the server or switch **12** or **12'** comprises a memory device **32** and processor **34**, which can be programmed to implement the SDP, as well as an interface **30** to the network **14** or **14'**.

With further reference to FIG. **4**, when employing SDP, the CAD system or client **20'** connects to the SPARKGAP™ server **12'** using TCP/IP on port 55000. The CAD system or client **20'** initiates transactions with the SPARKGAP™ server **12'** using a synchronous request/response model, that is, the CAD system **10'** sends the SPARKGAP™ server **12'** a request from a client **20'**, the SPARKGAP™ sever **12'** takes an action, and then the SPARKGAP™ server **12'** sends the CAD system client **20'** a response. Additionally, in order to minimize latency in delivering responses from the pagers, the SPARKGAP™ server **12'** also sends asynchronous event notifications to the CAD system client **20'** regarding message progress and responses from individual pagers.

The SDP will now be described in further detail. A description of protocol data units, transactions and events follows.

1. SDP Protocol Data Units

SDP requests, responses, and events are implemented as atomic protocol data units (PDUs) transmitted by the client **20** or **20'** and server **12** or **12'** using preferably a TCP/IP network. PDUs are serialized, and preferably always transmitted contiguously in their entirety. In other words, a node preferably never interrupts a partially transmitted PDU to begin another PDU. A PDU is preferably encoded using ASCII plain text, and consists of an identifying header followed by a collection of name/value attributes enclosed, as shown below, in curly brackets (braces).

1.1 Syntax

PDUs are preferably encoded using ASCII plain text according to the following specification:

Client-to-server transmission syntax:

```
"request" <request-number> <request-
type> "{" <attribute-list> "}"
Server-to-client transmission syntax:
"event" <event-type> "{" <attribute-list> "}"
"response" <request-number> "{" attribute-list "}"
where,
<request-number>   : := <integer>
<request-type>     ::= token
<event-type>       : : token
<attribute-list>   : : <attribute> [<attribute-list I
<attribute>        : := attribute-name "" attribute-value ";"
```

-continued

| | |
|---|---|
| <attribute-name> | : : token |
| <attribute-value> | : := <integer> <string> |
| <integer> | : := Base10 Integer Expression |
| <string> | : : string enclosed in double quotes |

An example PDU exchange is illustrated as follows:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 SendMessage<br>{<br>CadEventID=”#CTYF041820772”;<br>MessageID=”2004”;<br>DestinationID=Fire1;<br>Display=”Calling All Cars”;<br>AlertResponse=0;<br>ReadResponse=1;<br>MCR=”On My Way”;<br>MCR=”Busy”;<br>MCR=”On Scene”;<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>ResultText=”Message Queued”;<br>};<br>Event PagerResponse<br>{<br>Timestamp=”07082004130553EST”;<br>MessageID=”2004”;<br>CadEventID=”#CTYF041820772”;<br>PagerID=”229030020”;<br>PagerName=”Doe, John”;<br>MessageRead=1;<br>} |

1.2 Attribute Value Types

The SDP of the present invention preferably supports two attribute types, with string or integer values. Integer values are simply unsigned integers with no more than 32 significant bits, described using base-10 notation. Strings are simply printable ASCII strings contained in double quotes, and supporting the following escape sequences:

| | |
|---|---|
| \n | New Line |
| \r | Carriage Return |
| \“ | Double Quote |
| \\ | Backslash |
| \### | An octal value |

1.3 The Timestamp Attribute

All events contain a timestamp attribute marking the creation of the event. A timestamp value contains a string in a specific format:

MMDDYYYYHHMMSST

Where

MM is the 2-digit month (1-12)

DD is the 2-digit day of the month (1-31)

YYYY is the 4-digit year

HH is the 2 digit hour (0-23)

MM is the 2 digit minute (0-59)

SS is the 2 digit second (0-59)

T is the 1-4 character time zone abbreviation

1.4 Attribute Order

In some cases, attribute order is significant. For illustrative purposes, receiving nodes are expected to read and decode attributes from first to last in the PDU.

2. Transactions

A transaction is exchanged on the network as a request from the client, some action by the server, and a response from the server. The SDP preferably includes three transactions described below:

Login

SendMessage

QueryMessage

2.1 Login

The Login transaction establishes the identity of the CAD client **20** or **20'** for purposes of reconnection. Should a TCP/IP connection be terminated, the SPARKGAP™ sever **12'** will queue events awaiting a reconnection.

2.1.1 Request

The request PDU contains the following attributes:

User (string, mandatory): This value contains the name or identity of the CAD system client **20** or **20'**, which preferably must match an entry in a SPARKGAP™ CAD account database in the database **18**.

Password (string, optional): This value contains the access password for the CAD system client **20** or **20'**. If the CAD account is set up without a password, then this attribute is not required.

Version (integer, mandatory): This value specifies the protocol version that the CAD system client **20** or **20'** is requesting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

2.1.2 Response

The response PDU contains the following attributes:

ResultCode (integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

Version (integer, mandatory): This value specifies the protocol version that the SPARKGAP™ sever **12'** is supporting for this session. The version is conveyed as the major number multiplied by 100 and added to the minor number. For illustrative purposes, this attribute value is 100.

System (string, optional): This value contains an identifying description of the SPARKGAP™-based system **10'**.

2.1.3 Example

This example illustrates a CAD system client **20** or **20'** logging into a SPARKGAP™ server **12'** as user “ECD911,” requesting version 1.0 of the protocol. The SPARKGAP™ server **12'** grants the login and acknowledges version 1.0 support.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 login<br>{<br>User=”ECD911”;<br>Password=”GHTy778”;<br>Version=100;<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>Version=100;<br>ResultText=”Connection Complete”;<br>System=”Sparkgap ESN 04000022”;<br>} |

2.2 SendMessage

The SendMessage transaction queues a message for delivery for one or more pager recipients **16**. The transaction only queues the message for processing. As the message is processed and responses are received, a sequence of events will convey the results back to the CAD system **10'**.

2.2.1 Request

The request PDU contains the following attributes

MessageID (string, mandatory): This value uniquely identifies the message from the client (CAD) **20** or **20'** perspective. An identical MessageID attribute will be included in all subsequent events related to this message.

CadEventID (string, optional): This value uniquely identifies the precipitating CAD event. If present, an identical CadEventID attribute will be included in all subsequent events related to this message.

DestinationID (string, mandatory): This value specifies the target audience for the message. The DestinationlD corresponds to the name of a group of pagers or an individual pager in the SPARKGAP™ database. The PDU may contain multiple DestinationID attributes, in which case the message will be directed to an aggregated group representing the net total of all recipients.

GroupDetail (integer, optional): This value conveys the client's desire to receive detailed information about group recipients in the transaction response. If this field is present and set to a non-zero value, then the response will include a PagerID and PagerName attribute for each constituent number of the group. If the GroupDetail attribute is not present or set to zero, then this information will not be included in the response.

Display (string, mandatory): This value contains the actual display message to be read by message recipients. Multiple Display attributes are arranged in the order they appear into a single unbroken message.

AlertResponse (integer, mandatory): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as pagers **16** receive the message and alert their users.

ReadResponse (integer, optional): If present and set to a non-zero value, this value instructs the SPARKGAP™ server **12'** to notify the CAD client **20'** as users display the message on their pager.

MCR (string, optional): If present, MCR attributes specify "multiple-choice responses" to be presented to the user as reply options. Multiple MCR attributes may be included in the request. The first MCR encountered is number 0, the second is number 1, and so on. As users reply to the message, the SPARKGAP™ server **12'** will relay appropriate PagerReply events to the CAD client **20'**.

2.2.2 Response

The response PDU contains the following attributes:

ResultCode (Integer, mandatory): This value contains the result code of the transaction.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

GroupSize: This value specifies the total number or recipient members in the group.

PagerID (String, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute signifies that a corresponding PagerName attribute will follow. Together, these two fields are duplicated for each member of the total pager destination group.

PagerName (string, optional): The value contains the name of the pager user corresponding to the last PagerID value.

2.2.3 Example

This example illustrates a CAD system or client **20'** sending the message "Calling all cars" to two dispatch groups, Fire**1** and Fire**34**. The CAD system client **20** requests notification from each pager **16** when the users read the messages, but not when the pagers alert. The request includes a CadEventID and a MessageID so that the CAD system can properly categorize forthcoming events related to this message. The SPARKGAP™ server **12'** queues the message and returns a successful result code in the response.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5066 sendmessage<br>{<br>CadEventID="#CTYF041820772";<br>MessageID="2004";<br>DestinationID="Fire1";<br>DestinationID="Fire34";<br>GroupDetail=1;<br>Display="Calling All Cars";<br>AlertResponse=0;<br>ReadResponse=1;<br>MCR="On My Way";<br>MCR="Busy";<br>MCR="Already On Scene";<br>} | |
| | Response 5066<br>{<br>ResultCode=0;<br>ResultText="Message Queued";<br>GroupSize=892;<br>} |

2.3 QueryMessage

The CAD client **20'** initiates a QueryMessage transaction to discover present status of a previously sent message. The transaction response provides details about the message status as well as the status of all message recipients.

2.3.1 Request

MessageID (string, mandatory): This value identifies the message to be queried. It preferably must match the MessageID attribute of the SendMessage request that created the message.

2.3.2 Response

The response includes a message status, and a number of member status values in the form of an attribute group, PagerID, PagerName, PagerStatus. These three attributes may appear multiple times in the response to convey the status of multiple pagers in the message's aggregate destination group.

ResultCode (integer, mandatory): This value contains the result code of the transaction. If this value is not zero, then the MessageStatus, PagerID, PagerName, and PagerStatus fields will not be present.

ResultText (string, optional): This value contains a human readable message string describing the result of the transaction.

Mess ageStatus (integer, mandatory): This value contains the present status of the message, as described in the table below.

PagerID (string, mandatory): This value contains the identification of one pager in the aggregate destination group. The presence of this attribute represents that a corresponding PagerName attribute may follow, and that a PagerStatus attribute will follow. Together, these two or three fields are duplicated for each member of the pager group total pager destination group.

PagerName (string, optional): This value contains the name of the pager user corresponding to the last PagerID value.

PagerStatus (string, mandatory): This value contains the status of the pager user corresponding to the most recent PagerID value in the PDU. PagerStatus values are enumerated in the table below.

PagerStatus and MessageStatus value enumerations are described below:

PagerStatus Values

| Value | Description |
|---|---|
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been sent to the device but not yet acknowledged in any way. |
| "Received" | The message has been successfully received by the device. |
| "Read" | The message has been read by the user. |
| "Answered" | The user has answered the message |

MessageStatus Values

| Meaning | Description |
|---|---|
| "Pending" | The message is pending for transmission. |
| "Sent" | The message has been transmitted and is open for replies. |
| "Closed" | The message is closed. |

2.3.3 Example

This example illustrates a CAD system client **20'**, querying for the message 2004. The SPARKGAP™ server **12'** returns a MessageStatus of "Sent" to indicate that the message has been sent, and it returns individual deliver status codes on the four members of the group.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| request 5067 sendmessage<br>{<br>MessageID="2004";<br>} | |
| | Response 5067<br>{<br>Result=0;<br>MessageStatus="Sent";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>PagerStatus="Read";<br>PagerID="229030109";<br>PagerName="Doe, Jane;<br>PagerStatus="Sent";<br>PagerID="229030043"<br>PagerName="Orwell, George";<br>PagerStatus="Read";<br>PagerID="229030025";<br>PagerName="Miller, Mark";<br>PagerStatus="Answered";<br>} |

3 Events

SDP allows the SPARKGAP™ server **12'** to send asynchronous events to the CAD system client **20'** to notify it of message activity on the network. SDP includes two events:

PagerReply

MessageComplete



3.1 PagerReply

This event informs the CAD system client **20'** that a recipient pager **16** has responded in some way to a message. The event contains the following attributes

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ server **12'** received the information from the pager.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute value of the SendMessage request that created the message.

CadEventID (string, mandatory): This field is preferably only present if a CadEventID attribute existed in the SendMessage request that created the message. If it is present, it matches the value in the SendMessage request.

PagerID (string, mandatory): This value contains the identification of the pager issuing the reply.

PagerName (string, optional): This value contains a descriptive name of the pager user.

UserAlerted (integer, optional): If this attribute is present and its value is non-zero, it means that the message was successfully received by the pager **16** and the user was alerted.

MessageRead (integer, optional): If this attribute is present, it means that the user displayed the message on the pager **16**.

McrValue (integer, optional): If this attribute is present, the user selected a multiple-choice reply value indicated by the value.

McrText (string, optional): If this attribute is present, it contains the actual text of the selected multiple-choice reply.

MessageText (string, optional): If this attribute is present, it contains a manually typed response from the pager.

The PDU preferably will not aggregate events, but rather it will contain either UserAlerted, MessageRead, McrValue (and McrText), or MessageText. It preferably will not contain a combination of these fields. Each distinct pager response will arrive in its own event PDU with its own timestamp value.

In the following example, Pager 229030020 (John Doe) has responded to message 2004 with multiple-choice response number 2.

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event PagerResponse<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>PagerID="229030020";<br>PagerName="Doe, John";<br>UserAlerted=1;<br>MessageRead=1;<br>McrValue=2;<br>McrText="Already On Scene";<br>} |

3.2 MessageComplete

This event informs the CAD system client **20'** that a message has transitioned to the closed state. The message record will remain in memory **18** for some time, but the system will no longer accept pager responses for it. This event contains the following attributes:

Timestamp (string, mandatory): This value specifies the time that the SPARKGAP™ closed the message.

MessageID (string, mandatory): This value identifies the message, matching the MessageID attribute of the SendMessage request that created the message.

CadEventID (string, mandatory): This value is only present if a CadEventID attribute existed in the original SendMessage request that created the message, and if it is present, it matches the value in the SendMessage request.

In this example, SPARKGAP™ announces that Message 2004 is closed:

| CAD to SPARKGAP ™ | SPARKGAP ™ to CAD |
|---|---|
| | Event MessageComplete<br>{<br>Timestamp="07082004130553EST";<br>MessageID="2004";<br>CadEventID="#CTYF041820772";<br>} |

Result Codes

SDP supports the following result codes:

0 Transaction Completed Successfully

1000 Badly formed PDU

1001 Unknown recognized Request

2000 Invalid User/Password

3000 Message Queue Full—Try Again Later

3001 Unknown MessageID

3002 Unknown DestinationID

3003 Missing Required Attribute

Server or Switch **12**/Mobile Receiver **16** Protocol

A Dispatch/Response Layer will now be described which is a layer above the ReFLEX™ Air Protocol that supports group messaging between a client **20** or **20'** and a mobile device **16** in accordance with the present invention. The SDP and DRL are analogized as book ends in that they operate on either side of a ReFLEX network **14'**.

1. Introduction

The present invention preferably provides for acknowledged group messaging support for the ReFLEX™ protocol. The ReFLEX™ protocol supports personal and information service (IS) messages. Personal messages involve a single recipient, and ReFLEX™ enables the receiving pager to acknowledge reception, notify that the user has read the message, and relay multiple-choice responses from the user. IS messages involve an arbitrary group of recipients sharing common group addresses called an IS addresses. ReFLEX pagers can be configured with one personal address and multiple IS addresses. IS messages are strictly one-way, and ReFLEX™ does not support any response or acknowledgement from the recipient group.

The present invention adds message acknowledgement, message read notification, and multiple-choice response capability to IS messages, creating an infrastructure for reliable multicast messaging within the ReFLEX™ protocol. To this end, the present invention defines a new ALOHA command (Multicast ACK Command), and defines a flag in the 'Change Registration Command' to select which devices are allowed to use this feature.

The Dispatch/Response Layer (DRL) provides efficient and high-performance group and personal messaging over a ReFLEX™ network **14'** between the server **12'** and the user devices or receivers **16**. DRL uses binary IS vectors and multicast ACK commands to deliver dispatch messages to groups of users and receive individual responses. It also provides a simple structure for personal messaging between individuals, and it is designed to operate over the Secure Paging Layer (SPL). SPL is an obvious, open-source encryption standard based on AES. This system **10** or **10'**, however, can be implemented with other encryption methods.



2. Overview

DRL supports both group and personal messages.

2.1 Group Messages

Group Messages are broadcast to a group of one or more pagers **16** using ReFLEX™ IS addresses. A Group Message includes a specially-formatted ReFLEX™ binary message broadcast by the network **14'** to a group of pagers **16**, and a number of ReFLEX™ Multicast ACK Command responses from the pagers **16** back to the network **14'**. This type of message can contain a display message, a supervisory command, or both.

2.2 Personal Message

Personal messages are sent between a single pager **16** and the network **14'** using a ReFLEX™ personal address. A Personal Message includes a specially-formatted ReFLEX™ binary message sent from the network to a pager, or a ReFLEX™ long inbound message from the pager to the network. Additionally, pagers may transmit ReFLEX™ ACK Responses, Multiple-Choice Commands, and Transaction Control Commands in response to forward messages.

The present invention provides for acknowledged group messaging support for ReFLEX™ protocol. The Multicast ACK command is a new ALOHA command used by a pager **16** to reply to an IS message. This command's MSN refers not to the device personal address, but instead to an IS address selected from the device codeplug with a 4-bit enumeration field. The 30-bit IS address itself is synchronized between the pager **16** and its home switch or server **12'**, using means similar to those provided by the open ReFLEX Exchange Protocol (RXP) and the Motorola Generic Over-The-Air Programming Protocol (GOTAP).

The 'Multicast ACK Command' contains a message sequence number (MSN), a 4-bit IS address identifier (ai) and a 7-bit reply identifier (mr). The IS address identifier specifies the IS address programmed into the pager, and MSN identifies the message being replied to, and the reply identified indicates the enumerated reply code.

The Multicast ACK Command reply identifier can specify responses pre-programmed in the pager (codes 0 through 63), responses embedded in the group message (codes 64 through 111), or supervisory messages, as follows:

124 Message received by pager

125 Message received by pager and read by user

126 Message received but could not be decoded

127 Message received with transmission errors

The network **14'** responds to the 'MulticastACK Command' with a 'Standard ACK' (Motorola ReFLEX 2.7.3 Specification, Section 3.10.9.2). In order to control where this feature is available (and which devices may use it,), bit d**4** of the 'Registration Grant' type 'Change Registration Command' (3.10.8.1) is redefined from 'reserved' to RM. An RM value of zero restricts the pager from transmitting the 'MulticastACK Command'. An RM value of one enables the pager to transmit the 'MulticastACK Command.'

On a per-message basis, the RE and RD bits (alphanumeric and binary vectors, respectively) determine whether the Multicast ACK Command may be transmitted for any particular IS message. If RE is 1 (or RD=0), and RM=1 during the last 'Registration Grant' seen by a device **16**, then it may transmit 'Multicast ACK Command' packets related to the message. Application protocols (such as Motorola FLEXSuite, and higher-level protocols) will determine which specific 'Multicast ACK Command' are appropriate for the message.

2.3 Device **16** Capabilities And Behavior

2.3.1 Multicast ACK Command

DRL uses ReFLEX™ IS addresses for personal messaging. Compliant DRL Devices **16** preferably support the Mul-

ticast ACK Command described above, and they support an additional non-volatile configuration bit for each IS address in their codeplug. This flag is called the 'CC' or "carbon copy" flag, and it serves to disable Multicast ACK Command responses on the specified IS address. The device **16** preferably supports at least 16 IS addresses and 16 CC bits, which are automatically synchronized over the air using GOTAP or similar means.

2.3.2 Performance

DRL is designed to support public safety, law enforcement, and other applications where timely delivery of personal and group messages is paramount. DRL devices **16** preferably support ReFLEX™ protocol version 2.7.3 reduced latency operation, in which they will examine each frame for IS or personal messages.

2.3.3 User Interface

DRL messages follow the 'e-mail' model and can include a from-address, a to-address, a subject and a message body. DRL devices **16** include one or more IS addresses configured for DRL group messaging, including a CC flag (set through GOTAP) and a group name (such as ladder46', 'Hazmat', or 'BerkelyEMS$^{T}$) maintained through DRL. Users can select alert options per IS address, using the symbolic name of the address to assist the user in organizing his in-box. Personal messages and group messages can appear in the same mailbox; group addresses preferably display the name of the group as the from address.

3. Message Structure

DRL preferably uses ReFLEX™ long binary messages adhering to the Motorola Route to Alternate Host (RAH) protocol as described in the Motorola FlexSuite™ of Enabling Protocols Specification Document. Preferably all DRL messages include a Message Header followed by Message Content.

3.1 Message Header

Headers can include the RAH SIF (Ox11) and RAH Address ID (0x2d), followed by a DRL message type, as follows

DRL Message Header

| Field Name | Byte Length | Description |
|---|---|---|
| SIF | 1 | RAH SIF (0x11) |
| Address ID | 1 | RAH Address ID (0x2d) |
| Type | 1 | DRL Message Type |

3.2 Message Content

Content type is identified by the Type field, as follows:

| Type | Description |
|---|---|
| 0 | Ignore Message |
| 1 | Group Message |
| 2 | Personal Forward Message |
| 3 | Personal Reverse Message |
| 4 | Personal Response Message |
| 5-255 | Reserved |

The message content consists of a sequence of octets following immediately after the Type field of the long message header.

4. Group Message

A Group Message preferably consists of a one-to-many broadcast message with recipient confirmation and reply options. Group alerts are transmitted as ReFLEX™ 1-Way binary IS messages with a DRL Type code of 1.



4.1 Forward Message

The group dispatch message initiates the group dispatch transaction, conveying a display message to a number of pagers. It is a DRL long message transmitted using a ReFLEX™ 1-way personal or IS address, and it contains a 1-byte Control field, and a Display field consisting of a number of null-terminated strings encoded according to the PACK7 format described in Appendix D of the Motorola FlexSuite™ of Enabling Protocols Specification Document.

Dispatch Message Content

| Field Name | Byte Length | Description |
|---|---|---|
| Control | 1 | Control Flags |
| Opcode | 1 | Execution opcode |
| Operand | Variable | Execution operand |
| Display | Variable | NULL-Terminated Display String List. |

The Control field specifies how the pager **16** should respond. Opcode and Operand fields specify auxiliary action the device **16** should take in addition to or instead of displaying the message, and the Display field contains the actual display message.

4.1.1 Control Field

The Control field provides guidance on how the pager **16** should respond to the message:

Control Flag Definitions

| Bit | Name | Description |
|---|---|---|
| 0 | AckReceipt | Acknowledge receipt of the message |
| 1 | AckRead | Acknowledge reading of the message |
| 2 | UseMcr | Provide the user a multiple choice response |
| 3-7 | Reserved | Reserved flags (set to zero) |

An AckReceipt value of 1 instructs the pager **16** to generate a ReFLEX™ Multicast ACK when the message is received, and an AckRead value of 1 instructs the pager to generate a Multicast ACK when the message is read by the user. A UseMCR value of 1 instructs the pager provide a multiple-choice response list to the user, including responses programmed into the pager as well as responses embedded into the message itself.

4.1.2 Operand/Opcode Field

Opcode and Operand fields specify auxiliary action the device **16** should take in addition to (or instead of) displaying the message. The Opcode field is a one byte value divided into upper and lower 4-bit fields. The upper 4 bits specifies the octet length of Operand, and the lower 4 bits specifies the action to be taken. The lower 4 bits use the following enumerations:

Operand Values

| Opcode | Operation | Description |
|---|---|---|
| 0 | No Operation | Take no action |
| 1 | Assign Name | Assign Group Name to Address |
| 2 | Execute | Execute Alerting Sequence |
| 3-15 | Reserved | Reserved |

4.1.2.1 Opcode '0'—No Operation

This opcode specifies no operation and should be ignored.

4.1.2.2 Opcode '1'—Assign Group Name to Address

This opcode instructs the receiver **16** to assign a symbolic group name to the IS address, which are contained as one character per byte in the next 0-15 bytes. An operand length of zero implies 'no name,' while a length of 1-15 bytes indicate a 1-15 character long name.

4.1.2.3 Opcode '2'—Execute Alerting Sequence

This opcode instructs the receiver to execute a pre-programmed, external alerting sequence, such as a generating a public address tone, closing a relay contact or performing a sequence of relay closures, or printing the message. The first operand byte specifies the sequence to execute, which defaults to zero if no operand data is present. Operand data bytes 1-15, if present, contain additional parameters specific to the sequence. Devices that do not support this feature should ignore this opcode.

4.1.3 Display Field

The Display field is one continuous Pack7 field containing a list of null-terminated strings. These strings include, in order, the message subject, the message body, and up to 16 optional multiple-choice response strings. The subject and body are displayed to the user, and the response strings are presented as a list.

4.2 Multicast ACK Command Response

Under certain circumstances, the device may respond to the message with one or more Multicast ACK Commands. This behavior depends on 4 factors:

values of the RD bit in the message vector,

the Control field of the message,

the RM value of the last 'Registration Grant' seen by a device, and

the Multicast Ack Enabled flag of the IS address used

If RD=1 and RM=0, or Multicast Ack Enabled=0 then this command must not be used. Otherwise, the command should be sent under the following circumstances:

Upon Message Receipt

If AckReceipt of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=124 into its transmit queue when it receives a complete, error-free message.

Upon the User Viewing the Message

If AckRead of the Control field is 1, then the device **16** queues a Multicast ACK Command with mr=125 into its transmit queue when it receives a complete, error-free message.

Upon the User Selecting a Reply

If UseMcr of the Control field is 1, then the device **16** gives the user the option to select a reply string from an aggregated list including the replies programmed into the device and the replies embedded in the Display field. If the user selects a string, then the device **16** queues a Multicast ACK Command with mr=[0,111] into its transmit queue. Codes 0-63 are reserved for responses programmed in the pager, and codes 64-111 are reserved for any response strings in the Display field. The user may respond to the message multiple times.

Subsequent Multicast ACK Commands associated with the same message can be optimized, and some of them can be overlooked without loss of information. For instance, an mr of 125 or an mr in the [0,111] range implies that the message has been received and viewed. Depending on how fast the user reads and/or responds to a message, and depending on the ALOHA randomization interval of the system, the pager **16** may be able to skip transmission of Multicast ACK Response commands with mr values of 124 and 125 and simply transmit the multiple-choice reply code [0,111]. When possible, this is desirable in order to reduce congestion of the return channel.



5. Personal Message

A Personal Message is a human-readable message carried from one point to another. Personal Forward Messages are sent by the network **14'** to one pager **16**, and Personal Reverse Messages are sent by the pager **16** to the network **14'**. The DRL model for Personal Messages is similar to an abbreviated version of SMTP.

5.1 Personal Forward Message

A Personal Forward Message is transmitted by the network **14'** to the pager **16**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message type can be delivered as a one-way or two-way long binary message to single pager **16**, with acknowledgement, read response, and multiple-choice replies transmitted back using the ReFLEX™ signaling layer. Display contains an ordered list of strings: a from-address, a subject, a body, and an optional list of multiple-choice replies.

5.2 Personal Reverse Message

A Personal Reverse Message is transmitted by the pager **16** to the network **14'**. It contains Display field consisting of a number of null-terminated strings in FlexSuite Pack7 format.

This message is delivered as a ReFLEX™ long inbound binary message. Display contains an ordered list of strings: a to-address, a subject, and a body.

Exemplary Tactical Alerting System

ReFLEX pagers are not fixed on a single channel for service, but rather scan continuously for a better, stronger, or more appropriate signal to serve them. This background scanning facilitates the present invention since it is this ability that allows these devices to seek out the correct channel for temporary use at the scene of an event.

In accordance with an exemplary embodiment of the present invention, a pager **16** is provided as shown in FIGS. **6**, **9**A, **9**B and **10**. With reference to FIG. **6**, the pager **16** comprises a processor **38** programmed to implement the DRL, among other operations, a memory **36** for storing, for example, group configuration information, a display **44** and an interface **40** to the network **14**. The pager **16** can be connected directly to a user interface **42** for facilitating customization of the group configuration information, for example, to allow the pager **16** to respond differently to messages directed to different group addresses. As shown in FIGS. **9**A and **9**B, the pager **16** has a display for displaying different screens and different options thereon. For example, the main screen shown on the display **44** in FIG. **9**A indicates time and date and a menu listing such options as "VIEW RECEIVED MSGS", "VIEW TRANSMITTED MSGS", "SEND A MESSAGE" and "SERVICE SETTINGS". As shown in FIG. **9**B, the pager **16** can be provided with a charger console **100** which can also have an input to the user interface **42**. As shown in FIG. **10**, the pager **16** can be provided with a QWERTY keypad **102**, among other buttons and controls.

The pager **16** can be used by responding personnel on a day-to-day basis as a wide-area alerting device, but also as a tactical alerting device at the scene of an incident. The pager preferably operates on any programmed ReFLEX™2.7.x network. If an on-scene SPARKGAP™ (for instance, mounted into a mobile communications center) is operating with its own base station and an RXP connection to the wide area system, the pager **16** can register with the on-scene SPARKGAP™ when the responder arrives. When the pager **16** arrives at the site of an event with an established on-scene network such as the switch **12'** (e.g., the SPARKGAP™ server), the pager **16** automatically finds this system **10**,

switches to the proper channel, and registers. As long as that pager **16** is in the coverage area of the on-scene SPARKGAP™ server **12'**, it will be a part of the community of pagers **16** receiving messages from the command post for that particular occurrence. Once the on-scene network is shutdown, or the responder leaves the coverage area, the pager **16** will re-register on the wide-area system.

The on-scene SPARKGAP™, and pagers, can be preloaded with one or more IS addresses reserved for tactical alerting. Incident commanders can send messages to these IS addresses to notify users on-scene of impending tactical issues, such as imminent structural failure or impending chemical release. In addition to the ability to automatically find the channel being used at the scene of a major event, the pager **16** is also equipped with louder than normal (>85 dB at 30 cm) alerting tone and strong vibrator to ensure the user is aware of an incoming message. With appropriate configuration, tactical alert messages can be sent to specific groups of user, or to all users on scene. Additionally, AES encryption is available to prevent inappropriate interception of tactical alerts.

Because the on-scene system is connected by RXP to the wide-area network, pagers also continue to send and receive normal personal and group messages from the wide area system. However, the pager can be configured with unique alert tones to allow personnel to recognize incoming tactical messages, and the on-scene SPARKGAP can even temporarily configure local devices so that they only alert the user when tactical messages are received.

Modern wide-area paging networks utilize the 900 MHz band of radio spectrum. Some of these channels are dedicated to the NPCS Radio Service (FCC Part 24) and others are found in Business and Industrial Radio Service (FCC Part 90) making them available to a wide range of system operators. The pager **16** uses frequencies in either or both of these channel segments based on programming within the paging device itself.

When a major public safety event occurs, it is normal for the involved agencies to establish a command post at or near the scene of the event. Many times this is a motor home-style vehicle equipped to resemble a control room with banks of computers, radios and a meeting area used for staff briefings. As a critical part of this command post, a SPARKGAP™ server **12'** can be installed to control the ReFLEX™ paging devices **16** carried to the scene by various responders. Once this system **10'** (FIG. **4**) is activated, pagers **16** that are preprogrammed with the on-scene channels would lock onto the network at the scene and check in. A display of all registered paging devices could be used to monitor the presence of personnel as they arrive.

If it was necessary to call a general evacuation of the scene, this message would be sent via the server **12'** and each device **16** would acknowledge receipt and reading of the message. Paging allows the message to be sent to multiple users at the same time. The site command personnel would have an instant view of those who did not respond to the alert and could take immediate alternative action to get the message to them.

In this way, paging is analogous to an electronic equivalent of a lifeline attached to each person at the scene. Notifying them to evacuate by sending an alert message would be like pulling on that line and getting a tug as a response. The structure of a paging network provides the highest efficiency when it comes to alerting multiple users to an important message. And more importantly, the system **10** or **10'** of the present invention gives the incident commander a confirmed indication that the message was received and read by the personnel to whom it was sent.

It will be appreciated by those skilled in the art that the present invention can be embodied in other specific forms without departing from the spirit or essential characteristics thereof. The presently disclosed embodiments are therefore considered in all respects to be illustrative and not restricted. The scope of the invention is indicated by the appended claims rather than the foregoing description and all changes that come within the meaning and range and equivalence thereof are intended to be embraced therein.

What is claimed is:

**1**. A method of alerting a group of recipients over a wireless network and providing acknowledged group messaging, each recipient comprising at least one mobile device capable of transmitting and receiving data, the method comprising the steps of:

storing data relating to recipients, groups and group members, in a memory device, the data comprising a recipient identifier for each of a plurality of recipients, one or more group identifiers corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and group membership data comprising the recipient identifiers of the selected recipients corresponding to each of the group identifiers;

providing the mobile device corresponding to each of the plurality of recipients with at least a subset of the data stored in the memory device comprising at least its corresponding recipient identifier;

wirelessly transmitting a group message to the mobile device corresponding to each recipient in a selected group of recipients, each of the mobile devices being configured to receive the broadcast group message and send a response;

monitoring for responses to the group message from the selected group of recipients; and

storing acknowledgement data in the memory device for the recipients, the acknowledgement data comprising an indication of response for each of the recipients that indicates that the group message was received by that recipient, that the group message was read by that recipient, and a reply was sent by that recipient.

**2**. A method as claimed in claim **1**, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**3**. A method as claimed in claim **1**, wherein the responses are sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**4**. A method as claimed in claim **1**, wherein the message transmitted to the at least one recipient is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for

"WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**5**. A method as claimed in claim **1**, wherein the message transmitted to the at least one recipient is a personal message sent to a selected one or more of the recipients.

**6**. A method as claimed in claim **1**, wherein the group message has a message identifier and the responses comprise the message identifier to facilitate associating responses to corresponding group message.

**7**. A method as claimed in claim **1**, wherein the reply is one of a response selected from among multiple choice options, and an alphanumeric text reply entered by the recipient via the mobile device.

**8**. A method as claimed in claim **1**, wherein the indication of response comprises an indication of no response when the recipient has not yet responded to the group message.

**9**. A method as claimed in claim **1**, wherein the transmitting of the group message is performed via a dispatch center, and the monitoring is performed via a network device.

**10**. A deterministic group messaging system providing acknowledged group messaging comprising:

a memory device configured to store

a recipient identifier for each of a plurality of recipients,

a group identifier corresponding to each of respective groups of recipients, the groups each comprising selected ones of the plurality of recipients, and

group membership data comprising the recipient identifiers of the selected recipient corresponding to each of the group identifiers,

wherein at least one mobile device corresponding to each of the plurality of recipients is provided with at least a subset of the data stored in the memory device comprising its corresponding recipient identifier; and

a control module comprising at least one processing device that is configured to access the memory device and is programmed to

wirelessly transmit a group message to the mobile device corresponding to each recipient in a selected group of recipients, each of the mobile devices being configured to receive the group message and send a response when the group message is determined to be for a group to which that recipient belongs as a group member,

monitor for responses to the group message from the selected group of recipients, and

store acknowledgement data in the memory device for the recipients, the acknowledgement data comprising an indication of response for each of recipients that indicates that the group message was received by that recipient, that the group message was read by that recipient, and a reply was sent by that recipient.

**11**. A system as claimed in claim **10**, wherein the group message is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and a wireless network.

**12**. A system as claimed in claim **10**, wherein the responses are sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**13**. A system as claimed in claim **10**, wherein the message transmitted to the at least one recipient is sent using at least one of paging communications, cellular communications, two-way radio communications, wireless local-area network employing IEEE 802.11 standard for "Wi Fi", wireless metropolitan-area network employing IEEE 802.16 standard for "WiMAX", wireless area network employing IEEE 802 standard communications, wireless broadband network, and wireless network.

**14**. A system as claimed in claim **10**, wherein the message transmitted to the at least one recipient is a personal message sent to a selected one or more of the recipients.

**15**. A system as claimed in claim **10**, wherein the group message has a message identifier and the responses comprise the message identifier to facilitate associating responses to corresponding group message.

**16**. A system as claimed in claim **10**, wherein the reply is one of a response selected from among multiple choice options, and an alphanumeric text reply entered by the recipient via the mobile device.

**17**. A system as claimed in claim **10**, wherein the indication of response comprises an indication of no response when the recipient has not yet responded to the group message.

**18**. A method as claimed in claim **10**, wherein the at least one processing device comprises a processing device at a dispatch center to transmit the group message, and a processing device at a network device to monitor the responses.

* * * * *